# <u>Exhibit</u>: "1"

US0D1086968S

(12) **United States Design Patent** (10) Patent No.: **US D1,086,968 S**

Lehman (45) Date of Patent: ** **Aug. 5, 2025**

(54) **SPIRAL WHEEL SPOKE**

(71) Applicant: **Jerry Lehman**, Compton, CA (US)

(72) Inventor: **Jerry Lehman**, Compton, CA (US)

(73) Assignee: **Paul Choi**, Compton, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/874,416**

(22) Filed: **Apr. 19, 2023**

(51) **LOC (15) Cl.** .............................................. **12-16**

(52) **U.S. Cl.**
USPC .......................................................... **D12/213**

(58) **Field of Classification Search**
USPC ................ D12/204–213, 501; D21/563, 779
CPC .... B60B 7/00; B60B 7/01; B60B 7/02; B60B
7/04; B60B 7/06; B60B 3/02; B60B 3/04;
B60B 3/06; B60B 3/10; B60B 1/00;
B60B 1/02; B60B 1/0246; B60B 1/0284;
B60B 1/06; B60B 1/08; B60B 1/10;
B60B 1/12; B60B 21/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 598,620 | A | * | 2/1898 | Allen | B60B 1/00 |
| | | | | | 29/894.333 |
| 1,208,609 | A | * | 12/1916 | Menge | B60B 1/00 |
| | | | | | 301/104 |
| 1,578,076 | A | * | 3/1926 | Cook | B60B 1/00 |
| | | | | | 246/182 R |
| 1,660,319 | A | * | 2/1928 | Ash | B60B 1/00 |
| | | | | | 470/132 |
| D258,428 | S | * | 3/1981 | Junor | D12/205 |
| 4,729,605 | A | * | 3/1988 | Imao | B60B 1/003 |
| | | | | | 301/58 |
| D310,655 | S | * | 9/1990 | Choe | D12/213 |
| D365,319 | S | * | 12/1995 | Vancour | D12/213 |
| D370,001 | S | * | 5/1996 | Vancour | D12/205 |
| D373,102 | S | * | 8/1996 | Choi | D12/213 |
| D374,649 | S | * | 10/1996 | Choi | D12/213 |
| D427,133 | S | * | 6/2000 | Baron | D12/213 |
| D545,751 | S | * | 7/2007 | Cappellotto | D12/213 |
| D626,054 | S | * | 10/2010 | Walthert | D12/213 |
| D644,153 | S | * | 8/2011 | Finnie | D12/205 |
| D709,021 | S | * | 7/2014 | Connolly | D12/213 |
| D798,791 | S | * | 10/2017 | Connolly | D12/213 |
| D1,042,287 | S | * | 9/2024 | Lehman | D12/209 |

OTHER PUBLICATIONS

DNA Cali Spokes Wheel, Published Jun. 16, 2023 [online], [retrieved on May 11, 2025]. Retrieved from the Internet: https://www.youtube.com/watch?v=-gORK9OvGvU (Year: 2023).*

* cited by examiner

*Primary Examiner* — Adam C Mager
(74) *Attorney, Agent, or Firm* — Dunlap Bennett & Ludwig, PLLC

(57) **CLAIM**

The ornamental design for a spiral wheel spoke, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a spiral spoke wheel showing my new design.
FIG. **2** is a front elevation view thereof, with a rear elevation view being a mirror image of the front elevation view;
FIG. **3** is a right elevation view thereof, with a left elevation view being a mirror image of the front elevation view; and,
FIG. **4** is a top elevation view thereof, with the bottom elevation view being a mirror image of the top elevation view.
The broken lines shown in the drawings are for the purpose of illustrating portions of the spiral wheel spoke that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



17

EXHIBIT "1"

**U.S. Patent**     Aug. 5, 2025     Sheet 1 of 2     US D1,086,968 S



FIG.1

EXHIBIT "1"

**U.S. Patent**       **Aug. 5, 2025**       **Sheet 2 of 2**       **US D1,086,968 S**



FIG.2



FIG.3



FIG.4

19

EXHIBIT "1"

# <u>Exhibit</u>: "2"



Telephone
213/380-6010

Facsimile
213/380-6051

*www.vakili.com*

16 June 2025

<span style="font-variant:small-caps">**Via Overnight Mail**</span>

Xingbo Yao, CEO
**Sharkroad Inc.**                      *Also mailed to:*
1704 Morton Avenue                 201 E. Center St., Suite 112 (#3500)
Los Angeles, CA 90026-2614   Anaheim, CA 92805-7212

Re:  *DNA Specialty, Inc. v. Sharkroad, Inc. – Cease & Desist*

Dear Mr. Yao:

As you should know from our previous correspondence, I represent DNA Specialty, Inc. ("DNA"). Established in 1984, DNA is a company based in Compton, California, that manufactures and supplies automotive parts, including wheels for vehicles such as cars, trucks, and motorcycles.

DNA has built a reputation for quality products, including its twisted spoke wheels. Please know that the design of the spiral spokes is the subject of a current design patent application due to be issued any day. (*See* Exhibits A1 and A2 attached.) The application has recently been approved by the United States Patent and Trademark Office, a Notice of Allowance has been issued (see Exhibit B attached), and the issue fee has been paid.

It has come to our attention that Sharkroad has recently been offering for sale and selling what appears to be substantially similar, if not downright knockoffs, of DNA's twisted spoke motorcycle wheels. (Attached as Exhibits C1 and C2 are images of Sharkroad wheels featuring twisted spokes, which are currently being offered for purchase on Sharkroad's website.)

Sharkroad is hereby notified that once the subject patent issues, any post-issuance sales of twisted spoke wheels by Sharkroad will be considered by DNA as infringing this patent. This notice will also bolster DNA's claim that such infringement would be willful and may expose Sharkroad not only to compensatory damages but also to enhanced damages and DNA's attorney's fees available under United States patent laws. (*See* 35 USC § 284 – 285.)

Moreover, please also be aware that DNA has established trade dress rights in its twisted spoke wheels and considers Sharkroad to be <u>currently</u> infringing DNA's rights under the Lanham Act (15 USC § 1025(a)) and under at least California's common law of unfair competition by selling twisted spoke wheels. Infringing these rights can lead to compensatory damages, punitive damages, and attorney's fees. Please cease and desist immediately from advertising, offering for sale, and selling Sharkroad wheels that include twisted spokes.

20

Wilshire Colonnade  ◆  Penthouse Suite 1135  ◆  3701 Wilshire Boulevard  ◆  Los Angeles, California 900 10-28 17

VAKILI & LEUS, LLP

Xingbo Yao, CEO
**SHARKROAD INC.**
16 June 2025
Page 2 of 2

---

Please confirm in writing by June 26, 2025, that Sharkroad has complied with everything requested here. If Sharkroad fails to comply with this request by the stated date, we will take appropriate additional action, including seeking legal redress for all available damages and remedies.

Cordially yours,

VAKILI & LEUS, LLP

*Sa'id Vakili*

Sa'id Vakili, Esq.

SV:cm
Cc:  File

21
EXHIBIT "2"

# Exhibit: "A-1"

EXHIBIT "2"

Design
561785755-D

## SPIRAL WHEEL SPOKE

I, Jerry Lehman, have invented a new, original and ornamental design for a spiral wheel spoke as set forth in the following specification.

Figure 1 is a top front perspective view of a spiral spoke wheel showing my new design.

Figure 2 is a front elevation view thereof, with a rear elevation view being a mirror image of the front elevation view;

Figure 3 is a right elevation view thereof, with a left elevation view being a mirror image of the front elevation view; and

Figure 4 is a top elevation view thereof, with the bottom elevation view being a mirror image of the top elevation view.

The line shading shown in the drawings depict curved surfaces. The broken lines shown in the drawings depict portions of the article that form no part of the claimed design.

EXHIBIT "2"

Design
561785755-D

WHAT IS CLAIMED IS:

The ornamental design for a spiral wheel spoke, as shown and described.

EXHIBIT "2"

# Exhibit: "A-2"

EXHIBIT "2"



FIG.1

EXHIBIT "2"

2/2



FIG.2



FIG.3



FIG.4

EXHIBIT "2"

# Exhibit: "B"

EXHIBIT "2"

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

101334    7590    05/16/2025

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

| EXAMINER |
| --- |
| MAGER , ADAM C |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2923 | |

DATE MAILED: 05/16/2025

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

TITLE OF INVENTION: SPIRAL WHEEL SPOKE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | MICRO | $260 | $0.00 | $0.00 | $260 | 08/18/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

29

EXHIBIT "2"

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

101334    7590    05/16/2025

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

TITLE OF INVENTION: SPIRAL WHEEL SPOKE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $260 | $0.00 | $0.00 | $260 | 08/18/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MAGER, ADAM C | 2923 | D12-205000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual ❏ Corporation or other private group entity ❏ Government

4a. Fees submitted:    ❏ Issue Fee    ❏ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via the USPTO patent electronic filing system    ❏ Enclosed check    ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

30

**EXHIBIT "2"**

PTOL-85 Part B (11/23) Approved for use through 03/31/2026        OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

101334    7590    05/16/2025

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

| EXAMINER |
|---|
| MAGER, ADAM C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2923 | |

DATE MAILED: 05/16/2025

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

EXHIBIT "2"

PTOL-85 (Rev. 11/23)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).

https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

EXHIBIT "2"

| *Notice of Allowability* *For* *A Design Application* | Application No. 29/874,416 | Applicant(s) Lehman, Jerry | |
|---|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308. This notice does not set or reset the time period for paying the issue fee. The issue fee must be paid within THREE MONTHS FROM THE MAILING DATE of the Notice of Allowance (PTOL-85) or this application shall be regarded as ABANDONED. This statutory period cannot be extended. See 35 U.S.C.151.

1. ☐ This communication is responsive to _____ .

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ the restriction requirement and election have been incorporated into this action.

3. ☑ The claim is allowed.

4. ☑ Acceptable drawings:

   (a) ☑ The drawings filed on 19 April 2023 are accepted by the Examiner.

   (b) ☐ Drawing Figures filed on _____ and drawing Figures filed on _____ are accepted by the Examiner.

5. ☐ The claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f) is acknowledged.

   **Certified copies:**

   a) ☐ All    b) ☐ Some    *c) ☐ None of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

      * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirement for corrected drawings noted in item 6 below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.** See 37 CFR 1.85(c).  **NOTE: This notice does not set or reset the time period for paying the issue fee.**

6. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

   Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

**Attachment(s)**

1. ☑ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08),
   Paper No./Receipt Date _____

3. ☐ Interview Summary (PTO-413),
   Paper No./Mail Date _____ .

4. ☑ Examiner's Amendment/Comment

5. ☐ Examiner's Statement of Reasons for Allowance

6. ☐ Other _____ .

| NOTE: _____ | _____ |
|---|---|
| /ADAM C MAGER/ Examiner, Art Unit 2923 | |

EXHIBIT "2"

Application/Control Number: 29/874,416                                      Page 2
Art Unit: 2923

*The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.*

## Allowability Notice

### Examiner's Amendment

An Examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR § 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

The application has been amended as follows:

### Amendment to Broken Line Statement

The broken line statement "depict portions of the article" is objectionable, since this statement doesn't *clearly* explain what the broken lines in the drawings illustrate. See *In re Blum 153* USPQ 177 (1967). The broken lines illustrate portions of the **spiral wheel spoke** in which the design is embodied and therefore, these broken lines should be properly identified in the drawings for clear identification of subject matter (MPEP § 1503.01,(II)). For clarity and proper form (MPEP § 1503.02,(III)), the broken line statement in the specification has been amended to read:

> -- **The broken lines shown in the drawings are for the purpose of illustrating portions of the SPIRAL WHEEL SPOKE that form no part of the claimed design.** --

### Conclusion

The claimed design is allowable.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to ADAM MAGER whose telephone number is (571)272-9780. The examiner can normally be reached on Monday - Friday, 10:00am - 6:00pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

EXHIBIT "2"

Application/Control Number: 29/874,416                                                    Page 3
Art Unit: 2923

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Chris P. McLean can be reached on (571) 270-1996.  The fax phone number for the organization
where this application or proceeding is assigned is 571-273-8300.


Information regarding the status of an application may be obtained from the Patent Application
Information Retrieval (PAIR) system. Status information for published applications may be
obtained from either Private PAIR or Public PAIR. Status information for unpublished
applications is available through Private PAIR only. For more information about the PAIR
system, see https://ppair-my.uspto.gov/pair/PrivatePair. Should you have questions on access
to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-
free). If you would like assistance from a USPTO Customer Service Representative or access to
the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/ADAM C MAGER/
Examiner, Art Unit 2923

EXHIBIT "2"

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>29/874,416 | Applicant(s)/Patent Under Reexamination<br>Lehman, Jerry |
| | Examiner<br>ADAM MAGER | Art Unit<br>2923     Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D1042287-S | 2024-09-17 | Lehman; Jerry L | | D12/209 |
| * | B | US-D798791-S | 2017-10-03 | Connolly; Martin | | D12/213 |
| * | C | US-D709021-S | 2014-07-15 | Connolly; Martin | | D12/213 |
| * | D | US-D644153-S | 2011-08-30 | Finnie; Mark | | D12/205 |
| * | E | US-D626054-S | 2010-10-26 | Walthert; Martin | | D12/213 |
| * | F | US-D545751-S | 2007-07-03 | Cappellotto; Guido | | D12/213 |
| * | G | US-D427133-S | 2000-06-27 | Baron; Joe | | D12/213 |
| * | H | US-D374649-S | 1996-10-15 | Choi; James H. | | D12/213 |
| * | I | US-D373102-S | 1996-08-27 | Choi; James H. | | D12/213 |
| * | J | US-D370001-S | 1996-05-21 | Vancour; Richard W. | | D12/205 |
| * | K | US-D365319-S | 1995-12-19 | Vancour; Richard W. | | D12/213 |
| * | L | US-D310655-S | 1990-09-18 | Choe; Yoo H. | | D12/213 |
| * | M | US-4729605-A | 1988-03-08 | Imao; Shoji | B60B1/003 | 301/58 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | DNA CALI SPOKES WHEEL, Published Jun 16, 2023 [online], [retrieved on 5/11/2025]. Retrieved from the Internet: https://www.youtube.com/watch?v=-gORk9OvGvU (Year: 2023) |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

| Notice of References Cited | | Application/Control No. 29/874,416 | | Applicant(s)/Patent Under Reexamination Lehman, Jerry | |
|---|---|---|---|---|---|
| | | Examiner ADAM MAGER | | Art Unit 2923 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D258428-S | 1981-03-03 | Junor; Bruce B. | | D12/205 |
| * | B | US-1660319-A | 1928-02-28 | ASH CHARLES S | B60B1/00 | 470/132 |
| * | C | US-1578076-A | 1926-03-23 | COOK HARMON J | B60B1/00 | 246/182R |
| * | D | US-1208609-A | 1916-12-12 | Name not available | B60B1/00 | 301/104 |
| * | E | US-0598620-A | 1898-02-08 | Name not available | B60B1/00 | 29/894.333 |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

EXHIBIT "2"

# Exhibit: "C-1"

EXHIBIT "2"

Australia Warehouse is live now! Free and fast shipping!

**SHARK**ROAD

Search...

All categories

Login / Signup
My account

0
Cart

FORUM    AUSSIE RIDERS!    SHOP BY BRAND    SLIP ON MUFFLERS    EXHAUST SYSTEMS    HARLEY WHEELS    ACC & PARTS

SUPPORT

Home > All products > 21*3.5'' Front Wheel for 00-06 Softai...










# 21*3.5'' Front Wheel for 00-06 Softail Harley 21 Wheel Updating, Fat Spoke Laced 21x3.5 Fat Spoke Wheel for Harley Softail Front Wheel

SHARKROAD        SKU: 2135FS-1TW-CCC

★★★★★ (1 review)

✓ All Orders Are Shipped From USA
✓ Ship Orders within 5-10 business days
✓ 30-day Return Policy & One-year Warranty
✓ Secure & Easy Checkout
✓ Not legal for shipping in California

Price:    **$599.00**

4 interest-free installments, or from $54.06/mo with shop Check your purchasing power

Quantity:    −    1    +

Sold out

🔍 Roll over image to zoom in

Free 15% OFF  ✕



39

EXHIBIT "2"

# Exhibit: "C-2"

EXHIBIT "2"



SHARK ROAD

Search...

All categories

Login / Signup
My account

0 Cart

FORUM    AUSSIE RIDERS!    SHOP BY BRAND    SLIP ON MUFFLERS    EXHAUST SYSTEMS    HARLEY WHEELS    ACC & PARTS

SUPPORT



🔍 Roll over image to zoom in



4 interest-free installments, or from $54.00/mo with
Shop Pay    Check your purchasing power

Quantity:    –    1    +

Sold out

Secure checkout with

VISA   AMEX   JCB   Mastercard   PayPal   and more...

## Description

Free 15% OFF ✕

1.  【STAINLESS STEEL 52 FAT SPOKES.】 Stainless steel 3/8" spokes are quality

41

EXHIBIT "2"

# <u>Exhibit</u>: "3"



Telephone
213/380-6010

Facsimile
213/380-6051

www.vakili.com

15 May 2024

<u>**Via Overnight Mail**</u>

Xingbo Yao, CEO
**Sharkroad Inc.**
1704 Morton Avenue
Los Angeles, CA 90026-2614

*Also mailed to:*
201 E. Center St., Suite 112 (#3500)
Anaheim, CA 92805-7212

Re:  ***DNA Specialty, Inc. v. Sharkroad, Inc. – Cease & Desist***

Dear Mr. Yao:

Please be advised that I represent DNA Specialty, Inc. ("DNA").  Established in 1984, DNA is a company located in Compton, California, that manufactures and supplies automotive parts, including wheels for vehicles such as cars, trucks, and motorcycles.

It has come to our attention that Sharkroad has been recently offering for sale and selling what appears to be highly similar, if not downright knockoffs, of DNA's 52-spoke motorcycle wheels that have been in the marketplace since at least as early as 2001.  Attached as <u>Exhibit</u> "A" are comparative images of the Sharkroad and DNA wheels.  Sharkroad advertises its wheels for sale on its website. (*See* <u>Exhibit</u> "B" attached.)

DNA has developed a reputation for quality products, including its 52-spoke wheels that Sharkroad has decided to exploit, without DNA's permission or license, which is likely to cause confusion in the marketplace and infringe DNA's trade dress in violation of the Lanham Act. (*See* 15 USC § 1025(a) and unfair competition under state law.)

DNA hereby demands that Sharkroad immediately cease and desist advertising, offering for sale and selling the Sharkroad wheels.  Please confirm to me no later than June 10, 2024, that all has been accomplished.  Should Sharkroad not comply with this demand by the above stated date, we will take appropriate additional action including seeking legal redress for all available damages and remedies.

Cordially yours,

VAKILI & LEUS, LLP

*Sa'id Vakili*

Sa'id Vakili, Esq.

SV:cm
Cc:  File

Wilshire Colonnade  ◆  Penthouse Suite 1135  ◆  3701 Wilshire Boulevard  ◆  Los Angeles, California  90010-2817

EXHIBIT "3"

# EXHIBIT "A"

**Here is the Sharkroad Wheel below:**



**Below is the DNA 52 Fat Spoke Mammoth Wheel:**



43

EXHIBIT "3"

# EXHIBIT "B"



EXHIBIT "3"