VAKILI & LEUS, LLP
Sa'id Vakili, Esq. SBN 176322
3701 Wilshire Blvd. Suite 1135
Los Angeles, CA 90010

Representing: Plaintiff                                   File No.

## UNITED STATES DISTRICT COURT
### Central District of California - District - Los Angeles - First Street

| | |
|---|---|
| DNA Specialty, Inc.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>Sharkroad, Inc., et al.<br>**Defendant/Respondent** | Case No. 2:25-cv-10379-MWC-RAO<br><br>Proof of Service of:<br>Summons, First Amended Complaint, Certification and Notice of Interested Parties (Local Rule 7.1-1), Civil Cover Sheet, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Notice of Assignment to United States Judges, Notice to Parties of Court−Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order Regarding Newly Assigned Cases, Standing Order Re Patent Cases<br><br>Service on:<br>SHARKROAD, INC., a California Corporation<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

## PROOF OF SERVICE

Order # 27193772

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>VAKILI & LEUS, LLP<br>Sa'id Vakili, Esq. SBN 176322<br>3701 Wilshire Blvd. Suite 1135<br>Los Angeles, CA 90010<br>TELEPHONE NO: 213-380-6010    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: vakili@vakili.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER:  DNA Specialty, Inc.<br>DEFENDANT / RESPONDENT:  Sharkroad, Inc., et al. | CASE NUMBER:<br>2:25-cv-10379-MWC-RAO |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14959243 (27193772) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, First Amended Complaint, Certification and Notice of Interested Parties (Local Rule 7.1-1), Civil Cover Sheet, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order Regarding Newly Assigned Cases, Standing Order Re Patent Cases

2. Party Served: SHARKROAD, INC., a California Corporation

3. Person Served: Xingbo Yao

4. Left With: Niko "Doe" (M/40s/Asian American/165lbs/5'6)

5. Date & Time of Delivery: January 14, 2026 at 11:04 am PST

6. Address, City and State: 2160 Farallon Drive San Leandro, CA, 94577

7. Manner of Service: **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Niko "Doe" (M/40s/Asian American/165lbs/5'6), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $135.00

Registered California process server.
Moises Altunar-Hernandez
County: Alameda County
Registration No.: 1648

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Moises Altunar-Hernandez

Date: January 15, 2026

MC-031

| PLAINTIFF / PETITIONER: DNA Specialty, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Sharkroad, Inc., et al. | 2:25-cv-10379-MWC-RAO |

# DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: SHARKROAD, INC., a California Corporation

1) Successful Attempt: Jan 14, 2026, 11:04 am PST at Business: 2160 Farallon Drive, San Leandro, CA 94577 received by Niko "Doe" (M/40s/Asian American/165lbs/5'6). Age: 36–45; Ethnicity: Asian American; Gender: Male; Weight: 150–174 lbs; Height: 5'4"–5'7"; Hair: Black; Eyes: Brown;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: January 15, 2026

Moises Altunar-Hernandez
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* Process Server

MC-031

| PLAINTIFF / PETITIONER: DNA Specialty, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Sharkroad, Inc., et al. | 2:25-cv-10379-MWC-RAO |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 1/14/2026, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, First Amended Complaint, Certification and Notice of Interested Parties (Local Rule 7.1-1), Civil Cover Sheet, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order Regarding Newly Assigned Cases, Standing Order Re Patent Cases

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

SHARKROAD, INC., a California Corporation
Xingbo Yao - Person Authorized to Accept Service of Process
2160 Farallon Drive
San Leandro, CA 94577.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 1/14/2026
Kendall Holmes
(TYPE OR PRINT NAME)

*/s/ K Holmes*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* InfoTrack US, Inc.



# Accountability Report

## Service of Process Details

| | | | |
|---|---|---|---|
| **Service Address:** | 2160 Farallon Drive<br>San Leandro, CA 94577 | **Plaintiff / Petitioner:** | DNA Specialty, Inc. |
| | | **Defendant / Respondent:** | Sharkroad, Inc., et al. |
| **Party to Serve:** | SHARKROAD, INC., a California Corporation | **Case Number:** | 2:25-cv-10379-MWC-RAO |

### Attempt 1: Substitute Service

**Description:** Not Provided

**Time:**
- **GPS:** Wed Jan 14 2026 11:04:40 GMT-0800 (PST)
- **Device:** Jan 14, 2026, 11:04 am PST

**Location:** 37.6934862, -122.172502
*The service address is 0.0 feet from the GPS coordinates.*

**Activity:** Moises Altunar-Hernandez has attempted 6 other serves within 24 hours surrounding this attempt.

**Mobile Device:** ServeManagerMobile/1.11.5 (153) (SM-S938U/Moises's S25 Ultra; Android/16)



37.6934862, -122.172502
*with a GPS Accuracy of 14.63 ft.*

**Attempt Photo(s):**