R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**DEFENDANT SHARKROAD, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**Date:** March 13, 2026<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6A<br>First Street U.S. Courthouse<br>Los Angeles, CA<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on March 13, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Sharkroad, Inc., by its counsel, will and hereby does move this Court for an order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Defendant moves to dismiss the following causes of action from the Complaint:

1. Second Cause of Action for Trade Dress Infringement of DNA's Spiral-Spoke Wheel;
2. Third Cause of Action for Trade Dress Infringement of DNA's 52 Cylindrical-Spoke Wheel; and,
3. Fourth Cause of Action for Unfair Competition Under California Common Law.

This Motion is made on the grounds that the Amended Complaint fails to allege sufficient facts to state any plausible claim for relief under applicable law.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such further argument and evidence as may be presented to or considered by the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 29, 2026.

Respectfully submitted,

TROJAN LAW OFFICES
by

-1-

| | | |
|---|---|---|
| 1 | February 3, 2026 | /s/ R. Joseph Trojan |
| 2 | | R. Joseph Trojan |
| | | Attorney for Defendant, |
| 3 | | SHARKROAD, INC. |