UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | Case No: 2:25-cv-10379-MWC(RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHARKROAD, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)** |

Having considered Defendant Sharkroad, Inc. ("Sharkroad") motion to dismiss Plaintiff DNA Specialty, Inc.'s ("Plaintiff" or "DNA") trade dress claims in the First Amended Complaint (Dkt. #12, "FAC"), Plaintiff's Opposition, Defendant's Reply, and the arguments and authorities presented, the Court hereby **GRANTS** Defendant's Motion

to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismiss Plaintiff's causes of actions of action as follows:

    1. Second Cause of Action for Trade Dress Infringement of DNA's Spiral-Spoke Wheel;

    2. Third Cause of Action for Trade Dress Infringement of DNA's 52 Cylindrical-Spoke Wheel; and,

    3. Fourth Cause of Action for Unfair Competition Under California Common Law.

The Court finds that Plaintiff has failed to state a claim upon which relief can be granted and that **further amendment would be futile**.

Accordingly, Plaintiff's claims are **DISMISSED WITHOUT LEAVE TO AMEND**.

IT IS SO ORDERED.

Dated: _____

    HON. MICHELLE WILLIAMS COURT
    UNITED STATES DISTRICT JUDGE