NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

ATTORNEY(S) FOR: Defendant SHARKROAD, INC.

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-10379-MWC(RAOx) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____SHARKROAD, INC._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DNA SPECIALTY, INC. | Plaintiff |
| SHARKROAD, INC. | Defendant |

February 3, 2026
Date

/s/ R. Joseph Trojan
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant SHARKROAD, INC.

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES