Sa'id Vakili, Esq. (SBN: 176322)
*vakili@vakili.com*
Craig McLaughlin, Esq. (SBN: 182876)
*craig@vakili.com*
Jason C. Ming, Esq. (SBN: 219745)
*jason@vakili.com*
Stephen P. Hoffman, Esq. (SBN: 287075)
*hoffman@vakili.com*
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822

**213/380-6010**  |  Fax: 213/380-6051

*Counsel for Plaintiff and*
*Counterclaim Defendant DNA Specialty, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **DNA SPECIALTY, INC.,** a **California Corporation,**<br><br>**Plaintiff and Counterclaim Defendant,**<br><br>v.<br><br>**SHARKROAD, INC.,** a California Corporation and DOES 1-50, Inclusive,<br><br>**Defendants and Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DNA SPECIALTY, INC.'S NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP RULE 12(c) AND TO STRIKE SEVERAL OF SHARKROAD, INC.'S DEFENSES PURSUANT TO FRCP RULE 12(f) OR 12(f)(1)**<br><br>**Date:**  July 24, 2026<br>**Time:**  1:30 P.M.<br>**Place:**  Courtroom 6A<br>First Street U.S. Courthouse<br>Los Angeles, CA |

1

*DNA Specialty, Inc.'s Notice of Motion for Partial Judgment on the Pleadings*
*and To Strike Several Defenses*

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 24, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff and Counterclaim Defendant, DNA Specialty, Inc. ("DNA") by its counsel, will and hereby does move this Court, pursuant to F. R. Civ. P. Rule 12(c), for partial judgment on the pleadings in favor of DNA and against Defendant and Counterclaimant Sharkroad, Inc. ("Sharkroad") on Sharkroad's Counterclaim of Inequitable Conduct (Count I) and Patent Invalidity (Count II) and, pursuant to F. R. Civ. P. Rule 12(f) or 12(f)(1), to strike Sharkroad's related defenses ("inequitable conduct" and "unclean hands") from Sharkroad's Third Defense ("Equitable Doctrines"), Sharkroad's entire Fourth Defense ("Inequitable Conduct"), Sharkroad's Fifth Defense ("Patent Non-Infringement)," Sixth Defense ("Patent Invalidity" and "Functional Design"), Seventh Defense ("Patent Misuse"), Ninth Defense ("Non-Infringement of Plaintiff's Trade Dresses"), Tenth Defense ("No Likelihood of Confusion"), Eleventh Defense ("No Unlawful, Unfair, or Fraudulent Conduct"), Twelfth Defense ("No Willful Infringement"), Thirteenth Defense ("No Damages"), Fourteenth Defense ("Failure to Mitigate"), and Fifteenth Defense ("No Irreparable Harm").

This Motion is made on the grounds that Sharkroad's Counterclaim for Inequitable Conduct and related defenses fail to comply with F. R. Civ. P., Rules 8, 9(b) and Federal Circuit precedent, its Counterclaim for Invalidity is merely conclusory, its Sixth, Seventh and Fourteenth defenses fail to put DNA on notice as to the nature of the defenses pled and do not provide any, let alone adequate, information about the grounds upon which they rest, and that Sharkroad's Fifth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fifteenth Defenses are not affirmative defenses.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Craig McLaughlin and exhibits thereto, all pleadings and papers on file in this action, and upon such further argument and evidence as may be

*DNA Specialty, Inc.'s Notice of Motion for Partial Judgment on the Pleadings and To Strike Several Defenses*

presented to or considered by the Court.  A Request for Judicial Notice will also be filed.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 6, 2026, and declaration of same is submitted herewith.  [Decl. of Craig McLaughlin.]

Respectfully submitted,

**VAKILI & LEUS, LLP**

Dated: June 22, 2026

By: /s/ *Craig McLaughlin*
Sa'id Vakili, Esq.
Craig McLaughlin, Esq.
*Counsel for Plaintiff DNA Specialty, Inc.*

3

*DNA Specialty, Inc.'s Notice of Motion for Partial Judgment on the Pleadings and To Strike Several Defenses*

## CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On June 23, 2026, I served the foregoing document described as **DNA SPECIALTY, INC.'S NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP RULE 12(c) AND TO STRIKE SEVERAL OF SHARKROAD, INC.'S DEFENSES PURSUANT TO FRCP RULE 12(f) OR 12(f)(1)** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 23rd day of June 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on June 23, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

CERTIFICATE OF SERVICE