Sa'id Vakili, Esq. (SBN: 176322)
*vakili@vakili.com*
Craig McLaughlin, Esq. (SBN: 182876)
*craig@vakili.com*
Jason C. Ming, Esq. (SBN: 219745)
*jason@vakili.com*
Stephen P. Hoffman, Esq. (SBN: 287075)
*hoffman@vakili.com*
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822

**213/380-6010**  |  Fax: 213/380-6051

*Counsel for Plaintiff DNA Specialty, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff and Counterclaim Defendant,**<br><br>v.<br><br>**SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,**<br><br>**Defendants and Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DECL. OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER FRCP RULE 12(c) AND TO STRIKE SEVERAL OF SHARKROAD'S DEFENSES UNDER FRCP RULE 12(f) OR 12(f)(1)**<br><br>**Date:** July 24, 2026<br>**Time:** 1:30 P.M.<br>**Place:** Courtroom 6A<br>First Street U.S. Courthouse<br>Los Angeles, CA |

1

*Decl. of Craig McLaughlin In Support of DNA's Notice of Motion and Motion for Partial Judgment On The Pleadings and To Strike Several Defenses*

## DECLARATION OF CRAIG McLAUGHLIN

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, Case No.: 2:25-cv-10379-MWC (RAOx).

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. On May 6, 2026, myself, along with co-counsel Said Vakili and Jason Ming, and counsel for Defendant and Counterclaimant Sharkroad, Inc. ("Sharkroad"), Joseph Trojan, conducted a meet and confer by telephone to discuss DNA's intent (should the subject Counterclaim and defenses not be withdrawn) to file a motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) for violating F. R. Civ. P. Rules 8 and 9(b) regarding Sharkroad's asserted Counterclaim One for "Inequitable Conduct," as pled in Sharkroad's Answer and Counterclaim (ACC") [Dkt. #23] and to strike, under F. R. Civ. P. Rule 12(f) or 12(f)(1), Sharkroad's related defenses in its Third Defense and entire Fourth Defense, its asserted Seventh Defense ("Patent Misuse") and Fourteenth Defense ("Failure to Mitigate") for failure to put DNA on notice of the nature of the defenses and allege adequate facts upon which they are grounded, and several of Sharkroad's non-affirmative defenses (Fifth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fifteenth) on the grounds that they are redundant denials, not defenses.

4. During the "meet and confer," Sharkroad's counsel requested, and DNA's counsel granted, one week for Sharkroad to forward a proposed pleading that complied with F. R. Civ. P. Rules 8 and 9(b) and Federal Circuit precedent, reserving DNA's right to seek relief from the Court should the revised pleading continue to fail to comply in any meaningful manner to said authority. During the conference, DNA's counsel also provided to Sharkroad's counsel the following citations: *Exergen Corp. v. Wal-mart*

*Decl. of Craig McLaughlin In Support of DNA's Notice of Motion and Motion for Partial Judgment On The Pleadings and To Strike Several Defenses*

*Stores, Inc.,* 575 F.3d 1312, 1328 (Fed. Cir. 2009); *Therasense, Inc. v. Becton, Dickinson and Co.*, 649 F.3d 1276, 1290 (Fed. Cir. 2011).

5.    On May 12, 2026, Sharkroad's counsel emailed DNA's counsel a Word document showing Sharkroad's proposed revisions to the ACC, including tracked deletions and additions.  Attached hereto as **Exhibit No. 1** is a true and correct copy of that document converted to PDF.

6.    Three days later, at DNA's request, Sharkroad's counsel sent a clean PDF version reflecting the revisions to the ACC.  Attached hereto as **Exhibit No. 2** is a true and correct copy of that clean version, Sharkroad's proposed Amended Answer and Counterclaim ("PAACC").

7.    Attached hereto as **Exhibit No. 3**, and as attached to the concurrent Request for Judicial Notice, is a true and correct copy of U.S. Design Patent No. 374,649 to Choi ("the '649 Patent to Choi") .

8.    Attached hereto as **Exhibit No. 4**, and as attached to the concurrent Request for Judicial Notice, is a true and correct copy of U.S. Patent No. 598,620 to Allen ("'620 Patent to Allen").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2026.

/s/ *Craig McLaughlin*
Craig McLaughlin
Declarant

*Decl. of Craig McLaughlin In Support of DNA's Notice of Motion and Motion for Partial Judgment On The Pleadings And To Strike Several Defenses*

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On June 23, 2026, I served the foregoing document described as **DECL. OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER FRCP RULE 12(c) AND TO STRIKE SEVERAL OF SHARKROAD'S DEFENSES UNDER FRCP RULE 12(f) OR 12(f)(1)** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 23rd day of June 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on June 23, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

CERTIFICATE OF SERVICE