R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>              Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF DEFENDANT SHARKROAD, INC.'S OPPOSITION TO PLAINTIFF DNA SPECIALTY, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND TO STRIKE DEFENSES**<br><br>**Date:** July 24, 2026<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6A<br>First Street U.S. Courthouse<br>Los Angeles, CA<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

TROJAN LAW OFFICES
BEVERLY HILLS

I, R. Joseph Trojan, declare as follows:

1.      I am an attorney duly admitted to practice before this Court and am a principal of Trojan Law Offices, P.C., counsel of record for Plaintiff and Counterclaim Defendant Sharkroad, Inc. ("Sharkroad") in this action. I have personal knowledge of the facts stated in this declaration, except as to matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      DNA Specialty, Inc. ("DNA") filed its First Amended Complaint on December 4, 2025. Sharkroad filed its Answer and Counterclaims on March 24, 2026. DNA filed its Reply to Sharkroad's Counterclaims on April 13, 2026.

3.      On or about May 1, 2026, counsel for DNA requested a meet-and-confer pursuant to Local Rule 7-3 concerning a contemplated motion for judgment on the pleadings and motion to strike. A true and correct copy of the May 1, 2026 through May 15, 2026 email correspondence between counsel for the parties is attached as **Exhibit 1**.

4.      On May 6, 2026, counsel for the parties held a meet-and-confer by Zoom. I attended on behalf of Sharkroad. Three attorneys for DNA attended on behalf of DNA.

5.      During the May 6, 2026 meet-and-confer, DNA raised issues concerning Sharkroad's inequitable-conduct counterclaim and related defenses. To address DNA's concerns, Sharkroad requested one week to provide a proposed amended answer and counterclaims. DNA agreed to provide that time.

6.      After the meet-and-confer, DNA's counsel sent correspondence summarizing the conference, including that Sharkroad had requested, and DNA had granted, one week to provide a proposed amended pleading addressing the inequitable-conduct counterclaim and related defenses..

7.      On May 13, 2026, Sharkroad provided DNA with a redline version of Sharkroad's proposed Amended Answer and Counterclaims.

TROJAN LAW OFFICES
BEVERLY HILLS

8.    In my May 13, 2026 correspondence, I stated: "Attached is the Amended Answer and Counterclaims that address the issues we discussed last week in our meet and confer. The inequitable and unclean hands are now plead with the degree of specificity that you requested. This should resolve the issue."

9.    After Sharkroad provided the redline proposed amended pleading, DNA requested a clean PDF version.

10.    On May 15, 2026, Sharkroad provided DNA with a clean PDF version of the proposed Amended Answer and Counterclaims.

11.    After Sharkroad provided the proposed amended pleading, DNA did not provide comments on the proposed amendments. DNA did not identify any remaining deficiency. DNA did not request a further meet-and-confer. DNA did not propose any additional revisions. DNA also did not respond that the proposed amended pleading failed to resolve the issues discussed during the May 6, 2026 meet-and-confer.

12.    Based on DNA's lack of response after Sharkroad provided the proposed amended pleading, Sharkroad understood that the pleading dispute had been resolved, or at minimum that DNA would provide comments or request a further conference if DNA believed any dispute remained.

13.    On June 22, 2026, Sharkroad served its Invalidity Contentions pursuant to the Court's Standing Order Re Patent Cases and the Civil Trial Order. A true and correct copy of Sharkroad's Invalidity Contentions is attached as **Exhibit 2**.

14.    Sharkroad has not filed the proposed Amended Answer and Counterclaims because DNA did not respond to the proposed amendment, did not provide comments, and did not stipulate to its filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026, at Beverly Hills, California.

-2-

Dated: July 2, 2026                                   /s/R. Joseph Trojan
                                                      R. Joseph Trojan