# EXHIBIT 1

**Wednesday, June 24, 2026 at 11:57:16 AM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: DNA v. Sharkroad - Request for MnC |
| **Date:** | Friday, May 15, 2026 at 1:12:39 PM Pacific Daylight Time |
| **From:** | Francis Wong |
| **To:** | Craig McLaughlin, Said Vakili, Jason Ming |
| **CC:** | Joe Trojan, Mehdi Poursoltani, Alexander D. Mazzeo, Michiko Speier, Dylan Dang |
| **Attachments:** | Sharkroad_Amended Answer and Counterclaims_v1Clean.pdf |

Dear Counsel:

On Joe's behalf, please see the attached clean PDF version of the amended complaint as requested.

Best regards,


TROJAN LAW OFFICES, P.C.
by


Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone (310) 777-8399, Ext. 104
Fax:  (310) 691-1086

TLO® — providing quality intellectual property services to our global clientele since 1991.

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws.  If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact us immediately by telephone or response email.  Thank you.


**From:** Craig McLaughlin <craig@vakili.com>
**Date:** Thursday, May 14, 2026 at 6:07 PM
**To:** Joe Trojan <trojan@trojanlawoffices.com>
**Cc:** Said Vakili <vakili@vakili.com>, Jason Ming <jason@vakili.com>, Francis Wong <wong@trojanlawoffices.com>, Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>, "Alexander D. Mazzeo" <Mazzeo@trojanlawoffices.com>, Michiko Speier <speier@trojanlawoffices.com>

**Subject:** Re: DNA v. Sharkroad - Request for MnC

Hi Joe,

Would you mind sending a PDF version with your redline changes accepted?

Thank you.

Craig McLaughlin
Sent from my iPhone


On May 13, 2026, at 6:13 AM, Joe Trojan <trojan@trojanlawoffices.com> wrote:

Dear Sa'id:

Attached is the Amended Answer and Counterclaims that address the issues we discussed last week in our meet and confer.   The inequitable and unclean hands are now plead with the degree of specificity that you requested.  This should resolve the issue.

-Joe

Sincerely,

TROJAN LAW OFFICES, P.C.
by

<image001[35].png>

R. Joseph Trojan, Esq.
www.patentrademark.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone: (310) 777-8399
Fax: (310) 777-8348

*TLO*® *— providing quality intellectual property services to our global clientele since 1991.*
https://www.trojanlawoffices.com/testimonials/


This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or

exempt from disclosure under applicable Federal or State laws.  If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email.  Thank you.

On 5/6/26, 5:12 PM, "Said Vakili" <vakili@vakili.com> wrote:

Joe–

Thank you for taking the time to meet and confer today, which included a discussion of the following points:

You requested, and we granted one week from today for Sharkroad to provide us with a proposed amendment addressing the inequitable conduct counterclaim, so that Sharkroad can comply with FRCP Rule 9(b) and the Federal Circuit precedent we provided during today's call (*Exergen Corp. v. Wal-mart Stores, Inc.*, 575 F.3d 1312 (Fed. Cir. 2009) and *Therasense, Inc. v. Becton, Dickinson and Co.*, 649 F.3d 1276 (Fed. Cir. 2011)).

Additionally, to preserve Sharkroad's Fourth Defense of Inequitable Conduct and unclean hands, as pled in its Third Defense, you would hopefully address the same compliance in your proposed amendment, or we would otherwise move to strike.

DNA, of course, reserves the right to seek relief if the proposed amendment does not comply. We look forward to your amendment. Let us know if this e-mail doesn't accurately reflect the summary of the action items discussed today.

Sa'id

*Sa'id Vakili*
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822
**213/380-6010 |** Fax: 213/380-6051
http://www.vakili.com

---

**NOTICE:**  The information contained in this e-mail is confidential, attorney-client privileged information and/or proprietary material which is meant for the sole use of the intended recipient/s. If you received this transmission in error, please notify us immediately by reply e-mail or by telephone (213/380-6010), and destroy the original transmission and its attachments without reading them or saving them to disk or elsewhere. Thank you.

On May 1, 2026, at 4:52 PM, Joe Trojan
<trojan@trojanlawoffices.com> wrote:

Hi Sa'id:

I am available on May 6 at 4:00 PM.   I will send you a Zoom
invite.

-Joe

Sincerely,

TROJAN LAW OFFICES, P.C.
by

<image001[60].png>
R. Joseph Trojan, Esq.
www.patentrademark.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone: (310) 777-8399
Fax: (310) 777-8348

**_TLO_**[®] **_— providing quality intellectual property services to our global
clientele since 1991._**
https://www.trojanlawoffices.com/testimonials/

This email is intended only for the use of the individual or entity to
whom or which it is addressed, and may contain information that is
privileged, confidential, or exempt from disclosure under applicable
Federal or State laws.  If the reader of this message is not the intended
recipient of this email or the employee or agent responsible for delivery
to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited.  If
you have received this communication in error, please contact us
immediately by telephone or response email.  Thank you.
On 5/1/26, 4:12 PM, "Said Vakili" <vakili@vakili.com> wrote:

Good afternoon Joe–

I am writing to request a meet-and-confer under L.R. 7-3 to discuss
the following:

DNA's intent (should the subject Counterclaim and defenses not be withdrawn) (1) to file a motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) for violations of F. R. Civ. P. Rules 8 and 9(b) regarding Sharkroad's asserted Counterclaim One for "Inequitable Conduct" and related defenses; (2) to strike, under F. R. Civ. P. Rule 12(f) or 12(f)(1), Sharkroad's asserted Seventh Defense ("Patent Misuse") and Fourteenth Defense ("Failure to Mitigate") for lack of compliance with F. R. Civ. P. Rule 8, including failure to put DNA on notice of the nature of the defenses and failure to allege adequate facts upon which they are grounded; and (3) to strike several of Sharkroad's non-affirmative defenses (Fifth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fifteenth) that are redundant denials.

Please let me know by the end of Monday, May 4, 2026, whether you are available for the meet and confer, preferably between 10 am and 4 pm on Wednesday, May 6, 2026. If not, kindly propose an alternate time the next day. Thank you.

Sa'id

*Sa'id Vakili*

**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822
**213/380-6010 |** Fax: 213/380-6051
http://www.vakili.com

---

**NOTICE:**  The information contained in this e-mail is confidential, attorney-client privileged information and/or proprietary material which is meant for the sole use of the intended recipient/s. If you received this transmission in error, please notify us immediately by reply e-mail or by telephone (213/380-6010), and destroy the original transmission and its attachments without reading them or saving them to disk or elsewhere. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

<Sharkroad_Amended Answer and Counterclaims_v1Redlined.docx>