Sa'id Vakili, Esq. (SBN: 176322)
*vakili@vakili.com*
Craig McLaughlin, Esq. (SBN: 182876)
*craig@vakili.com*
Jason C. Ming, Esq. (SBN: 219745)
*jason@vakili.com*
Stephen P. Hoffman, Esq. (SBN: 287075)
*hoffman@vakili.com*
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822

**213/380-6010**  |  Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>   **Plaintiff/Counterclaim Defendant,**<br><br>   **v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>   **Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DNA SPECIALTY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I AND II OF SHARKROAD'S AMENDED ANSWER AND COUNTERCLAIM PURSUANT TO FRCP RULE 12(b)(6) AND TO STRIKE SHARKROAD'S RELATED DEFENSES PURSUANT TO FRCP RULE 12(f)(2)**<br><br>**Date:**    Sept. 25, 2026<br>**Time:**    1:30 P.M.<br>**Place:**    Courtroom 6A<br>           First Street U.S. Courthouse<br>           Los Angeles, CA |

1

*DNA's Notice of Motion and Motion to Dismiss Counterclaim Counts I and II and To Strike Related Defenses*

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Sept. 25, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff and Counterclaim Defendant, DNA Specialty, Inc. ("DNA") by its counsel, will and hereby does move this Court, pursuant to F. R. Civ. P. Rule 12(b)(6), to dismiss Count I (Inequitable Conduct) and Count II (Invalidity) of the Amended Answer and Counterclaim of Defendant and Counterclaimant Sharkroad, Inc. ("Sharkroad") and, pursuant to F. R. Civ. P. Rule 12(f)(2), to strike Sharkroad's related defenses ("inequitable conduct" and "unclean hands") from Sharkroad's Third Defense ("Equitable Doctrines"), Sharkroad's entire Fourth Defense ("Inequitable Conduct"), and Sixth Defense ("Patent Invalidity" and "Functional Design").

This Motion is made on the grounds that Sharkroad's Counterclaim for Inequitable Conduct fail to comply with F. R. Civ. P., Rules 8, 9(b) and Federal Circuit precedent, its Counterclaim for Invalidity is merely conclusory and not plausible, and the aforementioned related defenses fails to put DNA on notice as to the nature of the defense pled and do not provide any, let alone adequate, information about the grounds upon which they rest.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Craig McLaughlin and exhibits thereto, all pleadings and papers on file in this action, and upon such further argument and evidence as may be presented to or considered by the Court. A Request for Judicial Notice will also be filed.

/ / /

/ / /

/ / /

/ / /

/ / /

*DNA's Notice of Motion and Motion to Dismiss Counterclaim Counts I and II and To Strike Related Defenses*

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 12, 2026, and declaration of same is submitted herewith. [Decl. of Craig McLaughlin.]

Respectfully submitted,

**VAKILI & LEUS, LLP**

Dated: August 14, 2026

By: /s/ *Craig McLaughlin*
Sa'id Vakili, Esq.
Craig McLaughlin, Esq.
*Counsel for Plaintiff and Counterclaim Defendant DNA Specialty, Inc.*

*DNA's Notice of Motion and Motion to Dismiss Counterclaim Counts I and II and To Strike Related Defenses*

## CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On August 14, 2026, I served the foregoing document described as **DNA SPECIALTY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I AND II OF SHARKROAD'S AMENDED ANSWER AND COUNTERCLAIM PURSUANT TO FRCP RULE 12(b)(6) AND TO STRIKE SHARKROAD'S RELATED DEFENSES PURSUANT TO FRCP RULE 12(f)(2)** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 14th day of August 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on August 14, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

CERTIFICATE OF SERVICE