Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822

**213/380-6010**  |  Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DECL. OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I AND II OF SHARKROAD'S AMENDED ANSWER AND COUNTERCLAIM PURSUANT TO FRCP RULE 12(b)(6) AND TO STRIKE SHARKROAD'S RELATED DEFENSES PURSUANT TO FRCP RULE 12(f)(2** |
| | **Date:**   Sept. 25, 2026<br>**Time:**   1:30 P.M.<br>**Place:**   Courtroom 6A<br>             First Street U.S. Courthouse<br>             Los Angeles, CA |

1

*Decl. of Craig McLaughlin In Support of DNA's Notice of Motion and Motion to Dismiss Counterclaim Counts I and II and To Strike Related Defenses*

## <u>DECLARATION OF CRAIG McLAUGHLIN</u>

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, <u>Case No.: 2:25-cv-10379-MWC (RAOx)</u>.

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. On August 12, 2026, myself, along with Said Vakili, also counsel for DNA, and met and conferred via Zoom with Francis Wong and Dylan Dang, counsel for Defendant and Counterclaimant Sharkroad, Inc. ("Sharkroad") and discussed DNA's intent (should the subject Counterclaim Counts and related defenses not be withdrawn) to file a motion to dismiss under Fed. R. Civ. P. 12(b)(6) for violating F. R. Civ. P. Rules 8 and 9(b) regarding Sharkroad's asserted Counterclaim Count I for "Inequitable Conduct," and Count II for "Invalidity" as implausible as pled in Sharkroad's Amended Answer and Counterclaim (AACC") [Dkt. #36] and to strike, under F. R. Civ. P. Rule 12(f)(2), Sharkroad's related defenses in its Third Defense, its entire Fourth Defense, and its Sixth Defense for Invalidity, for failure to put DNA on notice of the nature of the defenses and allege adequate facts upon which they are grounded.

4. During the "meet and confer," which lasted at least 30 minutes, Sharkroad's counsel refused to withdraw either of the Counts or any of the related defenses thereto asserting that the AACC complied with "notice" pleading.

5. The "meet and confer" was informed by a prior and substantial exchange of views as to the viability of the Counts and related defenses.

6. Two days after the filing of the AACC, DNA's counsel forwarded its views on certain Counts and defenses of the AACC, in an e-mail to Sharkroad's counsel and requested a "meet and confer" should Sharkroad not withdraw the Counts and defenses

*Decl. of Craig McLaughlin In Support of DNA's Notice of Motion and Motion to
Dismiss Counterclaim Counts I and II and To Strike Related Defenses*

set forth in the e-mail.  Attached hereto as **Exhibit No. 1** is a true and correct copy of that e-mail dated August 5, 2026.

7.    On August 6, 2026, Sharkroad's counsel responded setting forth its views on the issues in a letter transmitted to DNA's counsel expressing that Sharkroad would not withdraw any of the requested Counts or defenses and threatened sanctions should such a motion be filed.  Attached hereto as **Exhibit No. 2** is a true and correct copy of that letter.

8.    On August 11, 2026, DNA's counsel transmitted a 10 page letter, narrowing the issues to Counts I and II and their related defenses and further explaining why they were inadequately pled.  Attached hereto as **Exhibit No. 3** is a true and correct copy of that letter.

9.    Attached hereto as **Exhibit No. 4**, and as attached to the concurrent Request for Judicial Notice, is a true and correct copy of U.S. Design Patent No. 374,649 to Choi ("the '649 Patent to Choi") .

10.    Attached hereto as **Exhibit No. 5**, and as attached to the concurrent Request for Judicial Notice, is a true and correct copy of U.S. Patent No. 598,620 to Allen ("'620 Patent to Allen").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026.

/s/ *Craig McLaughlin*
Craig McLaughlin
Declarant

3

*Decl. of Craig McLaughlin In Support of DNA's Notice of Motion and Motion to Dismiss Counterclaim Counts I and II and To Strike Related Defenses*

**<u>CERTIFICATE OF SERVICE</u>**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On August 14, 2026, I served the foregoing document described as **DECL. OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I AND II OF SHARKROAD'S AMENDED ANSWER AND COUNTERCLAIM PURSUANT TO FRCP RULE 12(b)(6) AND TO STRIKE SHARKROAD'S RELATED DEFENSES PURSUANT TO FRCP RULE 12(f)(2)** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 14th day of August 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on August 14, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming