R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**DECLARATION OF FRANCIS WONG IN SUPPORT OF DEFENDANT SHARKROAD, INC.'S OPPOSITION TO DNA SPECIALTY, INC.'S MOTION TO DISMISS COUNTS I AND II OF THE AMENDED COUNTERCLAIMS AND TO STRIKE RELATED DEFENSES**<br><br>**Date:** October 2, 2026<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6A<br>First Street U.S. Courthouse<br>Los Angeles, CA<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

I, Francis Wong, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am a an associate of Trojan Law Offices, P.C., counsel of record for Plaintiff and Counterclaim Defendant Sharkroad, Inc. ("Sharkroad") in this action. I have personal knowledge of the facts stated in this declaration, except as to matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On July 24, 2026, SharkRoad served discovery directed, among other things, to DNA's "Twisted Spoke" product identified in DNA's 2021 product catalog and alleged in SharkRoad's amended counterclaims. That discovery included SharkRoad's First Set of Requests for Admission and Second Sets of Interrogatories and Requests for Production of Documents.

3. A true and correct copies of the requests for production of documents and DNA's responses are hereto as **Exhibit 1**.

4. A true and correct copies of the requests for admissions and DNA's responses are hereto as **Exhibit 2**.

5. On August 5, 2026, counsel for DNA sent correspondence requesting to meet and confer regarding the motion that DNA thereafter filed against SharkRoad's amended counterclaims. SharkRoad responded on August 6, 2026, and DNA sent further correspondence on August 11, 2026. True and correct copies of this correspondence and the response letter are attached hereto as **Exhibit 3**.

6. Counsel for the parties met and conferred on August 12, 2026 regarding DNA's contemplated motion. Following the conference, the parties exchanged correspondence memorializing their respective positions. True and correct copies of the pertinent correspondence are attached hereto as **Exhibit 4**.

7. During the parties' meet and confer, DNA also requested that SharkRoad agree to extend the time for DNA to respond to SharkRoad's First Set of Requests for Admission and Second Sets of Interrogatories and Requests for



TROJAN LAW OFFICES
BEVERLY HILLS

Production. DNA represented that those discovery requests were "focused nearly, if not entirely, on the Twisted spoke set forth in DNA's 2021 catalog."

8. On August 15, 2026, DNA again requested that SharkRoad agree to delay DNA's responses to SharkRoad's discovery until after the Court ruled on DNA's Motion. DNA stated, among other things, that it believed a ruling in its favor would render the discovery responses moot and that responding before a ruling would result in a waste of DNA's resources. SharkRoad declined to agree to a stay of discovery pending resolution of DNA's Motion.A true and correct copy of those correspondences are attached hereto as **Exhibit 5**

9. On August 18, 2026, SharkRoad offered DNA a limited two-week extension, through September 8, 2026, to provide its discovery responses. SharkRoad stated that the proposed extension was conditioned on DNA providing substantive responses and producing responsive documents, rather than merely serving objections or offering to meet and confer at the end of the extension. DNA declined SharkRoad's proposed extension. A true and correct copy of SharkRoad's August 18, 2026 email correspondences are attached hereto as **Exhibit 6**.

10. As of the date of this declaration, DNA has produced its 2021 product catalog depicting the Twisted Spoke product. Apart from that catalog, however, DNA has not produced other documents responsive to SharkRoad's discovery concerning the Twisted Spoke product.

11. The correspondence described above reflects that the parties have discussed both DNA's challenges to SharkRoad's amended pleading and DNA's objections to discovery concerning the Twisted Spoke product, including DNA's position that discovery regarding that product should be delayed pending resolution of the present Motion.

TROJAN LAW OFFICES
BEVERLY HILLS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2026, at Beverly Hills, California.

Dated: September 11, 2026

/s/Francis Wong

Francis Wong