# EXHIBIT 5

**Subject:** Re: Sharkroad, Inc.'s Discovery Requests; DNA Specialty, Inc. v. Sharkroad, Inc. Case No. 2:25-cv-10379; TLO#25-11-10088
**Date:** Monday, August 17, 2026 at 10:45:16 AM Pacific Daylight Time
**From:** Francis Wong
**To:** Craig McLaughlin, Said Vakili, Jason Ming
**CC:** Joe Trojan, Dylan Dang, Mehdi Poursoltani

Dear Craig:

Thank you for your email.

DNA has already failed to fully produce responsive documents to SharkRoad's first set of document requests. Indeed, we are set to meet and confer with you tomorrow on that very issue. Hence, we cannot agree to DNA's request to delay its response to the second set of discovery when it has still not properly responded to the first set.

DNA's challenge to SharkRoad's amended counterclaims and answer is separate and distinct from DNA's obligation to timely respond to properly served discovery. SharkRoad is entitled to pursue discovery relevant to the claims and defenses presently at issue. The filing of DNA's motion does not stay discovery or suspend DNA's response obligations.

In fact, as we discussed during the August 12 conference, DNA's contention that the Twisted Spoke prior art is cumulative of prior art considered by the USPTO during prosecution goes to the merits of SharkRoad's claims and defenses. That is precisely one of the reasons SharkRoad requires discovery to determine the relevant facts and develop the evidentiary record concerning, among other things, the nature of the prior art, DNA's knowledge of it, and whether it is in fact cumulative.

DNA's position effectively puts the cart before the horse. DNA cannot resolve a disputed merits issue in its own favor and then rely on that conclusion as a basis to withhold otherwise responsive discovery.

In addition, DNA's characterization of SharkRoad's Second Set of Interrogatories and Requests for Production as being focused "nearly, if not entirely," on the Twisted Spoke is not accurate. The second set includes requests directed to subjects beyond the 2021 catalog and the Twisted Spoke. Thus, even accepting DNA's position for purposes of argument, it would not provide a basis to delay responses to the discovery requests addressing other topics.

For at least these reasons, SharkRoad cannot agree to extend DNA's deadline to respond to the Second Set of Interrogatories and Requests for Production pending resolution of DNA's motion. We expect DNA to provide timely responses and responsive documents in accordance with the existing deadline. If not, we will bring these issues to the magistrate's attention.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

---

**From:** Craig McLaughlin <craig@vakili.com>
**Date:** Saturday, August 15, 2026 at 10:46 AM
**To:** Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>; Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>
**Cc:** Said Vakili <vakili@vakili.com>; Jason Ming <jason@vakili.com>
**Subject:** RE: Sharkroad, Inc.'s Discovery Requests; DNA Specialty, Inc. v. Sharkroad, Inc. Case No. 2:25-cv-10379; TLO#25-11-10088

Dear Counsel,

At the "meet and confer" on August 12th regarding DNA's issues with Sharkroad's Amended Answer and Counterclaim, I asked Mssrs. Dang and Wong if Sharkroad would agree to extending DNA's responses to Sharkroad's First Set of Admissions and Second Sets of Interrogatories and Requests for Documents, as they are focused nearly, if not entirely, on the Twisted spoke set forth in DNA's 2021 catalog. DNA believes, as extensively set forth in the pre-meet and confer correspondence, that the twisted spoke is merely cumulative of the '620 Patent to Allen and therefore *is not relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.* See F. R. Civ. P. Rule 26(b)(1).

Sharkroad's counsel declined.

In light of DNA's Motion to Dismiss filed yesterday, DNA requests that Sharkroad reconsider DNA's request for a delay in responding to this discovery until after the Court rules on the Motion, which DNA believes will make said responses moot and therefore would have predictably resulted in a waste of DNA's resources to respond to it by the current due date.

Please let us know your decision by Monday morning August 17, 2026, as we will be meeting with the client then to address Sharkroad's prior discovery requests and issues.

Thank you kindly.

Craig McLaughlin
Vakili & Leus, LLP
Counsel for DNA Specialty, Inc.

---

**From:** Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
**Sent:** Friday, July 24, 2026 5:34 PM
**To:** Craig McLaughlin <craig@vakili.com>; Said Vakili <vakili@vakili.com>; Jason Ming <jason@vakili.com>; Stephen P. Hoffman <hoffman@vakili.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>
**Subject:** Sharkroad, Inc.'s Discovery Requests; DNA Specialty, Inc. v. Sharkroad, Inc. Case No. 2:25-cv-10379; TLO#25-11-10088

Dear Counsel,

Please see the attached Sharkroad, Inc.'s discovery requests.

**Exhibit A**, as referenced in the attached discovery requests, is available for download at the following Dropbox link due to its large file size:
https://www.dropbox.com/scl/fi/5vxwiwxcx3sh7lv10440z/Sharkroad_000764-Sharkroad_000846.pdf?rlkey=vz43jugnqonzc71z3d2gpeb1n&st=bzqgz2zx&dl=0
Exhibit A consists of 83 pages, Bates labeled Sharkroad_000764–Sharkroad_000846. Please let us know if you encounter any issues accessing or downloading the file.

Regards,

TROJAN LAW OFFICES, P.C.
by

Mehdi Poursoltani

Attorney

www.trojanlawoffices.com
Trojan Law Offices
9250 Wilshire Blvd., Suite 325

Beverly Hills, CA 90212
Telephone (310) 777-8399
Fax: (310) 777-8348

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

*This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.*