R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**DEFENDANT SHARKROAD, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

TROJAN LAW OFFICES
BEVERLY HILLS

I, Francis Wong, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am an associate of Trojan Law Offices, P.C., counsel of record for Plaintiff and Counterclaim Defendant Sharkroad, Inc. ("Sharkroad") in this action. I have personal knowledge of the facts stated in this declaration, except as to matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. A true and correct copy of U.S. Patent No. D1086968 is hereto as **Exhibit 1**.

3. A true and correct copy of the file history of U.S. Patent No. D1086968 is hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026, at Beverly Hills, California.

Dated: October 5, 2026

/s/Francis Wong
Francis Wong

TROJAN LAW OFFICES
BEVERLY HILLS