# EXHIBIT 1

US0D1086968S

# (12) United States Design Patent

(10) Patent No.: US D1,086,968 S
(45) Date of Patent: ** Aug. 5, 2025

Lehman

(54) **SPIRAL WHEEL SPOKE**

(71) Applicant: **Jerry Lehman**, Compton, CA (US)

(72) Inventor: **Jerry Lehman**, Compton, CA (US)

(73) Assignee: **Paul Choi**, Compton, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/874,416**

(22) Filed: **Apr. 19, 2023**

(51) **LOC (15) Cl.** .............................................. **12-16**

(52) **U.S. Cl.**
USPC ......................................................... **D12/213**

(58) **Field of Classification Search**
USPC ................ D12/204–213, 501; D21/563, 779
CPC .... B60B 7/00; B60B 7/01; B60B 7/02; B60B 7/04; B60B 7/06; B60B 3/02; B60B 3/04; B60B 3/06; B60B 3/10; B60B 1/00; B60B 1/02; B60B 1/0246; B60B 1/0284; B60B 1/06; B60B 1/08; B60B 1/10; B60B 1/12; B60B 21/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

598,620 A * 2/1898 Allen ........................ B60B 1/00 29/894.333
1,208,609 A * 12/1916 Menge ...................... B60B 1/00 301/104
1,578,076 A * 3/1926 Cook ........................ B60B 1/00 246/182 R
1,660,319 A * 2/1928 Ash ........................... B60B 1/00 470/132
D258,428 S * 3/1981 Junor ........................... D12/205
4,729,605 A * 3/1988 Imao ....................... B60B 1/003 301/58
D310,655 S * 9/1990 Choe ............................ D12/213
D365,319 S * 12/1995 Vancour ....................... D12/213
D370,001 S * 5/1996 Vancour ....................... D12/205
D373,102 S * 8/1996 Choi ............................ D12/213
D374,649 S * 10/1996 Choi ............................ D12/213
D427,133 S * 6/2000 Baron .......................... D12/213
D545,751 S * 7/2007 Cappellotto ................. D12/213
D626,054 S * 10/2010 Walthert ...................... D12/213
D644,153 S * 8/2011 Finnie .......................... D12/205
D709,021 S * 7/2014 Connolly ..................... D12/213
D798,791 S * 10/2017 Connolly ..................... D12/213
D1,042,287 S * 9/2024 Lehman ....................... D12/209

OTHER PUBLICATIONS

DNA Cali Spokes Wheel, Published Jun. 16, 2023 [online], [retrieved on May 11, 2025]. Retrieved from the Internet: https://www.youtube.com/watch?v=-gORK9OvGvU (Year: 2023).*

* cited by examiner

*Primary Examiner* — Adam C Mager
(74) *Attorney, Agent, or Firm* — Dunlap Bennett & Ludwig, PLLC

(57) **CLAIM**

The ornamental design for a spiral wheel spoke, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a spiral spoke wheel showing my new design.
FIG. **2** is a front elevation view thereof, with a rear elevation view being a mirror image of the front elevation view;
FIG. **3** is a right elevation view thereof, with a left elevation view being a mirror image of the front elevation view; and,
FIG. **4** is a top elevation view thereof, with the bottom elevation view being a mirror image of the top elevation view.
The broken lines shown in the drawings are for the purpose of illustrating portions of the spiral wheel spoke that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4