# EXHIBIT 2

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User:Dorethea Allen

Sale Accounting Date:08/26/2026

| Sale Item Reference Number | Effective Date |
| --- | --- |
| 29874416 | 08/20/2026 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
| --- | --- | --- | --- | --- |
| I20268P043435908 | 1599 | MAINTENANCE/PETITION INTERNAL FEE CODE | $326.00 | Credit Card |

To: 15712738300 From: 12133806051 Date: 08/20/26 Time: 8:40 PM Page: 02/04

USPTO RECEIPTS ACCOUNTING DIVISION

RECEIVED CENTRAL FAX CENTER

AUG 20 2026

Doc Code: MES.LOSS
Document Description: Notification of loss of entitlement to micro entity status

2026 AUG 25 AM 11:00

886

USPTO/SB/460 (07-26)

## NOTIFICATION OF LOSS OF MICRO ENTITY STATUS

(Page 1 of 2)

| Application or Patent No.: | First Named Inventor: |
|---|---|
| D1,086,968 | Jerry Lehman |
| Filing Date: April 19, 2026 | Title of Invention: Spiral Wheel Spoke |

Applicant or patentee hereby notifies the Office that micro entity status is no longer appropriate in this application or patent. Applicant or patentee asserts that:

[✓] Applicant/patentee is entitled to small entity status for this application or patent. See 37 CFR 1.27.

OR

[ ] Applicant/patentee will pay undiscounted fees in this application or patent.

This form must be signed (see bottom of page 2). If you owe a fee deficiency, you must also complete the following "Fee Deficiency Payment" section and enclose payment for the full amount of the deficiency.

## FEE DEFICIENCY PAYMENT

(please complete this section if you are correcting prior payments that were erroneously made in the micro entity amount)

[✓] Applicant or patentee asserts that micro entity status was previously established in good faith, and that micro entity status either was established in error, or the Office was not notified of a loss of entitlement to micro entity status through error. See 37 CFR 1.29(k).

As required by 37 CFR 1.29(k), you MUST ITEMIZE the fee deficiency. Please use the chart below to itemize the amounts for the above-identified application or patent. If you need more space to list the fees, please submit multiple forms. See below*.

| Fee Description or Type | Current Fee Amount* | Amount Previously Paid | Date Previously Paid | Deficiency Owed |
|---|---|---|---|---|
| Design Application Filing Fee | $130 | $44 | April 19, 2023 | $86 |
| Search Fee | $120 | $32 | " | $88 |
| Examination Fee | $280 | $128 | " | $152 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Deficiency Owed (sum of all entries in "Deficiency Owed" column) | $326 |

* The "current fee amount" refers to the small entity or undiscounted rate (whichever is applicable) listed on the fee schedule as currently in force at the time this paper is submitted and the deficiency is paid in full. The USPTO fee schedule is available at www.uspto.gov/Fees. For more information about submitting fee deficiencies, see MPEP 509.04(f). The MPEP is available at www.uspto.gov/MPEP.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

RECEIVED
AUG 26 2026
OFFICE OF PETITIONS

USPTO/SB/460 (07 26)

## NOTIFICATION OF LOSS OF MICRO ENTITY STATUS

(Page 2 of 2)

### FEE DEFICIENCY PAYMENT (CONT.)

If you owe a fee deficiency, you must enclose payment for the total fee deficiency amount for prior payments erroneously made in the micro entity amount in this application or patent. Do NOT combine payment for multiple applications or patents. If you owe a fee deficiency in multiple applications or patents, you must submit a separate form and payment for each application or patent.

Please check the applicable box for the form of payment, and follow the corresponding instructions for submitting your form and payment.

☐ A check or U.S. Postal Service money order is enclosed. Please make payable to "Director of the USPTO", and mail this form with the check or money order to:

Mail Stop Petition
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

☑ Payment by credit card. Do NOT provide credit card information on this form. Instead, enclose a completed Credit Card Payment Form (Form PTO-2038), which is available at https://www.uspto.gov/sites/default/files/documents/PTO-2038.pdf. Submit both forms either by facsimile to (571) 273-8300, or by mail to the address shown above.

☐ The Director is hereby authorized to charge $ __________ to USPTO Deposit Account No. ________________. If you select this option, this form must be signed by someone who is an authorized user of the deposit account, and who is permitted to sign in accordance with 37 CFR 1.33. If you are paying by deposit account, you may submit this form via the USPTO's patent electronic filing systems (EFS-Web or Patent Center), by facsimile to (571) 273-8300, or by mail to the address shown above.

For more information on accepted payment methods, please see https://www.uspto.gov/learning-and-resources/fees-and-payment/accepted-payment-methods. Payment must be made in U.S. dollars, and if payment is made from a foreign country, the payment must be payable and immediately negotiable in the United States for the full amount of the fee required.

### SIGNATURE

This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

If applicant or patentee is a juristic entity (e.g., an LLC or corporation), this form must be signed by a registered practitioner. See 37 CFR 1.31.

If applicant is a person or persons domiciled outside the United States or its territories, this form must be signed by a registered practitioner. See 37 CFR 1.31.

If applicant or patentee is a person or persons domiciled in the United States or its territories, this form may be signed by either a registered practitioner, or the applicant or patentee. Note that if multiple people together are the applicant or patentee (e.g., joint inventors domiciled in the United States or its territories together are the applicant), then a signature is required from each person who is an applicant or patentee. *Submit multiple forms if more than one signature is required, see below*.*

| Signature: JERRY LEHMAN | Date: August 19, 2026 |
|---|---|
| Name (Print/Typed): Jerry Lehman | Practitioner Registration Number (If applicable) |

☐ * Total of ________ forms are submitted.

B0007



RECEIVED
CENTRAL FAX CENTER
AUG 20 2026

# FAX

| | |
|---|---|
| **Date:** | 08/20/2026 20:39:45+00:00 GMT |
| **TO** | |
| **Fax Number:** | 15712738300 |
| **Name:** | |
| **FROM** | |
| **Fax Number:** | 12133806051 |
| **Name:** | Malou de la Paz |
| **Company:** | Vakili & Leus |
| **Subject:** | Fee Deficiency Payment |

**Notes:**

This Fax is Powered by 8x8, Inc.

Case 2:25-cv-10379-MWC-RAO Document 4 Filed 10/28/25 Page 1 of 1 Page ID #:51

AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Central District of California - Western Division on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>10/28/2025 | U.S. DISTRICT COURT<br>for the Central District of California - Western Division |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| DNA SPECIALTY, INC., a California Corporation | SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 D1,086,968 | 8/5/2025 | DNA SPECIALTY, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Central District of California - Western Division on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>10/28/2025 | U.S. DISTRICT COURT<br>for the Central District of California - Western Division |
|---|---|---|
| PLAINTIFF<br>DNA SPECIALTY, INC., a California Corporation | | DEFENDANT<br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 D1,086,968 | 8/5/2025 | DNA SPECIALTY, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

DocCode - PATENT.GRANT

# Placeholder Sheet for Supplemental Content

Application Number: 29874416 Document Date: 08/05/2025

The presence of this form indicates that the following document type was received in electronic format on the date identified above. This document is stored separately from the typical case contents which are stored in image format.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded and no paper documents or physical media exist.

- Patent Grant with Color/Grayscale Drawings

At the time of document entry (noted above):

- USPTO employees may access this supplemental content via Docket Application Viewer (DAV) or Supplemental Content Viewer (SCV).
- External customers may access this supplemental content via Patent Center.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

7590 08/05/2025

Paul Choi
200 W. Artesia
Compton, CA 90020

| EXAMINER | |
|---|---|
| MAGER, ADAM C | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2923 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/05/2025 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 29/874,416 | 05-Aug-2025 | D1086968 |

Paul Choi
200 W. Artesia
Compton, CA 90020

# EGRANT NOTIFICATION

Your electronic patent grant (eGrant) is now available, which can be accessed via Patent Center at https://patentcenter.uspto.gov

The electronic patent grant is the official patent grant under 35 U.S.C. 153. For more information, please visit https://www.uspto.gov/electronicgrants

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 29/874,416 | 08/05/2025 | D1086968 | 561785755-D | 8055 |

7590 07/23/2025

Paul Choi
200 W. Artesia
Compton, CA 90020

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above. The patent will issue electronically. The electronically issued patent is the official patent grant pursuant to 35 U.S.C. § 153. The patent may be accessed on or after the issue date through Patent Center at https://patentcenter.uspto.gov/. The patent will be available in both the public and the private sides of Patent Center. Further assistance in electronically accessing the patent, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-888-217-9197.

The USPTO is implementing electronic patent issuance with a transition period, during which period the USPTO will mail a ceremonial paper copy of the electronic patent grant to the correspondence address of record. Additional copies of the patent (i.e., certified and presentation copies) may be ordered for a fee from the USPTO's Certified Copy Center at https://certifiedcopycenter.uspto.gov/index.html. The Certified Copy Center may be reached at (800)972-6382.

**Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)**

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s) (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional inventors):

Jerry Lehman, Compton, CA;

APPLICANT(s) (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional applicants):

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

Change(s) applied to document, /J.E.B./ 5/31/2025

## Notice of References Cited

| | | |
|---|---|---|
| | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry |
| | Examiner ADAM MAGER | Art Unit 2923 — Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D258428-S | 1981-03-03 | Junor; Bruce B. | | D12/205 |
| * | B | US-1660319-A | 1928-02-28 | ASH CHARLES S | B60B1/00 | 470/132 |
| * | C | US-1578076-A | 1926-03-23 | COOK HARMON J | B60B1/00 | 246/182R |
| * | D | US-1208609-A | 1916-12-12 | ~~Name not available~~ Menge | B60B1/00 | 301/104 |
| * | E | US-0598620-A | 1898-02-08 | ~~Name not available~~ Allen | B60B1/00 | 29/894.333 |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

PTO/AIA/122 (05-23)
Approved for use through 09/30/2025. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# CHANGE OF CORRESPONDENCE ADDRESS
## *Application*

Address to:
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 29/874,416 |
| Filing Date | 04/19/2023 |
| First Named Inventor | Jerry Lehman |
| Art Unit | 2923 |
| Examiner Name | ADAM C MAGER |
| Attorney Docket Number | 561785755-D |

Please change the Correspondence Address for the above-identified patent application to:

☐ The address associated with Customer Number: ______

***OR***

☑ Firm or Individual Name: Paul Choi

Address: 200 W. Artesia

| | | |
|---|---|---|
| City: Compton | State: CA | Zip: 90220 |

Country: USA

| | |
|---|---|
| Telephone: 310-767-4070 ext. #113 | Email: paul@dnaspecialty.com |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use “Request for Customer Number Data Change” (PTO/SB/124).

I am the:

☐ Applicant

☑ Attorney or agent of record. Registration Number 60508.

☐ Registered practitioner named in the application transmittal papers who acts in a representative capacity under 37 CFR 1.34. See 37 CFR 1.33(a)(1).
Registration Number ______.

| | |
|---|---|
| Signature | /Daniel Saul Finnegan/ |
| Typed or Printed Name | Daniel Saul Finnegan |
| Date: 2025-06-27 | Telephone: 855-818-3663 |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.
Submit multiple forms if more than one signature is required, see below*.

☐ *Total of ______ forms are submitted.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0035. Public burden for this form is estimated to average 3 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **If filing this completed form by mail, send to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013). https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to: 1) law enforcement, in the event that the system of records indicates a violation or potential violation of law; 2) a Federal, state, local, or international agency, in response to its request; 3) a contractor of the USPTO having need for the information in order to perform a contract; 4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record; 5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record; 6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations; 7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals; 8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)); 9) the Office of Personnel Management (OPM) for personnel research purposes; and 9) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

## Additional Uses

Additional USPTO uses of the information in this record may include disclosure to: 1) the International Bureau of the World Intellectual Property Organization, if the record is related to an international application filed under the Patent Cooperation Treaty; 2) the public i) after publication of the application pursuant to 35 U.S.C. 122(b), ii) after issuance of a patent pursuant to 35 U.S.C. 151, iii) if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections, or an issued patent, or iv) without publication of the application or patent under the specific circumstances provided for by 37 CFR 1.14(a)(1)(v)-(vii); and/or 3) the National Archives and Records Administration, for inspection of records.

uspto UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/874,416** | **07/01/2025 02:35:07 PM Z ET** | **561785755-D** |

## Title of Invention

SPIRAL WHEEL SPOKE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 8055 | FILED BY | Caleb Judge |
| PATENT CENTER # | 71168856 | AUTHORIZED BY | Daniel Finnegan |
| CUSTOMER # | 101334 | FILING DATE | 04/19/2023 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Jerry Lehman |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| **CARD / 5916** | **E202571E35439500** | **Caleb Judge** |

**PRE-AUTHORIZED ACCOUNT**

**506190**

**PRE-AUTHORIZED CATEGORY**

**37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.20 (Post Issuance fees); 37 CFR 1.21 (Miscellaneous fees and charges)**

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 3502 | DESIGN ISSUE FEE | 260.00 | 1 | 260.00 |
| | | | **TOTAL AMOUNT:** | **$260.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

101334 7590 05/16/2025

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

TITLE OF INVENTION: SPIRAL WHEEL SPOKE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $260 | $0.00 | $0.00 | $260 | 08/18/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MAGER, ADAM C | 2923 | D12-205000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☒ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Dunlap Bennett & Ludwig, PLLC
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE: Paul Choi

(B) RESIDENCE: (CITY and STATE OR COUNTRY): Compton, CA

Please check the appropriate assignee category or categories (will not be printed on the patent): ☒ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via the USPTO patent electronic filing system ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 50-6190

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29 — NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

☐ Applicant asserting small entity status. See 37 CFR 1.27 — NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

☐ Applicant changing to regular undiscounted fee status. — NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature /Daniel Saul Finnegan/ Date 2025-06-27

Typed or printed name Daniel Saul Finnegan Registration No. 60508

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/874,416** | **07/01/2025 02:35:07 PM Z ET** | **561785755-D** |

## Title of Invention

SPIRAL WHEEL SPOKE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 8055 | FILED BY | Caleb Judge |
| PATENT CENTER # | 71168856 | FILING DATE | 04/19/2023 |
| CUSTOMER # | 101334 | FIRST NAMED INVENTOR | Jerry Lehman |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Daniel Finnegan |

## Documents

**TOTAL DOCUMENTS: 2**

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| Change_Corr_561785755-D_Choi1.pdf | 2 | Change of Address | 194 KB |
| IF_561785755-D_Choi1.pdf | 1 | Issue Fee Payment (PTO-85B) | 240 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| Change_Corr_561785755-D_Choi1.pdf | C2209B152A92407A34166BBA0C7D627AD9B685B54E7A6CA17B93DA61F8C112BB4573A2F8528FDDF6CE92F6AB805E4B8AF86D124E37BF48AB3AFB975B18C5ECA0 |
| IF_561785755-D_Choi1.pdf | B0278650FC1E4D21BB6AC562AC8A4F0898BC658ED360E72197F407D63CC56CD17947EBBBE7E9A8871524CE1AA5B448D10 |

47DF91F9C4D964D2E81B985B93AC8BC

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

101334 7590 05/16/2025

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

| EXAMINER | |
|---|---|
| MAGER, ADAM C | |
| ART UNIT | PAPER NUMBER |
| 2923 | |

DATE MAILED: 05/16/2025

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

TITLE OF INVENTION: SPIRAL WHEEL SPOKE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $260 | $0.00 | $0.00 | $260 | 08/18/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**



PTOL-85 (Rev. 11/23)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

101334 7590 05/16/2025
Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

| |
|---|
| (Typed or printed name) |
| (Signature) |
| (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

TITLE OF INVENTION: SPIRAL WHEEL SPOKE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $260 | $0.00 | $0.00 | $260 | 08/18/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MAGER, ADAM C | 2923 | D12-205000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ______________________
2 ______________________
3 ______________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑ Issue Fee ❑ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via the USPTO patent electronic filing system ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. __________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

<u>NOTE:</u> Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

❑ Applicant asserting small entity status. See 37 CFR 1.27

<u>NOTE:</u> If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

❑ Applicant changing to regular undiscounted fee status.

<u>NOTE:</u> Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ______________________ Date ______________________

Typed or printed name ______________________ Registration No. ______________________

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | Jerry Lehman | 561785755-D | 8055 |

101334 7590 05/16/2025

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

| EXAMINER | |
|---|---|
| MAGER, ADAM C | |
| ART UNIT | PAPER NUMBER |
| 2923 | |

DATE MAILED: 05/16/2025

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/ owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;
2) a federal, state, local, or international agency, in response to its request;
3) a contractor of the USPTO having need for the information in order to perform a contract;
4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;
5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;
6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;
7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;
8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));
9) the Office of Personnel Management (OPM) for personnel research purposes; and
10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| ***Notice of Allowability For A Design Application*** | **Application No.**<br>29/874,416 | **Applicant(s)**<br>Lehman, Jerry | |
|---|---|---|---|
| | **Examiner**<br>ADAM MAGER | **Art Unit**<br>2923 | **AIA (FITF) Status**<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308. This notice does not set or reset the time period for paying the issue fee. The issue fee must be paid within THREE MONTHS FROM THE MAILING DATE of the Notice of Allowance (PTOL-85) or this application shall be regarded as ABANDONED. This statutory period cannot be extended. See 35 U.S.C.151.

1.☐ This communication is responsive to ______ .

☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______ .

2.☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______ the restriction requirement and election have been incorporated into this action.

3.☑ The claim is allowed.

4.☑ Acceptable drawings:

(a) ☑ The drawings filed on 19 April 2023 are accepted by the Examiner.

(b) ☐ Drawing Figures filed on ______ and drawing Figures filed on ______ are accepted by the Examiner.

5.☐ The claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f) is acknowledged.

**Certified copies:**

a) ☐ All b) ☐ Some *c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

* Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirement for corrected drawings noted in item 6 below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.** See 37 CFR 1.85(c). **NOTE: This notice does not set or reset the time period for paying the issue fee.**

6.☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

Paper No./Mail Date ______ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

**Attachment(s)**

1.☑ Notice of References Cited (PTO-892)
2.☐ Information Disclosure Statements (PTO/SB/08), Paper No./Receipt Date ______
3.☐ Interview Summary (PTO-413), Paper No./Mail Date ______.
4. ☑ Examiner's Amendment/Comment
5. ☐ Examiner's Statement of Reasons for Allowance
6. ☐ Other ______ .

| | |
|---|---|
| **NOTE:** ______ | ______ |
| /ADAM C MAGER/<br>Examiner, Art Unit 2923 | |

*The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.*

# Allowability Notice

## Examiner's Amendment

An Examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR § 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

The application has been amended as follows:

## Amendment to Broken Line Statement

The broken line statement "depict portions of the article" is objectionable, since this statement doesn't *clearly* explain what the broken lines in the drawings illustrate. See *In re Blum 153* USPQ 177 (1967). The broken lines illustrate portions of the **spiral wheel spoke** in which the design is embodied and therefore, these broken lines should be properly identified in the drawings for clear identification of subject matter (MPEP § 1503.01,(II)). For clarity and proper form (MPEP § 1503.02,(III)), the broken line statement in the specification has been amended to read:

> -- **The broken lines shown in the drawings are for the purpose of illustrating portions of the SPIRAL WHEEL SPOKE that form no part of the claimed design.** --

## Conclusion

The claimed design is allowable.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to ADAM MAGER whose telephone number is (571)272-9780. The examiner can normally be reached on Monday - Friday, 10:00am - 6:00pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Chris P. McLean can be reached on (571) 270-1996. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see https://ppair-my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/ADAM C MAGER/
Examiner, Art Unit 2923

| ***Notice of References Cited*** | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry | |
|---|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D1042287-S | 2024-09-17 | Lehman; Jerry L | | D12/209 |
| * | B | US-D798791-S | 2017-10-03 | Connolly; Martin | | D12/213 |
| * | C | US-D709021-S | 2014-07-15 | Connolly; Martin | | D12/213 |
| * | D | US-D644153-S | 2011-08-30 | Finnie; Mark | | D12/205 |
| * | E | US-D626054-S | 2010-10-26 | Walthert; Martin | | D12/213 |
| * | F | US-D545751-S | 2007-07-03 | Cappellotto; Guido | | D12/213 |
| * | G | US-D427133-S | 2000-06-27 | Baron; Joe | | D12/213 |
| * | H | US-D374649-S | 1996-10-15 | Choi; James H. | | D12/213 |
| * | I | US-D373102-S | 1996-08-27 | Choi; James H. | | D12/213 |
| * | J | US-D370001-S | 1996-05-21 | Vancour; Richard W. | | D12/205 |
| * | K | US-D365319-S | 1995-12-19 | Vancour; Richard W. | | D12/213 |
| * | L | US-D310655-S | 1990-09-18 | Choe; Yoo H. | | D12/213 |
| * | M | US-4729605-A | 1988-03-08 | Imao; Shoji | B60B1/003 | 301/58 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | DNA CALI SPOKES WHEEL, Published Jun 16, 2023 [online], [retrieved on 5/11/2025]. Retrieved from the Internet: https://www.youtube.com/watch?v=-gORk9OvGvU (Year: 2023) |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry | |
|---|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D258428-S | 1981-03-03 | Junor; Bruce B. | | D12/205 |
| * | B | US-1660319-A | 1928-02-28 | ASH CHARLES S | B60B1/00 | 470/132 |
| * | C | US-1578076-A | 1926-03-23 | COOK HARMON J | B60B1/00 | 246/182R |
| * | D | US-1208609-A | 1916-12-12 | Name not available | B60B1/00 | 301/104 |
| * | E | US-0598620-A | 1898-02-08 | Name not available | B60B1/00 | 29/894.333 |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

| Search Notes | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry |
|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| B60B7/00,01,02,04,06 | 05/11/2025 | AM |
| B60B3/02,04,06,10 | 05/11/2025 | |
| B60B1/00,02,0246,0284,06,08,10,12 | 05/11/2025 | |
| B60B21/00 | 05/11/2025 | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| D12 | 204-213,501 | 05/11/2025 | AM |
| D21 | 563,779 | 05/11/2025 | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

/A.C.M./
Examiner, Art Unit 2923

| *Search Notes* | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry |
|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 |

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| DAV - Inventor Name Search | 05/11/2025 | AM |
| PE2E SEARCH - Inventor Name Search (See attached search history printout) | 05/11/2025 | |
| PE2E SEARCH - US-PGPUB;USPAT;USOCR;FPRS;EPO;JPO; DERWENT;IBM_TDB;CPC | 05/11/2025 | |
| PE2E SEARCH - Backwards/Forwards Citation Search on References Cited | 05/11/2025 | |
| PE2E SEARCH - Text Search (See attached search history printout) | 05/11/2025 | |
| Google - Image Search (See attached image search printout) | 05/11/2025 | |
| Amazon.com - Search (See attached search printout) | 05/11/2025 | |
| Orbit Search - Locarno Class 12-16 | 05/11/2025 | |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| D12 | 213 | 05/02/2025 | AM |

/A.C.M./
Examiner, Art Unit 2923

| Issue Classification | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry |
|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 |

| CPC | | | | |
|---|---|---|---|---|
| Symbol | | | Type | Version |
| | / | / | | |

| CPC Combination Sets | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | | | Type | Set | Ranking | Version |
| | / | / | | | | |

Use images from artifact folder? ◌ Yes ◉ No

| | | |
|---|---|---|
| NONE<br><br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>1 | |
| /ADAM C MAGER/ 11 May 2025<br>Examiner, Art Unit 2923<br>(Primary Examiner) (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| Issue Classification | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry |
|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 |

| INTERNATIONAL CLASSIFICATION | | |
|---|---|---|
| CLAIMED | | |
| | / 12 | / 16 |
| NON-CLAIMED | | |
| | / | / |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| D12 | 213 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

Use images from artifact folder? Yes No

| | | |
|---|---|---|
| NONE<br>(Assistant Examiner) (Date) | Total Claims Allowed:<br>1 | |
| /ADAM C MAGER/<br>Examiner, Art Unit 2923<br>(Primary Examiner) 11 May 2025 (Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

| Issue Classification | Application/Control No. 29/874,416 | Applicant(s)/Patent Under Reexamination Lehman, Jerry |
|---|---|---|
| | Examiner ADAM MAGER | Art Unit 2923 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

CLAIMS

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Use images from artifact folder? ○ Yes ● No

| | | | |
|---|---|---|---|
| NONE<br>(Assistant Examiner) | (Date) | Total Claims Allowed:<br>1 | |
| /ADAM C MAGER/<br>Examiner, Art Unit 2923<br>(Primary Examiner) | 11 May 2025<br>(Date) | O.G. Print Claim(s)<br>1 | O.G. Print Figure<br>1 |

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L174 | 9116 | D12/204-213,501.ccls. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:23 AM |
| L175 | 267 | D21/563,779.ccls. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:23 AM |
| L177 | 243 | B60B21/00.cpc. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:25 AM |
| L178 | 2195 | B60B7/00,01,02,04,06.cpc. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:25 AM |
| L179 | 1566 | B60B3/02,04,06,10.cpc. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:25 AM |
| L180 | 2395 | B60B1/00,02,0246,0284,06,08,10,12.cpc. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:25 AM |
| L181 | 2612 | B60B21/00.cpc. | (USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2025/05/11 10:26 AM |
| L182 | 10760 | B60B3/02,04,06,10.cpc. | (USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2025/05/11 10:26 AM |
| L183 | 9811 | B60B7/00,01,02,04,06.cpc. | (USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2025/05/11 10:26 AM |
| L184 | 8112 | B60B1/00,02,0246,0284,06,08,10,12.cpc. | (USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, | AND | ON | ON | 2025/05/11 10:26 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L186 | 696 | (wheel spoke).ti. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:28 AM |
| L188 | 203 | (spoke).ti. s.at. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:28 AM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N41 | 2 | ((("LEHMAN") near3 ("Jerry"))).INV. | (US-PGPUB; USPAT) | AND | ON | ON | 2025/05/11 10:21 AM |

spiral spoke wheels


Rugged Ridge · In stock
American Truxx Milled Matte Black...


DNA Specialty
Mammoth 52 Twisted Spo...


Amazon.com
Amazon.com: Replikaz - 5 ...


Amazon.com · Out of stock
Amazon.com: Replikaz - 5 ...


DNA Specialty
Mammoth 52 Twisted Spo...


Rugged Ridge · In stock
American Truxx Chrome AT-1906 Sp...


Hawg Halters
Renegade Warwick Chrome...


Sinister Wheel
Diamond Cut Spokes Motorc...


Amazon.com · In stock
Amazon.com: Replikaz - 5 D...


Ridewright Wheels
80 Spoke Motorcycle ...


Alibaba
Spiral Spokes for Motorcyc...


DNA Specialty
Mammoth 52 Twisted Spo...


eBay · In stock
Wheel For 99-03 Pontiac G...


Rugged Ridge · In stock
American Truxx Chrome AT-1906 S...


CARiD.com
Replace ALYHT020U46 10 ...


SD Wheel
American Truxx Spiral Wh...


Alibaba.com
Spiral Wheels Rims 3839| Ali...


Ridewright Wheels · In stock
80 Spoke Motorcycle Whe...


Rat Rod Bikes
Radial (spiral) lacing of rear wheel ...


Monster Scooter Parts · Ou...
125 mm AO Spiral Kick S...


Tires And Wheels
RealView of American Truxx Spir...


Amazon.com · Out of stock
Amazon.com: Replikaz - ...


CARiD.com · Out of stock
OE Wheels® 9508974 - 1...


Nitro Hobbies
NHX RC 2.2" Aluminum Be...

**Related searches**

- chrome spiral wheels
- spiral rims on car
- swirl rims

Sign in


Reddit
spiral working on m...


Mod My Ride
7 SPOKE SPIRAL Wheel...


Wheel Collision Center
H 63960 HONDA DEL SO...


FromBikers · In stock
TWISTER WHEEL 1


eBay
Front Wheel Spiral Spok...


CARID.com · In stock
Spiral-Spoke Silver 15x7


Nitro Hobbies · In stock
NHX RC Aluminum 1/10 On R...


Ridewright Wheels · In...
80 Spoke Motorcycle ...


Rat Rod Bikes
Radial (spiral) lacing on rear wheel ...


Amazon.com
Amazon.com: Replikaz - 5 ...


Eagle Parts / Choppershop1 · ...
WHEELS ~ Eagle Parts / Ch...


eBay · In stock
Vintage Chrome 56 Spoke Wire W...


DNA Specialty
Mammoth Wheels | Harle...


CARID.com
2004 Ford F-150 5 Spiral-...


Alibaba.com
Spiral Car Alloy Wheels - ...


American Trucks
American Truxx Yukon Spiral Chr...


rvn wheels
Custom Forged Monob...


Amazon.com
Amazon.com: Replikaz ...


Hawg Halters
Renegade Black Warwi...


Ridewright Wheels · In s...
80 Spoke Motorcycle ...


Rat Rod Bikes
Radial (spiral) lacing ...


Thunderbike
Thunderbike Custom ...


Movement products inc.
SUPER SWEEP DIAMO...


Nitro Hobbies
NHX RC Aluminum 1/10 On Road Car Sp...

**Related searches**

spiral **rims**

**black** spiral **rims**

**diamond cut twisted** spoke **motorcycle** wheels


Warehouse 701
Old Decorative Cast Ir...


American Trucks
Silverado 1500 12-Spiral Spok...


Alibaba.com
Spiral Car Alloy Wheel ...


Rugged Ridge
American Truxx Chrome AT-19...


eBay
17x7 Wheel Fits 16-18...


YouTube
AO Spiral Wheels - YouTube


Truck Accessories


Red RC
Red RC » Sweep Racing Spiral 1 9


Reddit


SMT Wheels
Crus...


RevZilla


Forge Auto Rims,Forged ...
Spiral design true forge...



Colorado Custom
All Wheels Retro


Instagram
Polished Spiral-Spok...


Dynamic Wheel Group
Turbine - DWG


Monster Scooter Parts - ...
125 mm AO Spiral Kick ...


CARID.com · In stock
Replace® ALYHV032U4...


DNA Specialty
Mammoth 52 Twisted ...


Movement products ...
Multi-Spoke Custo...


Velox Wheels
Revolt Wheel - Velox ...


Nitro Hobbies
Aluminum Beadlock Crawle...


Sheldon Brown
Wheelbuilding


Saint Side
20" 36 Twisted Spoke...


Custom Offsets
Vercelli Strada IV 305/35 ...

**Related searches**

- **twisted** spoke **bike** wheels
- **twisted** spoke **motorcycle** wheels
- **softail fat** spoke **harley** wheels


Wheel Collision Center
H 63800 HONDA CIVIC 1...


rvm wheels
Custom Forged Monoblo...


Amazon.com · In stock
Hoprousa 21x3.25 Fro...



A2I Wheel and Tire
22" American Truxx Spiral 22...


FTD Customs
Chrome Ultra Classic Mot...


eBay
Tamiya 95117 - Fully Cowled Mini ...


Alibaba.com
Spiral Car Alloy Wheels - B...


CARID.com
Replace ALYHT018U30 10 ...


Warehouse 701
Old Decorative Cast...


Need 4 Speed Motorspo...
19x8.5 Vossen CVT Tin...



Mod My Ride
7 SPOKE SPIRAL Wheel...


CARID.com · In stock
6 Spiral-Spoke Silver 14...


Amazon.com
Amazon.com: Replikaz ...



eBay
SPIRAL 7 SPOKE Real ...

spokes for motorcycle wheels


Ridewright Wheels · In stock
40 Spoke Motorcycle Whe...


Sinister Wheel
Diamond Cut Spokes Motor...


Ridewright Wheels · In stock
80 Spoke Motorcycle Whe...


Brock's Performance · In stock
Buy Front Kineo Wire Spoked Wheel ...


DNA Specialty
Traditional 40 Spoke Whe...


eBay · In stock
24K GOLD FOR HARLE...


SharkRoad
52 Spokes 21*3.5 inch ...


eBay · In stock
DNA 52 Spoke Chrome Wheels ...


Sinister Wheel
Black Spokes Chrome Ni...


BikeHPS
Tubeless Wire Spoked Motorcycle Whe...


Ridewright Wheels · In s...
Fat 50 Spoke Wheels -...


www.hdwheels.com
Spoke or wire wheels ...


MXCHAMP A90 Dirt Bik...
MXCHAMP A90 Dirt Bi...


Hoprousa.com · In stock
Hoprousa Motorcycle ...


mototeks · In stock
60 REGULAR SMOOTH...


Rotation Wheels
ARLEN Ness Y-Spoke ...


American Classic Motors · In st...
18 X 8.5 Black Chrome 48 Fa...


DNA Specialty
Mammoth 52 Twisted Spo...


Fox Powersports Parts
Indian Motorcycle 19 in. 1...


Alibaba
17 inch Motorcycle Spoke ...


KCINT · In stock
BLACK FAT SPOKE REAR DUAL DI...


SMT Wheels
SMT Machining Dirty Spoke Chr...


Motorcyclist
Wire-Spoked Vs. Alloy Motorcycle Wheels...


Amazon.com
Quiroko 52 Spokes 21 * 3.5 inch...

**Related searches**



motorcycle spokes **sizes**

spoke rims that stick out

motorcycle spokes



Canyon Motorcycles
Black Bike Harley | Canyon Motorcycles



www.hdwheels.com
Spoke or wire wheels and...



Haan Wheels
Adventure Wheels | Haan...



Hoprouse.com · In stock
Hoprouse Motorcycle Wh...



mototeks · In stock
FAT 52 TWISTED SPOKE...



Remmotorcycle
Spoke Tubeless Wheels Honda SCL...



TommySons
Sly Spoke Forged CNC ...



eBay · In stock
SPOKES FOR HARLEY S...



RF-Biketech
Custom spoke rims for all motorcyc...



KKE Racing
MX Wheels Set for KAW...



Viking Bags
How to Clean Motorcycle Wheel...



MOTORCYCLEID
Ride Wright Wheels® - ...




Walmart
16x3.5 Fat Spoke Whee...



Partzilla
How to True a Dirt Bike Wheel ...



Custom Motorcycle Whe...
DNA Fat 40 Spoke Nov...



Haan Wheels
Custom Motorcycle Wheels | Haan Wh...



Sinister Wheel
White Spokes Blue Nipples ...



Custom Moto Wheels
Warp 9 Off-road Wheel Se...



SMT Wheels
30 inch Dirty Spoke 3D C...



Staffordshire Wheel Works...
Motorcycle wheel builder ...



FTD Customs
Harley Davidson 21 inc...



VMC Chinese Parts
Front 10" x 1.4" Dirt Bik...



RevZilla
How to lace and true motorcycl...



MXCHAMP A90 Dirt Bik...
MXCHAMP A90 Dirt Bi...

**Related searches**

**spoke rim design** for motorcycle

**custom spoke** motorcycle wheels

**twisted spoke** motorcycle wheels




YouTube
HOW TO POLISH MOTORCYCLE RIMS ...



Ridewright Wheels · In stock
Fat 30 Spoke Motorcycle ...



KKE Racing
MX Wheels Set for KAWA...



ProCycle
Rim & Spoke Kit · Flattra...



Unit Garage
Pair of spoked wheels Du...



BikerIPS
Tubeless Wire Spoked Motorcycle Wh...



Rotation Wheels - In st...



Jiangmen Sonlink Motorcycle Co., Ltd



Lowbrow Customs



Web Bike World



RC Components
Custom Motorcycle Rims ...



Harley Bagger Parts
MAMMOTH 52 SPOKE W...



Indian Motorcycle
Indian Motorcycle Alumin...



A&J Cycles
Kineo Tubeless Rims – A&J Cycles



AliExpress
motorcycle Front Wheel Ri...



Push Bikes
DNA Specialty Cali Fat ...



Led Sled Customs
Classic Front Invader – ...



Shop Ducati Milano
96380181AA Ducati...



Motomillion
BST 7 Spoke Carbon Fi...




Dubya USA
DUBYA CUSTOM WHEE...



Rick's Motorcycles
Motorcycles » Harley D...



Xparts.net
Kineo spokes wheel Fr...



FTD Customs
Harley Davidson Chro...



Dominator Motorcycles
Dominator Y-Spoke Wheels Se...

**Related searches**

21 inch spoke motorcycle wheels

red spoke motorcycle rims

black spoke rims motorcycle



Alibaba.com
17 Inch Spokes Motor ...



Baque Motorcycles
Triumph Bobber Custom Excel Wid...



Custom Harley Parts
Fat Spoke Wheels for ...



Alamy
Motorcycle wheels, wire spokes...



Custom Motorcycle Pa...
Five Spoke Custom M...




AdventureMotoShop.com
BLOG - Spokes or Cast Wheels...



Forever Red Motorcycles
Hofmann Designs Signature ...



BMW Motorrad Bohling
BMW cross spoke wheels...



Walmart
16x3.5 Fat Spoke Wheels ...



Amazon.com
NTHREEAUTO 72PCS Dirt...



K-Speed
spoked wheel for Honda Rebel ...

# Bibliographic Data

Application No: 29/874,416

Foreign Priority claimed: ○ Yes ◉ No

35 USC 119 (a-d) conditions met: ☐ Yes ☑ No | ☐ Met After Allowance

Verified and Acknowledged: /ADAM C MAGER/

Examiner's Signature | Initials

Title: SPIRAL WHEEL SPOKE

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 04/19/2023 | D12 | 2923 | 561785755-D |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Jerry Lehman, Compton, CA, UNITED STATES

**CONTINUING DATA**

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED****

04/27/2023

**** MICRO ENTITY ****

**STATE OR COUNTRY**

UNITED STATES

**ADDRESS**

Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175
UNITED STATES

**FILING FEE RECEIVED**

$204

fat spoke wheels

Sign in

Tire | Twisted spoke motorcycle wheels | Harley davidson | Mammoth wheels | Rear wheel


Ridewright Wheels · In stock
Fat 50 Spoke Wheels – Ridew...


eBay · In stock
DNA MAMMOTH FAT 52 ...


Amazon.com · In stock
Rear Wheel for Harley and Cu...


DNA Specialty
Cali Fat 52-SPOKE Wheels fo...


eBay · In stock
FAT SPOKE WHEEL 40 STAIN...


KCINT · In stock
16" KCINT BLACK FAT SPOKE S...


SharkRoad · In stock
SHARKROAD 21X3.5" F...


Push Bikes
DNA Specialty Cali Fat ...


Crowe's Motorcycle Company located in Bel...
FAT SPOKE 21" & 16" BLACK/CHROME ...


mototeks · In stock
40 FAT SMOOTH SPOK...


Scooters Performance · In sto...
Fat Spoke 21 x 3.5" Front W...


Walmart
Mototeks Fat Spoke W...


Ridewright Wheels · In stock
Fat 30 Spoke Motorcycle W...


Hoprousa.com · In stock
Hoprousa Motorcycle Whee...


autoevolution
2011 Harley-Davidson Fat Boy on 5...


mototeks
FAT 52 SMOOTH SPOKE ...


Instagram
Williams Harley-Davidson | Spoke...


Custom Harley Parts
Fat Spoke Wheels for Har...


KCINT
18X5.5" BLACK ABS FAT SPOKE ...


LMT Wheels
Big Fatty Harley Touring ...


Eagle Parts / Chopp...
40 SPOKE TIRE/WH...



SharkRoad · In stock
SHARKROAD 21X3.5" ...


American Classic Motors
Chrome 21 x 3.5 48 Fat Ki...


V-Twin Manufacturing
Duro 36 Fat Spoke Matte Black Wh...

**Related searches**

softail fat spoke harley wheels

sportster fat spoke wheels

3 spoke fat bike wheels

Tire | Twisted spoke motorcycle wheels | Harley davidson | Mammoth wheels | Rear wheel






Custom Cruisers
Harley Davidson Fat S...

MOTORCYCLEID
[illegible]

Specialist in custom ch...
Radial 48 Fat Spoke Re...

SMT Wheels
Harley Fat Spoke Wheels | 150+ Custom ...

Sinister Wheel
Diamond Cut Spokes...


Walmart
Rear 16x3.5 Fat Spoke ...


Hoprousa.com
Hoprousa Motorcycle W...


Amazon.com
Havoc Motorcycles Fat Spoke Fr...


DNA Specialty
Mammoth 52 Crystal Sp...


eBay · In stock
BLACK MAMMOTH FAT SPOKE WHE...


Custom Harley Parts
16x3.0 Rear Casting Whe...


KCBNT
DNA 52 FAT DADDY SPOKE WHE...


Ridewright Wheels
Fat 30 Spoke Motorcycle...


American Classic Motors
Ultima 18x8.5 Black 48 Fa...


Instagram
Super Fat spoke wheels. Denim Bl...


Rush Bikes
DNA Fat 52 6-Spoke W...



Machined Machines
Fat Five Spoke - Machi...


Walmart
Harley 21X3.5 52 Fat ...


Amazon.com
Ultima King Spoke Fron...


Specialist in custom ch...
Radial 48 Fat Spoke Fr...


Custom Motorcycle Wh...
DNA Nova Cross Lace...



SharkRoad · In stock
SHARKROAD 21X3.5" Fr...


eBay · In stock
HARLEY TOURING REAR ...


SMT Wheels
Big Fatty Chrome Trike K...

**Related searches**

- **dyna wide glide** fat spoke wheels
- **spoke rims that stick out**
- **street glide** fat spoke wheels


WaraRyd Motorcycle
Fat Spoke All Black Wh...


Road Glide Org
Ultima King Spoke Fat Spoke Fro...


Sinister Wheel
Black Lip, Chrome Spoke ...


Eagle Parts / Choppershop1 · Eagle ...
DNA Chrome Diamond Mammoth...


Jinhua Lixian Metal Techn...
Motorcycle Aluminum Ri...


Havoc Motorcycles
ULTIMA KING SPOKE WH...

Tire | Twisted spoke motorcycle wheels | Harley davidson | Mammoth wheels | Rear wheel


Reddit
New Fat Spoke wheels on the F...


YouTube
Fatty Forty Big Fat Spoke Wheel 21 inch...


Prismatic Powders


Custom Harley Parts


FTD Customs


Crowe's Motorcycle Company located in ...
CHROME WHEEL SET HARLEY DAVID...


Rotation Wheels
SMT Machining Big Fa...


Rollies Speed Shop
DNA-21580250A-AB 21in. x 3...


Custom Motorcycle Wh...
DNA Fat 40 Spoke No...


Scooters Performance
Fat Spoke 21 x 3.5" Front Wh...


Boffroadparts
For Harley Dyna Super ...


Catalog - Zodiac
RIDE WRIGHT FAT DAD...



golfparts
Front Rear Fat Spoke ...


Custom Motorcycle Wheels
DNA Mammoth Fat Spoke Wheel P...


YouTube
Install DNA FAT SPOKE WHEELS on yo...


KCINT · In stock
FRONT WHEEL HARLEY SPOR...


NEXTIE
NEXTIE - [Wild Dragon ...


ICAN Cycling
38 Spoke Wheels Fat ...

**Related searches**

- fatboy with spoke wheels
- 100 spoke rims on car
- fat 5 spoke wheels


Reddit
21 inch fat spoke with matchin...


Facebook
Dyna wide Glide we finished f...


Eastern Performance ...
Single Disc Harley To...


Havoc Motorcycles · In stock
Fat Spoke Wheel, 18x5.5 Dual ...


Ridewright Wheels
Fat 50 Spoke Wheels ...


Alibaba.com
Steel 18 X 3.5 Wheel Rim for Harley ...


Honda Fury Forums
Fat spoke wheel progress... | Ho...


American Classic Motors
Fat King Spoke Front W...


Harleys Bizo
1996 Softail Heritage Mammoth Big Spo...


Amazon.com
TOFR 21x3.5 16x3.5 Fro...


Walmart
FAT SPOKE WHEEL ...

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 29/874,416 | 04/19/2023 | 2913 | 204 | 561785755-D | 1 | 1 |

**CONFIRMATION NO. 8055**

**FILING RECEIPT**

*OC000000056498840*

101334
Dunlap Bennett & Ludwig PLLC
211 Church Street, S.E.
Leesburg, VA 20175

Date Mailed: 04/28/2023

Receipt is acknowledged of this non-provisional design patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Jerry Lehman, Compton, CA;

**Applicant(s)**

Jerry Lehman, Compton, CA;

**Power of Attorney:** The patent practitioners associated with Customer Number 101334

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 04/27/2023

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 29/874,416**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**** MICRO ENTITY ****
**Title**

SPIRAL WHEEL SPOKE

**Preliminary Class**

D12

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

Doc Code: MES.GIB
Document Description: Certification of Micro Entity Status (Gross Income Basis)

PTO/SB/15A (07-14)

# CERTIFICATION OF MICRO ENTITY STATUS
## (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
| --- | --- |
| First Named Inventor: Jerry Lehman | Title of Invention: SPIRAL WHEEL SPOKE |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT –** The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT –** Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights, or is obligated to assign all ownership rights, as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS –** Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST" –** Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

**SIGNATURE by an authorized party set forth in 37 CFR 1.33(b)**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Signature | [signature] | | | | |
| Name | Jerry Lehman | | | | |
| Date | 4/5/23 | Telephone | 424-286-2225 | Registration No. | |

☐ *There is more than one inventor and I am one of the inventors who are jointly identified as the applicant. The required additional certification form(s) signed by the other joint inventor(s) are included with this form.*



FIG.1



FIG.2



FIG.3



FIG.4

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jerry Lehman |
| Title | SPIRAL WHEEL SPOKE |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 561785755-D |

**SIGNATURE of Applicant or Patent Practitioner**

| | | | |
|---|---|---|---|
| Signature | /Alexander White/ | Date (Optional) | 2023-03-29 |
| Name | Alexander White | Registration Number | 79620 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

☑ I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 101334

**OR**

☐ I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

☑ The address associated with the above-mentioned Customer Number

**OR**

☐ The address associated with Customer Number:

**OR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Firm or Individual Name | | | | | |
| Address | | | | | |
| City | | State | | Zip | |
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

☑ Inventor or Joint Inventor (title not required below)

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

☐ Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

**SIGNATURE of Applicant for Patent**

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| | | | |
|---|---|---|---|
| Signature | [signature] | Date (Optional) | |
| Name | Jerry L Lehman | | |
| Title | Manager Engineering | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ Total of forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Design
561785755-D

**SPIRAL WHEEL SPOKE**

I, Jerry Lehman, have invented a new, original and ornamental design for a spiral wheel spoke as set forth in the following specification.

Figure 1 is a top front perspective view of a spiral spoke wheel showing my new design.
Figure 2 is a front elevation view thereof, with a rear elevation view being a mirror image of the front elevation view;
Figure 3 is a right elevation view thereof, with a left elevation view being a mirror image of the front elevation view; and
Figure 4 is a top elevation view thereof, with the bottom elevation view being a mirror image of the top elevation view.

The line shading shown in the drawings depict curved surfaces. The broken lines shown in the drawings depict portions of the article that form no part of the claimed design.

WHAT IS CLAIMED IS:

The ornamental design for a spiral wheel spoke, as shown and described.

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/874,416** | **04/19/2023 03:32:41 PM ET** | **561785755-D** |

## Title of Invention

SPIRAL WHEEL SPOKE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 8055 | FILED BY | Brandyn Sherman |
| PATENT CENTER # | 61945364 | FILING DATE | - |
| CUSTOMER # | 101334 | FIRST NAMED INVENTOR | Jerry Lehman |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Alexander White |

## Documents

## TOTAL DOCUMENTS: 7

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| ADS_561785755-D_Lehman.pdf | 8 | Application Data Sheet | 2173 KB |
| Declaration_561785755-D_Lehman.pdf | 1 | Oath or Declaration filed | 125 KB |
| Micro_561785755-D_Lehman.pdf | 1 | Certification of Micro Entity (Gross Income Basis) | 136 KB |
| Drawings_561785755-D_Lehman.pdf | 2 | Drawings-only black and white line drawings | 26 KB |
| POA_561785755-D_Lehman.pdf | 2 | Power of Attorney | 690 KB |

Page 2 of 3

| | | | | |
|---|---|---|---|---|
| Design_561785755-D_Lehman.pdf | | 2 | - | 65 KB |
| Design_561785755-D_Lehman-SPEC.pdf | (1-1) | 1 | Specification | 60 KB |
| Design_561785755-D_Lehman-CLM.pdf | (2-2) | 1 | Claims | 37 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| ADS_561785755-D_Lehman.pdf | 1B55784AEB39F7C258D5280D355AB6DD7934A669825A6133E326310EDD0CDA048D44135E8B7CF54B48705D2CE96FEC3141B12FEA3091498C6F94B9A508F44570 |
| Declaration_561785755-D_Lehman.pdf | FB7948160398573199 8DEDDF6E30E53EFA102E5B9136842C6437F61708D10EE354F1184418F77A84EDA3BA928EFF56434D7DBE0096D9234EB6B67B1B1B8BF281 |
| Micro_561785755-D_Lehman.pdf | 0827927038DFCEB5A16261C430321AA7D6020ADBC90D240D481DA5FA0F50DA68182866C5FB1D2856B9B1E511B0551430DD18D7C28C75601C920C6FC5CE314AAF |
| Drawings_561785755-D_Lehman.pdf | 898D67C362F03AC23411ACB98F8311FF41D28BEF2250D63DA9F0F053461A7A45146643251A05D97A53404C384F2CC8E710AE84F18DA6BAAF084B3899E9B8212E |
| POA_561785755-D_Lehman.pdf | 6A8F60A9DCD53CEB8AB320478EAF045DA3B35AE6956132EB3ED9673D7763E5A4A913DCC309517B2D718AB0CEDB291F4939735B1964330ED1A1F1248197FC2B74 |
| Design_561785755-D_Lehman.pdf | 4F03B12953142A69D38D477E60D8C9B0905DB983C2F5BC99FA43D14A005D967F56A1EE6A5A9BC24482733D16BDA476AB24561D7CAEB85F08366EEBB4D2B9B131 |
| Design_561785755-D_Lehman- | 6B03DBA1B6CDA4C9324C970DB8004FEEB2DB54C961017D4A |

| | |
|---|---|
| SPEC.pdf | DD2DB4C05C5F3834D5FCF4004688BE183271CA0138D047B0EF35CC26E0CBBC05BBB06D1E26298034 |
| Design_561785755-D_Lehman-CLM.pdf | A63554C3CDAEE243F9E98F23C2D394D68E7759AB2B4887D8D0CD690A823E45C7D2D2239A1D343A8B6C7A0A7B41EA955BC622F45DE56BA0747FF62FF8F2C94DE7 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 29/874,416 | 04/19/2023 03:32:41 PM ET | 561785755-D |

## Title of Invention

SPIRAL WHEEL SPOKE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 8055 | FILED BY | Brandyn Sherman |
| PATENT CENTER # | 61945364 | AUTHORIZED BY | Alexander White |
| CUSTOMER # | 101334 | FILING DATE | - |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Jerry Lehman |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| CARD / 6066 | E20234IF33377009 | Brandyn Sherman |

PRE-AUTHORIZED ACCOUNT

506190

PRE-AUTHORIZED CATEGORY

37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.21 (Miscellaneous fees and charges)

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 3112 | DESIGN SEARCH FEE OR DESIGN CPA SEARCH FEE | 32.00 | 1 | 32.00 |
| 3312 | DESIGN EXAMINATION FEE OR DESIGN CPA EXAMINATION FEE | 128.00 | 1 | 128.00 |
| 3012 | BASIC DESIGN APPL. FILING FEE | 44.00 | 1 | 44.00 |
| | | | TOTAL AMOUNT: | $204.00 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |
| Title of Invention | SPIRAL WHEEL SPOKE | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** [Remove]

**Legal Name**

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Jerry | | Lehman | |

**Residence Information (Select One)** ◉ US Residency ◯ Non US Residency ◯ Active US Military Service

| **City** | Compton | **State/Province** | CA | **Country of Residence** | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| | | | |
|---|---|---|---|
| **Address 1** | 200 West Artesia Boulevard | | |
| **Address 2** | | | |
| **City** | Compton | **State/Province** | CA |
| **Postal Code** | 90220 | **Country** | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| | | | |
|---|---|---|---|
| **Customer Number** | 101334 | | |
| **Email Address** | patents@dbllawyers.com | [Add Email] | [Remove Email] |

## Application Information:

| | | | |
|---|---|---|---|
| **Title of the Invention** | SPIRAL WHEEL SPOKE | | |
| **Attorney Docket Number** | 561785755-D | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Design | | |
| **Total Number of Drawing Sheets (if any)** | 2 | **Suggested Figure for Publication (if any)** | |

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |
| Title of Invention | SPIRAL WHEEL SPOKE | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., “Domestic Benefit/National Stage Information” and “Foreign Priority Information”).

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 101334 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the “Application Number” field blank.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. Add

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |
| Title of Invention | SPIRAL WHEEL SPOKE | |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |
| Title of Invention | SPIRAL WHEEL SPOKE | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |

| Title of Invention | SPIRAL WHEEL SPOKE |
|---|---|

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1** Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ◯ Assignee | ◯ Legal Representative under 35 U.S.C. 117 | ◯ Joint Inventor |
|---|---|---|
| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |
| Title of Invention | SPIRAL WHEEL SPOKE | |

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Alexander White/ | | | Date (YYYY-MM-DD) | 2023-03-29 |
|---|---|---|---|---|---|
| First Name | Alexander | Last Name | White | Registration Number | 79620 |

Additional Signature may be generated within this form by selecting the Add button. Add

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 561785755-D |
|---|---|---|
| | Application Number | |

| Title of Invention | SPIRAL WHEEL SPOKE |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/01 (06-12)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| | |
|---|---|
| **Title of Invention** | SPIRAL WHEEL SPOKE |

As the below named inventor, I hereby declare that:

This declaration is directed to:

- [x] The attached application, or
- [ ] United States application or PCT international application number ______________

filed on ______________.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Jerry Lehman Date (Optional) : 4/18/23

Signature: [signature]

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 29874416 Document Date: 04/19/2023

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.