R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
Mehdi Poursoltani, CA Bar No. 331961
Poursoltani@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

TROJAN LAW OFFICES
BEVERLY HILLS

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DNA SPECIALTY, INC., a California Corporation,

Plaintiff,

v.

SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,

Defendants.

**Case No: 2:25-cv-10379-MWC(RAOx)**

**CERTIFICATE OF COMPLIANCE / DISCLOSURE REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

**Hon. Michelle Williams Court**
**United States District Judge**

Pursuant to the Standing Order of the Court, the undersigned counsel for Plaintiff and Counterclaim Defendant Sharkroad, Inc. certifies that generative artificial intelligence was used in the preparation of a portion of Defendant Sharkroad, Inc.'s Opening Claim Construction Brief.

The undersigned has used generative AI tool(s) ChatGPT to generate a portion of this document. The undersigned has carefully reviewed and hand-verified all source materials, citations, quotations, and factual assertions generated or assisted by the AI tool, and certifies that the output is accurate, complete, and fully complies with the requirements of Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:

Dated: October 5, 2026

/s/R. Joseph Trojan
R. Joseph Trojan
Dylan C. Dang
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348
Attorneys for Defendant
SHARKROAD, INC.