R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
Mehdi Poursoltani, CA Bar No. 33,1961
poursoltani@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**DEFENDANT SHARKROAD, INC.'S NOTICE OF MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>**Date: November 20, 2026**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 6A**<br>**First Street U.S. Courthouse**<br>**Los Angeles, CA**<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on November 20, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Sharkroad, Inc. ("Sharkroad"), by its counsel, will and hereby does move this Court for an order granting leave to amend its Invalidity Contentions pursuant to Section 3-6 of the Court's Standing Order Re Patent Cases.

Sharkroad seeks leave to serve the proposed Amended Invalidity Contentions to address newly produced and discovered evidence concerning invalidity and inequitable conduct, and to correct the description of a previously disclosed prior-art reference.

This Motion is made on the grounds that good cause exists because Sharkroad diligently investigated and pursued the bases for amendment, and the proposed amendments will not unduly prejudice DNA.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration and exhibits, all pleadings and papers on file in this action, and such further argument and evidence as may be presented to or considered by the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 7, 2026.

Respectfully submitted,

TROJAN LAW OFFICES, P.C.
by

October 20, 2026

/s/ R. Joseph Trojan
R. Joseph Trojan
Attorney for SHARKROAD, INC.



TROJAN LAW OFFICES
BEVERLY HILLS

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I filed the foregoing with the Court's CM/ECF system, which will cause it to be served electronically upon all counsel of record.

/s/R. Joseph Trojan
R. Joseph Trojan

TROJAN LAW OFFICES
BEVERLY HILLS