**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHARKROAD, INC.'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

The Court, having considered Defendant Sharkroad, Inc.'s Motion for Leave to Amend Invalidity Contentions, the supporting papers, any opposition and reply, and the record in this action, finds good cause under Section 3-6 of the Court's Standing Order Re Patent Cases.

IT IS HEREBY ORDERED that:

Defendant Sharkroad, Inc.'s Motion for Leave to Amend Invalidity Contentions is GRANTED.

IT IS SO ORDERED.

Dated:

__________________________________

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE