# EXHIBIT 2

DNA

# 2021 MOTORCYCLE CATALOG





CKETS - BILLET - TRADITIONAL - MAMMOTH - ROTORS - FRONT ENDS - TRIKE -



# READY, SET, RIDE

Dear DNA Valued Customer,

Thank you for the opportunity to introduce ourselves, DNA Specialty, an after-market parts manufacturer in the business for over 30 years. We own and operate factories that have allowed us to remain competitive in this ever-changing industry. Because of this we have continuously supplied top of the line after-market motorcycle and motocross products to leading industry dealers throughout the world. As a participating dealer, you will receive the opportunity to show your customers all our current wheel styles, front ends, and more.

Additionally, we can work with you to customize your own design on our billet wheels, as well as powder coating on spokes, rims, hubs, rotors, and pulleys for Mammoth and traditional spoke wheels. Browse through our Catalog to find your next custom set of wheels, from the bare essentials to the complete finished product. Thank you for your business and we look forward to working with you.

Sincerely,

DNA

# TABLE OF CONTENTS

## WHEELS

BILLET WHEELS 6
ALLOY WHEELS 28
MAMMOTH WHEELS 30
TRADITIONAL WHEELS 40

## PARTS

ROTORS 44
AIR CLEANERS 48
PULLEYS 52
SPROCKETS 56
BRAKES 60
SADDLE BAGS 64
EXHAUSTS 65
HEAD LIGHTS 66
HANDLE BARS 66
FENDER 67

## TRIKE PARTS


TIRKE AXLE 68
SWING ARM 69
TRIKE BODY KIT 70
TRIKE FENDER KIT 70
TRIKE WHEELS 71


## FRONT END


SPRINGER 72
SPRINGER ACCESORIES 76
FRONT ENDS 78
TRIPLE TREE 79


## INDIAN


ROTOR 80
EXHAUST 80
WHEELS 81


## BEARING


BEARING 82


## WARRANTY


DNA WARANTY 83

# BILLET

Each wheel is Machined from our own rotary forged billet blanks, in addition to our standard designs we will cut your custom designs, additional programming cost applies available in show chrome plated, contrast cut and our standard colors.

**Note:** Custom colors are available, see our policy. Complete your wheel set with matching pulleys, rotors and air cleaners.



DNA-00222



# VICTORY

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00223



# NEO

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00224



# VIRUS

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00225



# GREED

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00226



# LUST

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00227



# ENVY

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00228



# STORM

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00229



# EGO

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00230



# BEAST

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00231



# SAINT

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00232



# SS2

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00233



# CRYSTAL

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00234



# EDGE

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00235



# VADER

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00236



# RAVE

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00237



# ICON

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00238



# SMOOTHIE

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00239



# THIRTEEN

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00240



# VISION

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |







DNA-00241



# ENFORCER

**AVAILABLE SIZES:**
21 x 3.5

**AVAILABLE IN:**
CHROME
BLACK
MACHINE BLACK







DNA-00242



# RISE

**AVAILABLE SIZES:**

16 x 3.5 18 x 5.5 21 x 3.25 23 x 3.75

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM







DNA-00243



# BLANK

OUR BLANKS ARE ROTARY FORGED **6061-T6**
MEETS **TRA** AND **DOT** STANDARD
MACHINE AND POLISHED

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

POLISHED
MACHINE







DNA-00244




DNA-00245



# MAMMOTH

Mammoth 52's are assembled to order in the USA by experienced wheel smoths. Reatures 3/8" Stainless steel spokes, Billet hub and Steel rim. Choose from designer spokes and colors. All wheels are sealed for tube less tires.

**1YEAR WARRANTY ON CHROME AND WORKMANSHIP**

DNA-00246



# TWISTED



**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00247



# SMOOTH



**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00248



# DIAMOND



**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 23 x 3.75 |
| 16 x 5.5 | 18 x 8.5 | 26 x 3.75 |
| 18 x 3.5 | 21 x 2.15 | |
| 18 x 4.25 | 21 x 3.25 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00249

# SMOOTHLIP



## TRIPLE CHROME BILLET RIM MADE FROM 6061-T6 GRADE ALUMINUM

**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 23 x 3.75 |
| 16 x 5.5 | 18 x 8.5 | 26 x 3.75 |
| 18 x 3.5 | 21 x 2.15 | |
| 18 x 4.25 | 21 x 3.25 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00250



# CRYSTAL



**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00251



# FAT 52

## THE FAT SPOKE YOU ALWAYS WANTED AT AN AFFORABLE PRICE

**AVAILABLE SIZES:**

16 x 3.5
16 x 5.5
18 x 3.5
18 x 4.25
18 x 5.5
21 x 2.15
21 x 3.25
23 x 3.75
26 x 3.75

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00252



# FAT 40

IF 52 IS A LITTLE TOO BUSY FOR YOUR TASTE OUR **FAT 40** MAY FIT THE BILL. QUALITY IS IDENTICAL TO OUR PRESTIGIOUS MAMMOTH LINE

**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 26 x 3.75 |
| 16 x 5.5 | 21 x 2.15 | |
| 18 x 3.5 | 21 x 3.25 | |
| 18 x 4.25 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







DNA-00253

# NOVA

A unique crossed laced fat 40 spoke wheel, designed and sold only by DNA Specialty.
Features 40 massive stainless steel spokes, a billet hub and a steel rim.

NOVA FAT SPOKE WHEEL IS PATENT PENDING AND IS THE ONLY CROSS LACED FAT SPOKE WHEEL OUT IN THE MARKET

Mounting  and balance of tires available





# NOVA



**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 26 x 3.75 |
| 16 x 5.5 | 18 x 8.5 | |
| 18 x 3.5 | 21 x 3.25 | |
| 18 x 4.25 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT







# TRADITIONAL



DNA-00256



# SMOOTH

| AVAILABLE SIZES: | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT







DNA-00257



# DIAMOND

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT







DNA-00258



# TWISTED

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT







DNA-00259

# ROTORS



## RISE



M-RT-2122 ( 11.5 FRONT )
M-RT-2126 ( 11.8 FRONT )
M-RT-2124R ( 11.5 REAR RIGHT )
M-RT-2124L ( 11.5 REAR LEFT )
M-RT-2128R ( 11.8 REAR RIGHT )
M-RT-2128L ( 11.8 REAR LEFT )

## VIRUS



M-RT- 2181 ( 11.8 FRONT )
M-RT- 2183 ( 11.8 REAR )
M-RT- 2185 ( 11.8 FRONT )
M-RT- 2187 ( 11.8 REAR )
M-RT- 2188 ( 13 FRONT )

## NEO



M-RT-2150 ( 11.5 FRONT )
M-RT-2152 ( 11.8 FRONT )
M-RT2151R ( 11.5 REAR RIGHT )
M-RT2151L ( 11.5 REAR LEFT )
M-RT-2153R ( 11.8 FRONT RIGHT )
M-RT-2153L ( 11.8 REAR LEFT )

## GREED / LUST



M-RT-2134 ( 11.5 FRONT )
M-RT-2136 ( 11.5 REAR )
M-RT-2135 ( 11.8 FRONT )
M-RT-2133 ( 11.8 REAR )

DNA-00260

## STORM



| | | | |
|---|---|---|---|
| M-RT-2308R | ( 11.5 FRONT ) | M-RT-2308L | ( 11.5 FRONT ) |
| M-RT-2309R | ( 11.8 FRONT ) | M-RT-2309L | ( 11.8 FRONT ) |
| M-RT-2310R | ( 11.5 REAR ) | M-RT-2310L | ( 11.5 REAR ) |
| M-RT-2311R | ( 11.8 REAR ) | M-RT-2311L | ( 11.8 REAR ) |

## EGO



| | | | |
|---|---|---|---|
| M-RT-2122 | ( 11.5 FRONT ) | M-RT-2126 | ( 11.8 FRONT ) |
| M-RT-2124 | ( 11.5 REAR ) | M-RT-2128 | ( 11.8 REAR ) |

## VISION



| | | | |
|---|---|---|---|
| M-RT-2122 | ( 11.5 FRONT ) | M-RT-2126 | ( 11.8 FRONT ) |
| M-RT-2124 | ( 11.5 REAR ) | M-RT-2128 | ( 11.8 REAR ) |

## SAINT / SS2



| | | | |
|---|---|---|---|
| M-RT-2100 | ( 11.5 FRONT ) | M-RT-1100 | ( 11.8 FRONT ) |
| M-RT-2102 | ( 11.5 REAR ) | M-RT-1102 | ( 11.8 REAR ) |
| | | M-RT-1300 | ( 13 FRONT ) |

## BEAST



| | | | |
|---|---|---|---|
| M-RT-2114 | ( 11.5 FRONT ) | M-RT-2118 | ( 11.8 FRONT ) |
| M-RT-2116 | ( 11.5 REAR | M-RT-2120 | ( 11.8 REAR ) |

## ENVY



| | | | |
|---|---|---|---|
| M-RT-2202 | ( 11.5 FRONT ) | M-RT-2203 | ( 11.8 FRONT ) |
| M-RT-2204 | ( 11.5 REAR ) | M-RT-2205 | ( 11.8 REAR ) |

DNA-00261

## CRYSTAL



| | | | |
|---|---|---|---|
| M-RT-2304 | ( 11.5 FRONT ) | M-RT-2303 | ( 11.8 FRONT ) |
| M-RT-2306 | ( 11.5 REAR ) | M-RT-2305 | ( 11.8 REAR ) |

## VICTORY / VADER



| | | | |
|---|---|---|---|
| M-RT-3052U | ( 11.5 FRONT ) | M-RT-3064 | ( 11.8 FRONT ) |
| M-RT-3053U | ( 11.5 REAR ) | M-RT-3065 | ( 11.8 REAR ) |
| | | M-RT-1309 | ( 13 FRONT ) |

## ICON



| | | | |
|---|---|---|---|
| M-RT-2316 | ( 11.5 FRONT ) | M-RT-2317 | ( 11.8 FRONT ) |
| M-RT-2318 | ( 11.5 REAR ) | M-RT-2319 | ( 11.8 REAR ) |

## RAVE



| | | | |
|---|---|---|---|
| M-RT-2185 | ( 11.5 FRONT ) | M-RT-2181 | ( 11.8 FRONT ) |
| M-RT-2187 | ( 11.5 REAR ) | M-RT-2183 | ( 11.8 REAR ) |
| | | M-RT-2188 | ( 13 FRONT ) |

## THIRTEEN



| | | | |
|---|---|---|---|
| M-RT-3060 | ( 11.5 FRONT ) | M-RT-3061 | ( 11.8 FRONT ) |
| M-RT-3062 | ( 11.5 REAR ) | M-RT-3063 | ( 11.8 REAR ) |

## EDGE



| | | | |
|---|---|---|---|
| M-RT-2232 | ( 11.5 FRONT ) | M-RT-2172 | ( 11.8 FRONT ) |
| M-RT-2170 | ( 11.5 REAR ) | M-RT-2173 | ( 11.8 REAR ) |

DNA-00262

## SMOOTHIE / BLANKS



M-RT-4015A ( 11.5 FRONT ) M-RT-4040 ( 11.8 FRONT )
M-RT-4016 ( 11.5 REAR ) M-RT-4042 ( 11.8 REAR )
M-RT-4044 ( 13 FRONT )

## ENFORCER



M-RT-EN200 ( 11.8 )

## ENFORCER BOLT



M-AC-1012 ( INSERT / 5PCS )



M-AC-1013 ( WAVE WASHE / 5PCS )



M-AC-1014 ( BOLT / 5PCS )

## MESH



M-RT-2160 ( 11.5 FRONT ) M-RT-1160 ( 11.8 FRONT )
M-RT-2162 ( 11.5 REAR ) M-RT-1162 ( 11.8 REAR )

## OEM



M-RT-1034 ( FRONT 11.5 ) M-RT-1036 ( REAR 11.5 )

## ROTOR BOLT



NOTE: STAINLESS STEEL

M-AC-1008 ( FRONT 5pc ) M-AC-1010 ( REAR 5pc )

# AIR CLEANERS

increased air flow, better fuel efficiency, & more horse-power. Includes black intake system w/ filter, breather support brackets including internal breathers, and all hardware necessary for installation. Made from 6061-T6 billet aluminum & Includes washable filter.



## RISE



M-AF-2210 ( CHROME) M-AF-2210B ( BLACK )

## NEO



M-AF-2212 ( CHROME) M-AF-2212B ( BLACK )

## GREED



M-AF-2208 ( CHROME) M-AF-2208B ( BLACK )

## ENVY/LUST



M-AF-2202 ( CHROME) M-AF-2202B ( BLACK )

## VIRUS



M-AF-2310 ( CHROME) M-AF-2310B ( BLACK )

## VICTORY



M-AF-3002 ( CHROME) M-AF-3002B ( BLACK )

## STORM



M-AF-2309 ( CHROME) M-AF-2309B ( BLACK )

## THREAT



M-AF-2300 ( CHROME) M-AF-2300B ( BLACK )

## CRYSTAL



M-AF-2312 ( CHROME) M-AF-2312B ( BLACK )

## BEAST



M-AF-2114 ( CHROME) M-AF-2114B ( BLACK )

DNA-00265

## SAINT/SS2



M-AF-2200 ( CHROME) M-AF-2200B ( BLACK )

## C2



M-AF-2190 ( CHROME) M-AF-2190B ( BLACK )

## ICON



M-AF-2204 ( CHROME) M-AF-2204B ( BLACK )

## VADER



M-AF-3004 ( CHROME) M-AF-3004B ( BLACK )

## THIRTEEN



M-AF-3060 ( CHROME) M-AF-3060B ( BLACK )

## SMOOTHIE / BLANK



M-AF-4000 ( CHROME) M-AF-4000B ( BLACK )

# EDGE



M-AF-2206 ( CHROME) M-AF-2206B ( BLACK )

# KONE



M-AF-2010 ( CHROME ) M-AF-2010BK ( BLACK )

# CV CARBS BREATHER BRACKET



M-BB-2002 ( CV CARBS BREATHER BRACKET, CHROME )
M-BB-2002B ( CV CARBS BREATHER RACKET, BLACK )
M-BB-2004 ( EFI FLY BY WIRE, BIG TWIN, BREATHER BRACKET, CHROME )
M-BB-2004B ( EFI FLY BY WIRE, BIG TWIN, BREATHER BRACKET , BLACK )

# RAVE



M-AF-2206 ( CHROME) M-AF-2206B ( BLACK )

# VERTEX



M-AF-2020 ( CHROME ) M-AF-2020BK ( BLACK )

# SPORTSTER BREATHER BRACKET



M-BB-2000 ( SPORTSTER BREATHER SUPPORT BRACKET, CHROME )
M-BB-2000BK ( SPORTSTER BREATHER SUPPORT B[illegible] )

DNA-00267

# PULLEYS



## RISE



| CHROME | BLACK | SIZE |
| --- | --- | --- |
| M-PL-0228 | M-PL-0228B | ( 66 TH X 1" ) |
| M-PL-0229 | M-PL-0229B | ( 70 TH X 1-1/8" ) |
| M-PL-0230 | M-PL-0230B | ( 72 TH X 1-1/2" ) |
| M-PL-0232 | M-PL-0232B | ( 65 TH X 1-1/8" ) |
| M-PL-0234 | M-PL-0234B | ( 65 TH X 1-1/2" ) |

## VIRUS



| CHROME | BLACK | SIZE |
| --- | --- | --- |
| M-PL- 0146 | M-PL- 0146B | ( 66TH x 20MM ) |
| M-PL- 0148 | M-PL- 0148B | ( 65 TH X 1-1/8" ) |
| M-PL- 0149 | M-PL- 0149B | ( 65 TH X 1-1/2" ) |
| M-PL- 0150 | M-PL- 0150B | ( 70 TH X 1-1/8" ) |
| M-PL- 0151 | M-PL- 0151B | ( 70 TH X 1-1/2" ) |
| M-PL- 0152 | M-PL- 0152B | ( 66 TH X 1" ) |

## NEO



| CHROME | BLACK | SIZE |
| --- | --- | --- |
| M-PL-0244 | M-PL 0244B | ( 60 TH X 1" ) |
| M-PL 0246 | M-PL-0246B | ( 70 TH X 1-1/8" ) |
| M-PL-0248 | M-PL-0248B | ( 72 TH X 1-1/2" ) |
| M-PL-0250 | M-PL-0250B | ( 65 TH X 1-1/8" ) |
| M-PL-0252 | M-PL-0252B | ( 65 TH X 1-1/2" ) |

## GREED



| CHROME | BLACK | SIZE |
| --- | --- | --- |
| M-PL-0216 | M-PL-0216B | ( 65 TH X 1-1/2" ) |
| M-PL-0218 | M-PL-0218B | ( 70 TH X 1-1/2" ) |
| M-PL-0220 | M-PL-0220B | ( 65 TH X 1-1/8" ) |
| M-PL-0222 | M-PL-0222B | ( 70 TH X 1-1/8" ) |
| M-PL-0224 | M-PL-0224B | ( 66 TH X 1" ) |
| M-PL-0226 | M-PL-0226B | ( 68 TH X 1" ) |

DNA-00268

## LUST



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0280 | M-PL-0280B | ( 70 TH X 1-1/2" ) |
| M-PL-0281 | M-PL-0 281B | ( 70 TH X 1-1/8" ) |
| M-PL-0282 | M-PL-0282B | ( 65 TH X 1-1/2" ) |
| M-PL-0283 | M-PL-0283B | ( 65 TH X 1-1/8" ) |
| M-PL-0284 | M-PL-0284B | ( 66 TH X 1" ) |
| M-PL-0285 | M-PL-0285B | ( 68 TH X 1" ) |

## STORM



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0430R | M-PL-0430L | ( 70 TH X 1-1/8" ) |
| M-PL-0432R | M-PL-0432L | ( 70 TH X 1-1/2" ) |
| M-PL-0434R | M-PL-0434L | ( 65 TH X 1-1/2" ) |
| M-PL-0436R | M-PL-0436L | ( 65 TH X 1-1/8" ) |
| M-PL-0438R | M-PL-0438L | ( 66 TH X 1" ) |
| M-PL-0439R | M-PL-0439L | ( 66 TH X 1" ) |

## THREAT



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0410 | M-PL-0410B | ( 70 TH X 1-1/8" ) |
| M-PL-0412 | M-PL-0412B | ( 70 TH X 1-1/2" ) |
| M-PL-0414 | M-PL-0414B | ( 65 TH X 1-1/8" ) |
| M-PL-0415 | M-PL-0415B | ( 68 TH X 1" ) |
| M-PL-0416 | M-PL-0416B | ( 65 TH X 1-1/2" ) |
| M-PL-0418 | M-PL-0418B | ( 66TH X 1" ) |

## VICTORY



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-4054 | M-PL-4054B | (70 TH X 1-1/8") |
| M-PL-4055 | M-PL-4055B | ( 70 TH X 1-1/8" ) |
| M-PL-4056 | M-PL-4056B | ( 70 TH X 1-1/2" ) |
| M-PL-4057 | M-PL-4057B | ( 65 TH X 1-1/8" ) |
| M-PL-4058 | M-PL-4058B | ( 66 TH X 1" ) |
| M-PL-4059 | M-PL-4059B | ( 65 TH X 1-1/2" ) |
| M-PL-4060 | M-PL-4060B | ( 66 TH X 20MM ) |
| M-PL-4061 | M-PL-4061B | ( 70 TH X 1-1/8" ) |

## ENVY



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0267 | M-PL-0267B | ( 66 TH X 1" ) |
| M-PL-0268 | M-PL-0268B | ( 70 TH X 1-1/2" ) |
| M-PL-0269 | M-PL-0269B | ( 70 TH X 1-1/8" ) |
| M-PL-0270 | M-PL-0270B | ( 65 TH X 1-1/2" ) |
| M-PL-0271 | M-PL-0271B | ( 65 TH X 1-1/8" ) |
| M-PL-0272 | M-PL-0272B | ( 68 TH X 1" ) |
| M-PL-0273 | M-PL-0273B | ( 66 TH X 20MM ) |

## SAINT



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0470 | M-PL- 0470B | ( 66TH X 1" ) |
| M-PL- 0471 | M-PL- 0471B | ( 65TH X 1-1/2" ) |
| M-PL- 0472 | M-PL- 0472B | ( 65TH X 1-1/8" ) |
| M-PL- 0473 | M-PL- 0473B | ( 70TH X 1-1/2" ) |
| M-PL-0474 | M-PL-0474B | ( 70TH X 1-1/8" ) |

DNA-00269

## C2



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0148 | M-PL- 0148B | ( 65 TH X 1-1/8" ) |
| M-PL- 0149 | M-PL- 0149B | ( 65 TH X 1-1/2" ) |
| M-PL- 0150 | M-PL- 0150B | ( 70 TH X 1-1/8" ) |
| M-PL- 0151 | M-PL- 0151B | ( 70 TH X 1-1/2" ) |
| M-PL- 0152 | M-PL- 0152B | ( 66 TH X 1" ) |

## RAVE



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0153 | M-PL-0153B | ( 70 TH X 1-1/8" ) |
| M-PL-0154 | M-PL-0154B | ( 70 TH X 1-1/2" ) |
| M-PL-0156 | M-PL-0156B | ( 66 TH X 1" ) |
| M-PL-0158 | M-PL-0158B | ( 65 TH X 1-1/8" ) |
| M-PL-0159 | M-PL-0159B | ( 65 TH X 1-1/2" ) |

## THIRTEEN



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0228 | M-PL-0228B | ( 66 TH X 1" ) |
| M-PL-0229 | M-PL-0229B | ( 70 TH X 1-1/8" ) |
| M-PL-0230 | M-PL-0230B | ( 72 TH X 1-1/2" ) |
| M-PL-0232 | M-PL-0232B | ( 65 TH X 1-1/8" ) |
| M-PL-0234 | M-PL-0234B | ( 65 TH X 1-1/2" ) |

## VADER



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0183 | M-PL- 0183 | ( 66TH X 1-1/8" ) |
| M-PL- 0184 | M-PL- 0184B | ( 66TH X 1" ) |
| M-PL- 0185 | M-PL- 0185B | ( 70 X 1-1/8" ) |
| M-PL- 0186 | M-PL- 0186B | ( 70 X 1-1/2" ) |
| M-PL- 0187 | M-PL- 0187B | ( 65 X 1-1/2" ) |

## BEAST



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0450 | M-PL-0450B | ( 65 TH X 1-1/2" ) |
| M-PL-0451 | M-PL-0451B | ( 66 TH X 20MM ) |
| M-PL-0452 | M-PL-0452B | ( 66 TH X 1" ) |
| M-PL-0454 | M-PL-0454B | ( 70 TH X 1-1/2" ) |
| M-PL-0456 | M-PL-0456B | ( 65 TH X 1-1/8" ) |
| M-PL-0458 | M-PL-0458B | ( 68 TH X 1" ) |
| M-PL-0460 | M-PL-0460B | ( 70 TH X 1-1/8" ) |

## CRYSTAL



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0420 | M-PL-0420B | ( 70 TH X 1-1/8" ) |
| M-PL-0422 | M-PL-0422B | ( 70 TH X 1-1/2" ) |
| M-PL-0424 | M-PL-0424B | ( 65 TH X 1-1/8" ) |
| M-PL-0426 | M-PL-0426B | ( 68 TH X 1" ) |
| M-PL-0427 | M-PL-0427B | ( 65 TH X 1-1/2" ) |
| M-PL-0428 | M-PL-0428B | ( 66 TH X 1" ) |
| M-PL-0429 | M-PL-0429B | ( 67 TH X 20MM ) |

DNA-00270

## SS2



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0165 | M-PL-0165B | [ 65 TH X 1-1/2" ] |
| M-PL-0166 | M-PL-0166B | [ 66 TH X 1" ] |
| M-PL-0167 | M-PL-0167B | [ 66 TH X 20MM ] |
| M-PL-0168 | M-PL-0168B | [ 68 TH X 1" ] |
| M-PL-0170 | M-PL-0170B | [ 70 TH X 1-1/2" ] |
| M-PL-0172 | M-PL-0172B | [ 68 TH X 1" ] |
| M-PL-0174 | M-PL-0174B | [ 65 TH X 1-1/8" ] |
| M-PL-0178 | M-PL-0178B | [ 70 TH X 1-1/8" ] |

## ICON



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0440 | M-PL-0440B | [ 70TH X 1-1/8" ] |
| M-PL-0442 | M-PL-0442B | [ 70TH X 1-1/2" ] |
| M-PL-0444 | M-PL-0444B | [ 65TH X 1-1/8" ] |
| M-PL-0446 | M-PL-0446B | [ 65TH X 1-1/2" ] |
| M-PL-0447 | M-PL-0447B | [ 66TH X 20MM ] |
| M-PL-0448 | M-PL-0448B | [ 66TH X 1" ] |
| M-PL-0449 | M-PL-0449B | [ 68TH X 1" ] |

## SMOOTHIE/ BLANK



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0065 | M-PL-0065B | [ 65 TH X 1-1/2" ] |
| M-PL-0066 | M-PL-0066B | [ 66 TH X 1" ] |
| M-PL-0068 | M-PL-0068B | [ 68 TH X 1" ] |
| M-PL-0070 | M-PL-0070B | [ 70 TH X 1-1/2" ] |
| M-PL-0074 | M-PL-0074B | [ 65 TH X 1-1/8" ] |
| M-PL-0078 | | |

## MESH



| CHROME | SIZE |
|---|---|
| M-PL-0200 | [ 65TH X 1-1/2" ] |
| M-PL-0201 | [ 66TH X 1" ] |
| M-PL-0202 | [ 70TH X 1-1/2" ] |
| M-PL-0204 | [ 65TH X 1-1/8" ] |
| M-PL-0206 | [ 70TH X 1-1/8" ] |

## SS CUSH



| CHROME | SIZE |
|---|---|
| M-PL-0172 | [ 68TH Kit ] |

## TRIKE AXLE



| CHROME | SIZE |
|---|---|
| M-PL-4050 | [ 70 TH X 1/8" ] |
| M-PL-4052 | [ 70 TH X 1/2" ] |

# SPROCKETS



## RISE



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6008 | ( 51 TH ) | M-SPR-6008B | ( 51 TH ) |
| M-SPR-6009 | ( 48 TH ) | M-SPR-6009B | ( 48 TH ) |

## NEO



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6004 | ( 51 TH ) | M-SPR-6004B | ( 51 TH ) |
| M-SPR-6005 | ( 48 TH ) | M-SPR-6005B | ( 48 TH ) |

DNA-00272

## VIRUS



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR- 3022 | [ 51 TH ] | M-SPR- 3022B | [ 51 TH ] |
| M-SPR- 3021 | [ 48 TH ] | M-SPR- 3021B | [ 48 TH ] |

## LUST



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6010 | [ 51 TH ] | M-SPR-6010B | [ 51 TH ] |
| M-SPR-6011 | [ 48 TH ] | M-SPR-6011B | [ 48 TH ] |

## THREAT



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-4027 | [ 51 TH ] | M-SPR-4027B | [ 51 TH ] |
| M-SPR-4028 | [ 48 TH ] | M-SPR-4028B | [ 48 TH ] |

## GREED



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6000 | [ 51 TH ] | M-SPR-6000B | [ 51 TH ] |
| M-SPR-6001 | [ 48 TH ] | M-SPR-6001B | [ 48 TH ] |

## ENVY



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6012 | [ 51 TH ] | M-SPR-6012B | [ 51 TH ] |
| M-SPR-6013 | [ 48 TH ] | M-SPR-6013B | [ 48 TH ] |

## VICTORY



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6035 | [ 51 TH ] | M-SPR-6035B | [ 51 TH ] |
| M-SPR-6034 | [ 48 TH ] | M-SPR-6034B | [ 48 TH ] |

## STORM



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6021 | ( 51 TH ) | M-SPR-6021B | ( 51 TH ) |
| M-SPR-6020 | ( 48 TH ) | M-SPR-6020B | ( 48 TH ) |

## BEAST



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6030 | ( 51 TH ) | M-SPR-6030B | ( 51 TH ) |
| M-SPR-6032 | ( 48 TH ) | M-SPR-6032B | ( 48 TH ) |

## SS2



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-3002 | ( 51 TH ) | M-SPR-3002B | ( 51 TH ) |
| M-SPR-3000 | ( 48 TH ) | M-SPR-3000B | ( 48 TH ) |

## SAINT



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR- 3025 | ( 51 TH ) | M-SPR- 3025B | ( 51 TH ) |
| M-SPR- 3024 | ( 48 TH ) | M-SPR- 3024B | ( 48 TH ) |

## CRYSTAL



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6019 | ( 51 TH ) | M-SPR-6019B | ( 51 TH ) |
| M-SPR-6018 | ( 48 TH ) | M-SPR-6018B | ( 48 TH ) |

## VADER



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6027 | ( 51 TH ) | M-SPR-6027B | ( 51 TH ) |
| M-SPR-6026 | ( 48 TH ) | M-SPR-6026B | ( 48 TH ) |

## C2



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6014 | ( 51 TH ) | M-SPR-6014B | ( 51 TH ) |
| M-SPR-6015 | ( 48 TH ) | M-SPR-6015B | ( 48 TH ) |

## RAVE



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-3020 | ( 51 TH ) | M-SPR-3020B | ( 51 TH ) |
| M-SPR-3019 | ( 48 TH ) | M-SPR-3019B | ( 48 TH ) |

## SMOOTHIE



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-1006 | ( 51 TH ) | M-SPR-1006B | ( 51 TH ) |
| M-SPR-1008 | ( 48 TH ) | M-SPR-1008B | ( 48 TH ) |

## ICON



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6024 | ( 51 TH ) | M-SPR-6024B | ( 51 TH ) |
| M-SPR-6025 | ( 48 TH ) | M-SPR-6025B | ( 48 TH ) |

## THIRTEEN



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6002 | ( 51 TH ) | M-SPR-6002B | ( 51 TH ) |
| M-SPR-6003 | ( 48 TH ) | M-SPR-6003B | ( 48 TH ) |

## TRIKE AXLE



M-SPR-7000 ( 51 TH )

DNA-00275

# BRAKES



## REAR BRAKE

[ Brake Caliper 4 Piston Rear ]
M-BC-1004 [ CHROME ]
M-BC-1004B [ BLACK ]



## SPINGER BRAKE KIT

M-BC-2000 [ CHROME ]
M-BC-2000L [ LEFT, CHROME ]
M-BC-2000B [ BLACK ]
M-BC-2000LBK [ LEFT, BLACK ]



## BRAKE REPLACMENT PAD

M-BC-1012 [ 4 PISTON PAD SET ]
M-BC-1014 [ 2 PISTON PAD SET ]



## FRONT BRAKE

[ Brake Caliper 4 Pistons Front ]
M-BC-1002 [ CHROME ]
M-BC-1002B [ BLACK ]



## CALIPER

[ 4 Piston w/ Pads Only ]
M-BC-1006 [ CHROME ]
M-BC-1006BK [ BLACK ]



## SPROCKSTER BRAKE PADS

M-BC-4010 [ REPLACEMENT PAD SET - 2 PCS)



DNA-00277

## BLANK BRAKERSTER

M-BC-3020 ( BLANK BRAKESTER - 65 TH X 1-1/2" )
M-BC-3022 ( BLANK BRAKESTER - 70 TH X 1-1/2" )
M-BC-3024 ( BLANK BRAKESTER - 65 TH X 1-1/8" )
M-BC-3026 ( BLANK BRAKESTER - 70 TH X 1-1/8" )

## SS BRAKESTER

M-BC-3000 ( 65 TH X 1-1/8 " )
M-BC-3002 ( 70 TH X 1-1/8 " )
M-BC-3004 ( 65 TH X 1-1/2" )
M-BC-3006 ( 70 TH X 1-1/2 " )

## BRAKESTER REPLACEMENT RING

M-BC-3014 ( REPLACEMENT RING , 70 TH SET )
M-BC-3015 ( REPLACEMENT RING , 65 TH SET )



NOTE: 4 Piston Brake, Fits Softail and Rigid Models 84/99 and most Custom Bikes 3/4" or 1" Axle Mounted Pulley included.

DNA-00278

## SUPER SPOKE SPROCKSTER

M-BC-4000 ( 48 TH KIT )
M-BC-4002 ( 51 TH KIT )

4 Piston Brake, Fits Softail and Rigid Models 84/99 and Most Custom Models 3/4" or 1"Axle Mounted Sprocket Included.



## MESH SPROCKSTER

M-BC-4020 ( MESH SPROTOR, 48 TH KIT )
M-BC-4022 ( MESH SPROTOR, 51 TH KIT )

Kit comes complete with mounting hardware and weld-on frame tab.



## SS SPROCKSTER REPLACEMENT

M-SPR-3016 ( 48 TH )
M-SPR-3018 ( 51 TH )



## MESH SPROCKSTER REPLACEMENT

M-BC-3004 ( MESH SPROTOR, 48 TH KIT )
M-BC-3006 ( MESH SPROTOR, 51 TH KIT )



DNA-00279

# SADDLE BAGS & EXHAUSTS

PAINTED IN VIVID BLACK, 5" STRETCHED BAGS WITH A NEW STUNNING STYLE. CUSTOM ANGLED DESIGNED FOR BETTER FIT. COMES WITH NEW STYLE HARLEY BAGGER LATCHES & LOCKS. FITS 1993 - 2018 MODELS.



## ABS PLASTIC EXTENDED SADDLE BAG SET

M-SB-1505 DOUBLE SIDED CUT-OUT
( SADDLE BAGS TOURING SET 92'-12' RAW )



DNA-00280

# MEGAPHONE

M-TP-1004 (CHROME)
M-TP-1004BK (BLACK)

Fits All Touring Models (1995-2007)
29" Long, I.D. 1 1/2", O.D. 4"



# FISHTAIL

M-TP-1006 (CHROME)
M-TP-1006BK (BLACK)

Fits All Touring Models (1995-Present)
32" Long I.D. 7/8" O.D. 2.5"-6" Fin.



# SPORSTER EXHAUST

M-TP-1012 (CHROME)
M-TP-1012B (BLACK)



DNA-00281

# BARS
# FENDER
# HEADLIGHTS



## MONSTER BARS

Our Massive 1 ½" diameter ape hangers are available from 12-18" tall measure 35" wide and 11" bottom width with a 6" pull back. Mounting diameter is 1" available in show chrome or black.



| CHROME | | BLACK | | |
|---|---|---|---|---|
| M-HB-3002 | [ MONSTER APES 12" RISE OEM ] | M-HB-3002BK | [ MONSTER APES 12"RISE OEM ] | • Overall Width: 43.5" |
| M-HB-3004 | [ MONSTER APES 14" RISE OEM ] | M-HB-3004BK | [ MONSTER APES 14"RISE OEM ] | • Pullback:7.0" |
| M-HB-3006 | [ MONSTER APES 16" RISE OEM ] | M-HB-3006BK | [ MONSTER APES 16"RISE OEM ] | • Rise: 12.0"-18.0" |
| M-HB-3008 | [ MONSTER APES 18" RISE ] | M-HB-3008BK | [ MONSTER APES 18" RISE ] | • Outer Length: 11" |
| | | | | • Clamp:5.500" |
| M-HB-4002 | [ MONSTER APES 12" RISE ] | M-HB-4002BK | [ MONSTER APES 12" RISE ] | • Overall Width: 43.5" |
| M-HB-4004 | [ MONSTER APES 14" RISE ] | M-HB-4002BK | [ MONSTER APES 14" RISE ] | • Pullback:7.0" |
| M-HB-4006 | [ MONSTER APES 16" RISE ] | M-HB-4006BK | [ MONSTER APES 16" RISE ] | • Rise: 12.0"-18.0" |
| M-HB-4008 | [ MONSTER APES 18" RISE ] | M-HB-4008BK | [ MONSTER APES 18" RISE ] | • Outer Length: 16" |
| | | | | • Clamp:5.500" |

Note: will not fit Streetglide or Electraglide models.

## TOURING FLH FLOORBOARD KIT



M-FC-2000 [ CHROME ]
M-FB-2002B [ BLACK ]

DNA-00282

## 7" L.E.D. LIGHT MOUTING BRACKET

M-HB-2000 (07-BELLOW)



- Black Die-Cast Aluminum Profile,Clear Hard Coated Pc Lens
- 7" Round Seal-Beam,Black Inner Bezel
- 12Pcs*High Power 5W Osram Led(Pure White 6000K)

## 4.5" L.E.D. SPOTLIGHT SET

HL-2002B (BLACK) HL-2002C (CHROME)



- Fits Harley Davidson's 1997-2015
- High Grade Pc Cover
- White Halo Ring

## 7" L.E.D. SPOTLIGHT SET

M-HL-2000B (BLACK) M-HL-2000C (CHROME)



- Heavy Duty Aluminum
- D-Shape & Round Projector Lens

Technical Specification : Power: 60W, Working Voltage: Dc 10~30V.

**NOTE**: DNA's triple chrome plated 1 ¼" and the new 1 ½ Monster bars are as good as it gets. All bars include the notch for Fly by Wire & large internal wire holes for easy install.

## WRAP AROUND FENDER

M-FD-2000 • Non- Drilled • Steel Gauge:12
• Fits 21"X 3.5" • 23"X3 1/2", •26"X3.5"



## REAR FENDER

M-FD-2010 (1998-2008) M-FD-2012 (2009-2018)



## OEM FRONT FENDER

M-FD-3006 FITS 23" x 3.5 + 26" x 3.5



NOTE: DNA's superior 12 gauge front fenders are produced with heavy sidewalls and have a smooth raw finish ready for primer and paint.

DNA-00283

# TRIKE AXLE

DNA's durable Trike axles and Swingarms are in high demand due to its high quality materials, workmanship and an easy to install rear end. The axles are available in 3 types of drives, 70 tooth by 1-1/2" pulley for early 84-99 models, 70 tooth by 1-1/8 pulley for later 2000 up models and a 51 tooth chain for everything in between. Axles are complete with hardware, 2 piston calipers & rotors and our hubs have a universal 5 hole lug pattern.



## TRIKE AXLE







M-AX-2000 [ Belt Drive 70 TH X 1-1/8" 2 Piston ]
M-AX-2002 [ 51 TH, Chain Drive Trike Axle /2 Piston ]
M-AX-2004 [ Belt Drive / 70 TH X1 1/8 Trike Axle 4P ]
M-AX-2006 [ 51 TH, Chain Drive Axle 4P ]
M-AX-2007 [ Belt Drive / 70 TH X1 1/2 Trike Axle 2P ]

## TRIKE FENER



## TRIKE FENDER BRACKET KIT

M-AX-3101 [ 2PC ]



## TRIKE BODY KIT

M-SA-2004 [ 1993-2001 ]
M-SA-2006 [ 2002-2008 ]

OTHER INFO: Hand laid fiberglass & reinforced structurally, gel coated & ready for paint (minimal body work required)

Kit includes:
- Body
- Left & right fenders and trunk door
- Trunk door internal hinges
- Accepts most Tri-Glide parts.
- Fits all models (mounting bracket sold separately)
- Accepts Tour Pack.



DNA-00285

# SWINGARM

Our swingarms are designed to bolt directly into your stock frame to convert your bike into a trike, They are a heavy duty all steel design. Perfect match for our axles.



## DYNA SWINGARM



## TOURING SWINGARM



## SOFTAIL SWINGARM



## SPORTSTER SWINGARM



**NOTE:** Compatible to use your stock pivot bolt and bearing assembly. Specify year

DNA-00286

# TRIKE AXLE PULLEY



M-PL-4050 [ 70 TH X 1/8" ] M-PL-4052 [ 70 TH X 1/2" ]

# TRIKE AXLE BRAKE PADS



M-AXP-1005 (TRIKE REPLACEMENT, 2 PAD SET)
M-BC-1012 (BREAK REPLACEMENT, 4 PAD SET)

# TRIKE REAR WHEELS

SIZES: 18 X 5.5" • 18 X 8.5"

NOTE: Trike wheel can be customized to any color.



# TRIKE AXLE ROTOR



M-AX-1000

# TRIKE AXLE SPROCKET



M-SPR-7000 [ 51TH ]

DNA-00287

# FRONT END

TIG welded alloy steel construction for strength and durability and fit most Big Twin and Sportster necks + most after-market frames 1982 to present.



## HANDLERBAR CONVERTER

M-SFC-1000



Springers use a specific handlebar mounting limiting your choice of handlebars, this converter is Designed to allow you to use any wide glide handlebar on our springer front ends. Chrome plated.

## SPRINGER TOP TREE

M-SFC-4000 ( Springer Neck Stem, 4-3/4" to 3-1/2")



# NARROW SPRINGER

| | | | |
|---|---|---|---|
| M-SF-2000N | ( CHROME, Stock ) | M-SF-5000 | ( BLACK, Stock ) |
| M-SF-2002N | ( CHROME, 2" Over ) | M-SF-5002N | ( BLACK, 2" Over ) |
| M-SF-2004N | ( CHROME, 4" Over ) | M-SF-5004N | ( BLACK, 4" Over ) |
| M-SF-2006N | ( CHROME, 6" Over ) | M-SF-5006N | ( BLACK, 6" Over ) |
| M-SF-20012N | ( CHROME, 12" Over ) | M-SF-50012N | ( BLACK, 12" Over ) |
| M-SF-20018N | ( CHROME, 18" Over ) | M-SF-50018N | ( BLACK, 18" Over ) |
| M-SF-2020N | ( CHROME, 2"Under ) | M-SF-5020N | ( BLACK, 2" Under ) |
| M-SF-2022N | ( CHROME, 4" Under ) | M-SF-5022N | ( BLACK, 4" Under ) |





Our narrow glide springer is for the daring, no front brake used here, it was very popular in years past using a "Spool" hub wheel had no provisions for a rotor. Its still very popular for those custom builds, available in various legnths from -4 to +4, and available in black or chrome plated.

DNA-00289

# VINTAGE SPRINGER



| | | | |
|---|---|---|---|
| M-SF-7000N | ( CHROME, Stock ) | M-SF-8000 | ( BLACK, Stock ) |
| M-SF-7002N | ( CHROME, 2" Over ) | M-SF-8002N | ( BLACK, 2" Over ) |
| M-SF-7004N | ( CHROME, 4" Over ) | M-SF-8004N | ( BLACK, 4" Over ) |
| M-SF-7020N | ( CHROME, 2"Under ) | M-SF-8020N | ( BLACK, 2" Under ) |
| M-SF-7022N | ( CHROME, 4" Under ) | M-SF-8022N | ( BLACK, 4" Under ) |



This vintage style springer gives a nostalgic look with all the modern upgrades. Perfect for those custom builds and extremely popular for those bobbers, available in various legnts from -4 to + 4. Must use a brake system designed specifically for springer front ends, sold separately.

DNA-00290

# WIDE GLIDE SPRINGER





| | | | |
|---|---|---|---|
| M-SF-2000N | ( CHROME, Stock ) | M-SF-5000 | ( BLACK, Stock ) |
| M-SF-2002N | ( CHROME, 2" Over ) | M-SF-5002N | ( BLACK, 2" Over ) |
| M-SF-2004N | ( CHROME, 4" Over ) | M-SF-5004N | ( BLACK, 4" Over ) |
| M-SF-2006N | ( CHROME, 6" Over ) | M-SF-5006N | ( BLACK, 6" Over ) |
| M-SF-2008N | ( CHROME, 8" Over ) | M-SF-5008N | ( BLACK, 8" Over ) |
| M-SF-2020N | ( CHROME, 2"Under ) | M-SF-5020N | ( BLACK, 2" Under ) |
| M-SF-2022N | ( CHROME, 4" Under ) | M-SF-5022N | ( BLACK, 4" Under ) |



Springer front ends are the most desired front ends and have been around for years, great for custom builds and the most common for bobbers. Available in various legnths from -4 to + 10. Adding the optional shock assembly provides a more comfortable ride, shock assembly, sold separately. Must use a brake system designed specifically for springer front ends, sold seperatrely.

DNA-00291

## HANDERLBAR RISES



| | | | |
|---|---|---|---|
| M-HR-1000 | (4" SET CHROME) | M-HR-1000B | (4" SET BLACK) |
| M-HR-1002 | (6" SET CHROME) | M-HR-1002B | (6" SET BLACK) |
| M-HR-1020 | (2" SET CHROME) | M-HR-1020B | (2" SET BLACK) |

**NOTE: Handle Bar Risers come with Bolts, Smooth Top Blind Hole ( Except 2"Risers )**
Smooth top 1 ½" diameter risers Available in 2 or 4", Chrome plated.

## SPRING SHOCK MOUNT KIT



M-SH-1000 ( CHROME )
M-SH-1000B ( BLACK )

## REMOVABLE FENDER MOUNTS



M-FH-1000 ( Springer Fender Mount, -2, -4, STK THRU +6 CHROME )
M-FH-1000B ( Springer Fender Mount, -2, -4, STK THRU +6 BLACK )
M-FH-1002 ( Springer Fender Mount, 8+THRU+18 CHROME )
M-FH-1002B ( Springer Fender Mount, 8+THRU+18 BLACK )

## ROCKERS



M-SFR-1002 ( Springer Left Rocker )
M-SFR-1004 ( Springer Right Rocker )

Replacement rockers for our springer front ends. Chrome Plated.

## SPEEDMOTER COVER

M-SD-1000



## SPRING CROWN NUT

M-SFN-1000



## HEX SPRINGER RETAINING NUT

M-SC-4000



## SPRINGER AXLE KIT

M-AX-1000 (Springer Front End Axle Kit)



## SPRING RODS WITH NUTS SET

M-SFR-1000 (2PC)



## SPRINGER NECK STEM

M-AX-1003



## SPRING FOR SPRINGER SET

M-SFS-1000 (2PC)



## LOWER INTERNAL SPRING SET

M-SF-4002LI (2PC)



## UPPER EXTERNAL SPRING SET

M-SF-4000UE (2PC)



## LOWER EXTERNAL SPRING SET

M-SF-4002LE (2PC)



## UPPER INTERNAL SPRING SET

M-SF-4000UI (2PC)



## 41 MM FRONT END

| | | | |
|---|---|---|---|
| M-BF-1000 | ( Stock 0 ) | M-BF-1008 | ( 8" Over ) |
| M-BF-1002 | ( 2" Over ) | M-BF-1010 | ( 10" Over ) |
| M-BF-1004 | ( 4" Over ) | M-BF-1020 | ( 2" Under ) |
| M-BF-1006 | ( 6" Over ) | | |

Rake: 0°, 4°, 6°



This traditional style front end with a few custom features is available in various lengths from -2 to +10 and the trees are available in 0 to 6 degrees. Includes thick smooth top billet trees, torpedo style billet lowers with ¾" blind axle and center-less ground chrome plated fork tubes. Available in black or chrome plated.

## 62MM INVENTED FRONT END

| | | | |
|---|---|---|---|
| M-IF-1000 | ( Stock ) | M-IF-1006 | ( 6" Over ) |
| M-IF-1020 | ( 2" Under ) | M-IF-1008 | ( 8" Over ) |
| M-IF-1002 | ( 2" Over ) | M-IF-1010 | ( 10" Over ) |
| M-IF-1004 | ( 4" Over ) | | |

Rake: 0°, 3°, 6°



This massive front end is complete and ready to bolt on , available in various lengths from -2 to +10 and from 0 to 6 degree raked trees. Includes smooth top billet trees, billet uppers and billet legs, centerless ground chrome plated fork tubes. Blind ¾" axle included. Available in black or show chrome.

DNA-00294

## SMOOTH TRIPPLE TREE

M-TT-1000 ( 0 RAKE, CHROME )
M-TT-1000B ( 0 RAKE, BLACK )
M-TT-1003 ( 3° RAKE, CHROME )
M-TT-1003B ( BLACK, 3° RAKE )
M-TT-1006 ( CHROME, 6° RAKE )
M-TT-1006B ( BLACK, 6° RAKE )



## FORK STOP KIT

M-IFS-1002



Kit comes with Top Race, Neck Bearings, Bottom Race w/ rake. Top & Bottom Mounting Plate w/ screws.

## TOURING TRIPLE TREE

M-TT-4000 ( FLH 6° Triple Tree/Raw, 1997-2013 )
M-TT-4002 ( FLH 6° Triple Tree/Raw, 2014-PRESENT )



A replacement top tree for our standard or vintage springer.
A must when using any aftermarket billet or inverted front ends, includes coned bearing races, The bottom race is tabbed for the fork stop, 1" Timken bearings, the fork stop timing plate, top dust cover and all mounting hardware.

DNA-00295

# INDIAN



## SUPER SPOKE 2 PIECE ROTOR

IN-RT2-1000 ( Front 11.800" .185" THK )
( Rear 11.800" .275" THK )



## INDIAN EXHUST

I-TP-6000



These 4" diameter high flow, high performance mufflers produce a deep sound. Baffles are removable and are available in show chrome or black. Will not fit models with saddlebag mounts. **Note:** Not for sale I California.



DNA-00296



# INDIAN WHEEL

SPECIAL INDIAN WHEEL HUB AVAILABLE IN EVERY WHEELS

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT







DNA-00297

## ABS BEARING



| | | | |
|---|---|---|---|
| M-SB-0052 | [ 25MM ] | M-SB-0058 | [ 23MM ] |
| M-SB-0056 | [ 21MM ] | M-SB-0060 | [ 26MM ] |
| | | M-SB-0062 | [ 30MM ] |

## SEALED BEARING



M-SB-0036 [ SEALED WHEEL BEARINGS 3/4" EACH ]
M-SB-0038 [ SEALED WHEEL BEARINGS 1" EACH ]
M-SB-0042 [ SINGLE WHEEL BEARINGS 25mm ]
M-SB-0050 [ DOUBLE WHEEL BEARINGS 25mm ]

## NECK BEARING



M-NB-1000 [ Neck Bearing 1" & Race Set ]

## PIVOTO BEARING



M-PB-1000 [ Swing Arm Pivot Bearing Set ]

## TIMKEN BEARING



M-BR-0034 [ Timken Bearing / Race Set ]

## VALVE STEMS



M-VS-1005 [ VS 5 INNER MOUNT ]
M-VS-1008 [ VS 8 OUTER MOUNT ]
M-VS-1009 [ VS 9 OUTER MOUNT ]

# DNA WARRANTY

WARRANTY COVERAGE

If your DNA Specialty, Inc. product is defective in material or workmanship, you can return your DNA product within 1 year from date of purchase. Proof of purchase or invoice is required for your warranty to take effect. DNA will replace your purchased product at our option, or repair it at no charge to you. If we repair the defective part, we may use reconditioned replacement parts or materials. If we replace it, we may replace it with a reconditioned one of the same product, design or number of spokes.

CHROME WARRANTY ( One Year Limited Warranty )

The chrome finish on your DNA Specialty product is one of the highest quality, but to ensure its longevity it must be maintained properly. Salt, sand, and humidity are bad for chrome. If you ride a motorcycle in these conditions, and do not clean and dry the chrome parts, the life of the chrome will be shortened. Do not use any abrasive cleaners or waxes. DNA Specialty reserves the right to determine if the product has been maintained properly and has not been abused. If your DNA specialty chrome product has been maintained properly and has not been abused, you may return it to DNA specialty within one year of the invoice date, and if upon inspection it is found to be defective, we will replace it, or at our option, repair it.

WARRANTY EXCLUSIONS

This warranty does not cover any damage to the product caused by accident, misuse, failure to follow installation and operation instructions, misapplication,alteration, or attempted unauthorized repair service by anyone other than DNA.

LIMITATIONS OF WARRANTY

Repair or replacement of the product by DNA specialty is your sole and exclusive remedy. Implied warranties, including those of fitness for a particular purpose and merchantability, are limited in duration to one (1) year term of this express and limited warranty. We will not be responsible for incidental or consequential damages. There are no express warranties which extend beyond those set forth in this document.

RETURNS

DNA does not offer call tags for any return. No returns will be accepted without prior authorization by calling or writing DNA Specialty to request an RMA number. Parts will only be considered for return if the request is made within 30 days from the date of DNA's invoice. Incorrect, damaged or missing parts must be reported within 2 working days of the time the products are received. A handling fee will be charged to restock parts unless otherwise specified. DNA Specialty, INC reserves the right to refuse to issue an RMA at our discretion. Please note all parts returned must be packaged correctly; the customer will be responsible for merchandise damaged in shipping due to inadequate packaging. DNA Specialty will not be responsible for return freight on overseas orders.

**DNA SPECIALTY, INC. 200 W. ARTESIA BLVD.• COMPTON, CA 90220 • TOLL FREE1.888.755.4070**
**TEL 1.310.767.4070 • FAX 1.310.767.4094 • info@dnaspecialty.com • www.dnaspecialty.com**

DNA