# EXHIBIT 6

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **29/874,401** | **04/19/2023 02:39:12 PM ET** | **559920185-D** |

## Title of Invention

SPOKES FOR AN AUTOMOTIVE WHEEL

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Design - Nonprovisional Application under 35 USC 171 | PATENT # | - |
| CONFIRMATION # | 8699 | FILED BY | Brandyn Sherman |
| PATENT CENTER # | 61945258 | FILING DATE | - |
| CUSTOMER # | 101334 | FIRST NAMED INVENTOR | Jerry L Lehman |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Alexander White |

## Documents

## TOTAL DOCUMENTS: 7

| DOCUMENT | | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|---|
| ADS_559920185-D_Lehman.pdf | | 8 | Application Data Sheet | 2173 KB |
| Declaration_559920185-D_Lehman.pdf | | 1 | Oath or Declaration filed | 126 KB |
| Design_559920185-D_Lehman.pdf | | 2 | - | 68 KB |
| Design_559920185-D_Lehman-SPEC.pdf | (1-1) | 1 | Specification | 62 KB |
| Design_559920185-D_Lehman-CLM.pdf | (2-2) | 1 | Claims | 38 KB |

| | | | |
|---|---|---|---|
| Drawings_559920185-D_Lehman.pdf | 3 | Drawings-only black and white line drawings | 207 KB |
| Micro_559920185-D_Lehman.pdf | 1 | Certification of Micro Entity (Gross Income Basis) | 143 KB |
| POA_559920185-D_Lehman.pdf | 2 | Power of Attorney | 691 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| ADS_559920185-D_Lehman.pdf | 4DB162F1E14FAC16664307DD7FDF38C3ADAFA30F2F773DEA9F75ABF8704C2C443D6C640072D9C3AED9EEB0A53A02C2FF7F54B16B22BF880D2D700FF5ADCB2E4C |
| Declaration_559920185-D_Lehman.pdf | ED7494A6B51AA99887F09B2DCE7C7761B0DB5DF7EAEDED19336798FC10FEA7EB6886B533BEE7FE9E64A3AFF0523B6DF3661F0D86B4576246150E4EEE956F5ECD |
| Design_559920185-D_Lehman.pdf | 428CC5D709AB9F3465FA82D91161E9F7EE1CC037AAF54109B986F23B4F1E33245E1901C75F8CF200A7AD8FE3F2E6E1213D13B1EC7E1B6440159C5CEF2D6A4CDC |
| Design_559920185-D_Lehman-SPEC.pdf | 9B459713A9BC70664E015617C95935B53591D1844336F5D2006E97D2933AF38CB78A0DD2D3DF146103700CE71DD12D4E8DD6AD145D3C05AFB753042F4760D61A |
| Design_559920185-D_Lehman-CLM.pdf | 1EBD7582114147DD85B2CB4DC8F64967A9BBCEEEF1B714BCF741DA94372978C2E2E8F1A2AE566C1CFD901F7D8E069D6309B8F3B0E3960B8670F19069BF063717 |
| Drawings_559920185-D_Lehman.pdf | 5AE248902A58ECDACCE9F8331356EF57BC2A5B2411794416AD72E5D82EC677881DA8A0DC2FAE334D7177AFA49079E9CD59B6A044DC057FC28B382CD97AF8D9A8 |
| Micro_559920185- | 43ECA10B1974DC04882DA17AC33145C791D64B1FB0CE81E6 |

| | |
|---|---|
| D_Lehman.pdf | E5917C02916B1842B7C8D7F32B7A08E94682DC92AE27B10EE 1C89046A154AD630C97C3746233D509 |
| POA_559920185-D_Lehman.pdf | 08E8B37A951A591EB3BF33C3CBE8FCC2E0780D69A3B54441B 63B157D8957400E19E53414F8D8A5963C1E0C216A891076441 512EEBA6A0CC57EE0ADA60405F517 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

US0D1042287S

# (12) United States Design Patent
Lehman

(10) Patent No.: US D1,042,287 S
(45) Date of Patent: ** Sep. 17, 2024

(54) **SPOKES FOR AN AUTOMOTIVE WHEEL**

(71) Applicant: **Jerry L Lehman**, Buena Park, CA (US)

(72) Inventor: **Jerry L Lehman**, Buena Park, CA (US)

(73) Assignee: **DNA Specialty, Inc.**, Compton, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/874,401**

(22) Filed: **Apr. 19, 2023**

(51) **LOC (14) Cl.** ............................................... **12-16**
(52) **U.S. Cl.**
USPC ......................................................... **D12/209**
(58) **Field of Classification Search**
USPC ................ D12/204–213, 501; D21/563, 779
CPC .... B60B 7/00; B60B 7/01; B60B 7/02; B60B 7/04; B60B 7/06; B60B 3/02; B60B 3/04; B60B 3/06; B60B 3/10; B60B 1/00; B60B 1/08; B60B 1/10; B60B 1/12; B60B 21/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | | |
|---|---|---|---|---|---|
| D168,977 | S | * | 3/1953 | Ryerson | 301/37.29 |
| D243,003 | S | * | 1/1977 | Reppert | D12/205 |
| D243,004 | S | * | 1/1977 | Reppert | D12/205 |
| D252,748 | S | * | 8/1979 | Reppert | D12/205 |
| D258,428 | S | * | 3/1981 | Junor | D12/205 |
| D259,558 | S | * | 6/1981 | Simpson | D12/205 |
| D259,718 | S | * | 6/1981 | Norris | D12/205 |
| D269,603 | S | * | 7/1983 | Whitmarsh | D12/205 |
| D301,864 | S | * | 6/1989 | Hempelmann | D12/205 |
| D387,027 | S | * | 12/1997 | Bradley | D12/205 |
| D609,153 | S | * | 2/2010 | Wakim | D12/205 |
| D904,268 | S | * | 12/2020 | Lehman | D12/209 |
| D942,356 | S | * | 2/2022 | Alberio | D12/209 |

OTHER PUBLICATIONS

LA Wire Wheels, Published Aug. 7, 2023 [online], [retrieved on May 12, 2024]. Retrieved from the Internet: https://www.amazon.com/Wire-Wheels-Standard-72-Spoke-Adapters/dp/B0CDZG97R6/ (Year: 2023).*

* cited by examiner


*Primary Examiner* — Mark A Goodwin
*Assistant Examiner* — Adam C Mager
(74) *Attorney, Agent, or Firm* — Dunlap Bennett & Ludwig, PLLC

(57) **CLAIM**

The ornamental design for spokes for an automotive wheel, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of spokes for an automotive wheel showing my new design;
FIG. **2** is a top back perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is a right elevation view thereof, with a left elevation view being a mirror image of the right elevation view; and,
FIG. **6** is a top elevation view thereof, with a bottom elevation view being a mirror image of the top elevation view.
The broken lines shown in the drawings depict portions of the article that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**







FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6