# EXHIBIT 7

US0D1080489S

(12) **United States Design Patent**
**Lehman**

(10) **Patent No.: US D1,080,489 S**
(45) **Date of Patent: ** Jun. 24, 2025**

(54) **HYBRID CROSS LACE SPOKE WHEEL**

(71) Applicant: **DNA Specialty**, Compton, CA (US)

(72) Inventor: **Jerry Lehman**, Buena park, CA (US)

(73) Assignee: **DNA Specialty**, Compton, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/869,554**

(22) Filed: **Jan. 4, 2023**

(51) **LOC (15) Cl.** .............................................. **12-16**

(52) **U.S. Cl.**
USPC ........................................................ **D12/205**

(58) **Field of Classification Search**
USPC ............... D12/202, 204, 205, 206, 207, 208, D12/209–213; D15/10, 33; D21/561, D21/563
CPC .... B60B 1/00; B60B 1/08; B60B 1/10; B60B 1/12; B60B 3/02; B60B 3/04; B60B 3/06; B60B 3/10; B60B 7/00; B60B 7/01; B60B 7/02; B60B 7/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | | |
|---|---|---|---|---|---|
| D42,264 | S | * | 3/1912 | Wheelock | D12/205 |
| D243,003 | S | * | 1/1977 | Reppert | D12/205 |
| D243,004 | S | * | 1/1977 | Reppert | D12/205 |
| D245,775 | S | * | 9/1977 | Muth | D12/205 |
| 4,243,270 | A | * | 1/1981 | Fenton | B60B 7/18 301/37.29 |
| D269,603 | S | * | 7/1983 | Whitmarsh | D12/205 |
| D301,864 | S | * | 6/1989 | Hempelmann | D12/205 |
| D387,027 | S | * | 12/1997 | Bradley | D12/205 |
| D609,153 | S | * | 2/2010 | Wakim | D12/205 |
| D644,153 | S | * | 8/2011 | Finnie | D12/205 |
| D657,726 | S | * | 4/2012 | Finnie | D12/205 |
| D904,268 | S | * | 12/2020 | Lehman | D12/209 |
| D1,042,287 | S | * | 9/2024 | Lehman | D12/209 |

OTHER PUBLICATIONS

Dayton Wire Wheels Triple Cross Lace Styles, posted date unknown [online], [retrieved Apr. 2, 2025]. Retrieved from internet, https://www.truespoke.com/dayton-tripIe-cross-lace (Year: 2025).*
Cali Traditional 60-Spoke Wheel _ 60-Spoke Harley Wheels, posted date unknown [online], [retrieved Apr. 2, 2025]. Retrieved from internet, https://www.dnaspecialty.com/collections/traditional-spoke-wheel/products/cali-traditional-60-spoke-wheel (Year: 2025).*

* cited by examiner


*Primary Examiner* — Darlington Ly
*Assistant Examiner* — Jeremy Koenig

(57) **CLAIM**

The ornamental design for a hybrid cross lace spoke wheel, as shown and described.

**DESCRIPTION**

FIG. **1** is a top-front-right perspective view of a hybrid cross lace spoke wheel showing my new design;
FIG. **2** is a top-front-left perspective view thereof;
FIG. **3** is a bottom-rear-right perspective view thereof;
FIG. **4** is a bottom-rear-left perspective view thereof;
FIG. **5** is a front elevational view thereof,
FIG. **6** is a rear elevational view thereof;
FIG. **7** is a right-side elevational view thereof;
FIG. **8** is a left-side elevational view thereof;
FIG. **9** is a top plan view thereof; and,
FIG. **10** is a bottom plan view thereof.
The broken lines depict portions of the hybrid cross lace spoke wheel that form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10