# EXHIBIT 8

US00D989704S

(12) **United States Design Patent**
**Lehman**

(10) **Patent No.: US D989,704 S**
(45) **Date of Patent: ** Jun. 20, 2023**

(54) **WHEEL VALVE STEM**

(71) Applicants: **DNA Specialty**, Compton, CA (US); **Gerald Lehman**, Buena Park, CA (US)

(72) Inventor: **Gerald Lehman**, Buena Park, CA (US)

(73) Assignee: **DNA Specialty**, Compton, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/794,780**

(22) Filed: **Jun. 15, 2021**

(51) **LOC (14) Cl.** ............................................ **12-15**

(52) **U.S. Cl.**
USPC ........................................................ **D12/606**

(58) **Field of Classification Search**
USPC ................ D12/604, 606, 607; D23/233, 235
CPC ... B60C 29/02; B60C 29/005; B60C 23/0494; B60C 23/0496
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| D243,391 S | * | 2/1977 | Schmidt | D12/606 |
| D268,924 S | * | 5/1983 | Winther | D12/606 |
| 4,538,658 A | * | 9/1985 | Earley | B60C 29/02 137/234.5 |
| D304,817 S | * | 11/1989 | Earley | D12/606 |
| D305,222 S | * | 12/1989 | Geib | D12/606 |
| D423,428 S | * | 4/2000 | Musselman | D12/608 |
| D435,635 S | * | 12/2000 | Taneya | D23/233 |
| 6,722,409 B1 | * | 4/2004 | Martin | B60C 23/0494 152/429 |
| D496,627 S | * | 9/2004 | Nikolayev | D12/606 |
| D606,167 S | * | 12/2009 | Nimberger | D23/233 |
| D624,010 S | * | 9/2010 | Tournier | D12/606 |
| D624,875 S | * | 10/2010 | Cowles | D12/607 |
| D745,638 S | * | 12/2015 | Hickman | D23/233 |
| D808,896 S | * | 1/2018 | Tsionidis | D12/606 |
| D883,914 S | * | 5/2020 | Johnson | B60C 29/005 D12/606 |
| 10,807,421 B2 | * | 10/2020 | McClurg | B60C 23/0494 |
| 2009/0223570 A1 | * | 9/2009 | Yu | B60C 29/02 137/223 |
| 2013/0333817 A1 | * | 12/2013 | Burlett | B60C 29/02 152/427 |
| 2014/0261753 A1 | * | 9/2014 | Burlett | B29C 67/00 277/650 |
| 2015/0375582 A1 | * | 12/2015 | Chen | B60C 23/0452 152/427 |
| 2016/0325593 A1 | * | 11/2016 | Austin | B60C 29/068 |
| 2019/0226934 A1 | * | 7/2019 | Zaldana | F24C 1/00 |
| 2019/0263201 A1 | * | 8/2019 | Chang | B60C 29/005 |

* cited by examiner


*Primary Examiner* — Michelle E. Wilson
*Assistant Examiner* — Clese Moore, Jr.

(57) **CLAIM**

The ornamental design for a wheel valve stem, as shown and described.

**DESCRIPTION**

FIG. **1** is a front-top-right perspective view of a wheel valve stem showing my new design;
FIG. **2** is a rear-bottom-left perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left elevational view thereof;
FIG. **6** is a right elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is a top perspective view showing the top opening cavity thereof; and,
FIG. **10** is a bottom perspective view showing the bottom opening cavity thereof.
The broken lines showing opening cavities in FIG. **8** through **10** are included for the purpose of showing environmental structure and form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10