# EXHIBIT 10

US00D904268S

(12) **United States Design Patent** (10) **Patent No.: US D904,268 S**
**Lehman** (45) **Date of Patent: ** Dec. 8, 2020**

(54) **VEHICLE WHEEL**

(71) Applicant: **DNA Specialty, Inc.**, Compton, CA (US)

(72) Inventor: **Gerald Lucian Lehman**, Compton, CA (US)

(73) Assignee: **DNA Speciality, Inc.**, Compton, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/679,966**

(22) Filed: **Feb. 12, 2019**

(51) **LOC (12) Cl.** ........................................... **12-16**

(52) **U.S. Cl.**
USPC .................................................... **D12/209**

(58) **Field of Classification Search**
USPC ................................ D12/204–213; D21/563
CPC .... B60B 7/00; B60B 7/02; B60B 7/04; B60B 7/01; B60B 7/06; B60B 3/02; B60B 3/04; B60B 3/06; B60B 3/10; B60B 1/00; B60B 1/08; B60B 1/10; B60B 1/12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D267,167 S * 12/1982 Suzuki ........................ D12/205
D269,506 S * 6/1983 Suzuki ........................ D12/205
D269,603 S * 7/1983 Whitmarsh ................. D12/205
D387,027 S * 12/1997 Bradley ...................... D12/205
D462,042 S * 8/2002 Bernardi ..................... D12/205
D490,760 S 6/2004 Sands
D531,952 S 11/2006 Sands
D567,166 S 4/2008 Bogani
D596,547 S * 7/2009 Passarotto ................... D12/205
D609,153 S * 2/2010 Wakim ........................ D12/205
D644,153 S * 8/2011 Finnie ......................... D12/205
D657,726 S * 4/2012 Finnie ......................... D12/205
D683,682 S 6/2013 Alfonso
D764,365 S * 8/2016 Hirai ........................... D12/205
D846,471 S * 4/2019 Jang ............................ D12/205
D856,885 S * 8/2019 Anger .......................... D12/205

* cited by examiner

*Primary Examiner* — Stacia A Cadmus
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **CLAIM**

I claim the ornamental design for a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a vehicle wheel, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a side view thereof; and,
FIG. **6** is a top view thereof.

**1 Claim, 6 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6