# EXHIBIT 13

**Thursday, September 24, 2026 at 17:04:41 Pacific Daylight Time**

**Subject:** Re: Jerry Lehman's Role and Deposition; DNA Specialty, Inc. v. Sharkroad, Inc. Case No. 2:25-cv-10379; TLO#25-11-10088
**Date:** Friday, September 18, 2026 at 3:10:52 PM Pacific Daylight Time
**From:** Said Vakili <vakili@vakili.com>
**To:** Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
**CC:** Craig McLaughlin <craig@vakili.com>, Jason Ming <jason@vakili.com>, Stephen P. Hoffman <hoffman@vakili.com>, Joe Trojan <trojan@trojanlawoffices.com>, Dylan Dang <dang@trojanlawoffices.com>, Francis Wong <wong@trojanlawoffices.com>

Good afternoon Mehdi–

Jerry Lehman is an independent contractor who works for DNA. We will accept service of any deposition notices.

Very best,

*Sa'id Vakili*
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010 |** Fax: 213/380-6051
*http://www.vakili.com*

**NOTICE:** The information contained in this e-mail is confidential, attorney-client privileged information and/or proprietary material which is meant for the sole use of the intended recipient/s. If you received this transmission in error, please notify us immediately by reply e-mail or by telephone (213/380-6010), and destroy the original transmission and its attachments without reading them or saving them to disk or elsewhere. Thank you.

On Sep 18, 2026, at 2:48PM, Mehdi Poursoltani <Poursoltani@trojanlawoffices.com> wrote:

Dear Counsel,

In Sharkroad, Inc.'s RFA No. 8, Sharkroad asked whether Jerry Lehman is an employee of DNA, and DNA responded that he is not. However, DNA's Initial Disclosures identify "Jerry Lehman of DNA," direct that he be contacted through Plaintiff's counsel, and describe several subjects on which he has knowledge, including "[i]nformation regarding DNA's marketing, branding, sales figures, lost profits, DNA's damages, design, non-functionality, and trade dress of the motorcycle wheels at issue in this action (both the Spiral-Spoke Wheel and the 52 Cylindrical-Spoke Wheel), and knowledge regarding Defendant's motorcycle wheels."

Please clarify Mr. Lehman's role or relationship with DNA. Sharkroad intends to depose him. Because the Initial Disclosures direct that Mr. Lehman be contacted through Plaintiff's counsel, we understand that you accept service on his behalf.

Please clarify whether Sharkroad should serve your office with a notice of deposition or a third-party deposition subpoena.

Regards,

TROJAN LAW OFFICES, P.C.
by

Mehdi Poursoltani

Attorney

www.trojanlawoffices.com
Trojan Law Offices
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399
Fax: (310) 777-8348

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

*This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.*

---

This email has been scanned for spam and viruses. Click here to report this email as spam.