# EXHIBIT 14

Earn Double Cash Back for RPM Member Days - Join Now

What Are You Looking For? | Shop Your Ride + | Log In To Your Account › | 0

MENU PARTS TIRES ACCESSORIES GEAR HELMETS SALE COLLECTIONS REWARDS COMMON TREAD BLOG

FREE SHIPPING OVER $49.99 | USA-BASED CUSTOMER SERVICE | PRICE MATCH GUARANTEE

HOME › PARTS › WHEELS & WHEEL COMPONENTS



1 of 1

# V-Twin Mfg. 40 Twirled Spoke Chrome Front / Rear Wheel For Harley FL FX 1973-1984

Item: P1008891 | SKU: 10241651

★★★★★ Read 5 Reviews | Write a Review

**$611.17**

0% APR or as low as $39/mo with affirm. See if you qualify

PayPal Starting at $32.93/mo or as low as 0% APR. Learn more

MAKE SURE IT FITS Select a Vehicle

**Size:** 16" X 3" Front / Rear

RPM Members get up to **$76.12** in total value with this purchase. **Details**

Add RPM for $39.99/year

Get It Delivered | Pick Up In Store

Available! Ships in 3-5 business days

Quantity: 1

ADD TO CART

ADD TO WISH LIST SHARE

This item Ships FREE

Guaranteed Low Price

FREE INSTALL SUPPORT · CERTIFIED V-TWIN TECHNICIANS · 7 DAYS A WEEK · TALK TO AN EXPERT

Need Help?
Speak to one of our customer service representatives:
800-318-4823 | Email Us | Chat

YOU MAY ALSO LIKE

- V-Twin Mfg. Twirled... $667.72
- V-Twin Mfg. Twisted... $135.54
- V-Twin Mfg. Replica 4... $453.99 to $566.17
- V-Twin Mfg. 40 Twirled... $636.75
- V-Twin Mfg. 40 Spoke... $548.24 to $598.16
- V-Twin Mfg. 40 Spoke... $403.99 to $556.01

## PRODUCT DETAILS

Product Description | Part Numbers | Fitment

**V-Twin Mfg. 40 Twirled Spoke Chrome Front / Rear Wheel For Harley FL FX**

**Features**

- Magnificent looks are a simple wheel change away with these twisted spoke sets laced to our chrome rims and hubs
- They include all internal spacers, seals and washers
- Bearing preload set at the factory

**WARNING:** California's Proposition 65 - www.P65Warnings.ca.gov

## RIDERS ALSO BOUGHT

- V-Twin Mfg. 40 Twirled Spoke Chrome Rear... $473.99 to $475.40
- V-Twin Mfg. 40 Spoke Chrome Rear Wheel For... $548.24 to $598.16
- V-Twin Mfg. 40 Spoke Chrome Front Wheel For... $553.50
- V-Twin Mfg. 40 Spoke Front Wheel For Harle... $541.20
- V-Twin Mfg. 40 Spoke Chrome Front Wheel For... $631.79
- V-Twin I Replica Chrome $453.9 $566.1

RIDERS PREFERRED MEMBERSHIP

**JOIN NOW & GET REWARDED!**
Get Free 2-Day Shipping and $15 + 5% RPM Cash on this order.
Already enrolled in RPM? Link your existing membership here.

JOIN NOW
Learn More

RELATED VIDEOS




The Indian Larry Twisted Frame Chopper | J&P Custom Motorcycle Builds




150-Horsepower Harley-Davidson | J&P: Custom Motorcycle Builds




124 Cubic Inch Twin Cam FXR | J&P: Custom Motorcycle Builds




The First 8 Things You Should Change When Buying a Harley Davidson

## REVIEWS & QUESTIONS

5 Customer Reviews for All Models | 0 Questions & 0 Answers for All Models

### 5 Ratings

**4.8** out of 5 stars

★★★★★

WRITE A REVIEW

5 Ratings

| | |
|---|---|
| ★ 5 | 80% |
| ★ 4 | 20% |
| ★ 3 | 0% |
| ★ 2 | 0% |
| ★ 1 | 0% |

### 2 Reviews

★★★★☆

Feb 3, 2012

hd_superglide

Great wheel for the price, and perfect fit.

Was this helpful? 0 0 Flag

---

★★★★★

Mar 26, 2010

snleclaire1111

Worked perfectly. Looks great

Was this helpful? 0 0 Flag

### Reviews for Similar Products



About
V-Twin Mfg. 40 Twirled Spoke Chrome Rear Wheel For Harley 1986-1999

★★★★★

Apr 9, 2020

Rachel 66

Nice looking wheel

Was this helpful? 0 0 Flag

---



About
V-Twin Mfg. 40 Twirled Spoke Chrome Rear Wheel For Harley Touring 1986-1999

★★★★★

Jan 20, 2020

MARTYN

The bolt holes for the brake rotor are different pattern. I had to buy a new rotor at $250.00. This information should have been included in the discription.

Was this helpful? 2 0 Flag

---



About
V-Twin Mfg. 40 Twirled Spoke Chrome Rear Wheel For Harley Touring 1986-1999

★★★★★

Jul 10, 2019

KEVIN

Havent put on yet to make sure it worked

Was this helpful? 0 0 Flag

## Building By Your Side *Since* 1979.

**RIDERS KNOW BEST**

**Real reviews from real experience**

26,191 reviews

**Easy & Simple**

Ordering is simple and arrive within 4-5 days usually.

Curtis P. on Oct 14, 2026

**Fast shipping**

Always a good experience with JP's

Read more

Vinny C. on Oct 14, 2026

**FXRS PARTS**

Staff was knowledgeable, polite and very professional. They explained the ordering and return policy so there was no confu...

Read more

RICHARD M. on Oct 14, 2026

Sign in for more features of our website! Sign In

NO ONE HAS THE V-TWIN™ SELECTION

Search by VT#, OEM#, or keyword

Big Twin 1984 - Up | Classic Pre-1984 | Sportster 1952-Up







# 16" x 3.00" Front or Rear Spoke Wheel

Retail Price: **$611.17**

**IN STOCK NOW!**

**VT No: 52-0841**

ADD TO WISH LIST ADD TO COMPARE

Front or rear 16" x 3" wheel with chrome drop center rim, chrome hub with 3/4" bearings installed, and 40 twirled chrome spokes.

Details | More Information

Front or rear 16" x 3" wheel with chrome drop center rim, chrome hub with 3/4" bearings installed, and 40 twirled chrome spokes.
NOTE: All spokes on wheel need to be inspected and re-torqued after 500 miles of original installation. For hubs with 27mm offset on each side.

**FITS** FX 1973-1982
FL 1973-1984

**Related Products**



Chain Puller Tool
VT No: 16-1615
Retail Price: **$19.66**



Belt Tensioner Gauge
VT No: 16-1765
Retail Price: **$38.18**

About Us
Privacy and Cookie Policy
Contact Us

Copyright © 2019-present V-Twin Mfg.

INTERNET ARCHIVE Wayback Machine http://www.jpcycles.com/product/200-920 Go
8 captures
14 Aug 2015 - 13 Sep 2016
AUG 14 2015 OCT 2014 2016 About this capture

World's Largest Aftermarket Motorcycle Parts and Accessories Superstore!

Search Keywords or Part Number | All Products | Search

Gold Club Gift Cards Events Catalogs Forums Blog

Harley-Davidson Honda Kawasaki Suzuki Victory Yamaha Motorcycle Parts Tires Helmets Gear Clothing

Related Categories 〉 Wheels & Wheel Components 〉 Wheels 〉

# Front FLT Custom Twisted Spoke Front Wheel, 16 x 3"

Select your motorcycle to guarantee fitment! Select A Motorcycle



Product may vary from photo(s).

Everyday Low Price: $414.99

Gold Club Price: What's This? $373.49

J&P Part: 200-920

This item qualifies for FREE GROUND SHIPPING

Usually ships in 2-4 business days.

Qty: 1

ADD TO CART

Have A Question?
Our customer service has the answer.
Live Chat 1-800-318-4823

Share With Friends:
Email this product to a friend

Find Out More About Our
Security & Privacy
100% Satisfaction Guarantee
Return Policy

Description Fitment Reviews Catalogs

## Description

**Front FLT Custom Twisted Spoke Front Wheel, 16 x 3"**

• Magnificent looks are a simple wheel change away with these twisted spoke sets laced to our chrome rims and hubs
• They include all internal spacers, seals and washers
• Bearing preload set at the factory

**Product Specs**

| | |
|---|---|
| Finish: Chrome | Position: Front |
| Rim Diameter: 16 | Rim Width: 3" |

**Important Product Notes**

View Shipping Note

Is our description above helpful? YES NO

## Fitment

Select your motorcycle to guarantee fitment! Select A Motorcycle

**Click (+) to view all compatible models**

+ Harley-Davidson® Models

Is our fitment information helpful? YES NO

## Customer Reviews

**This product has not yet been reviewed.** Be First To Write A Review

Are these reviews helpful? YES NO

## Catalogs

Requires a browser that supports HTML5

2015 Harley Catalog, Page 732 View Catalog
2013 Harley Catalog, Page 630 View Catalog
2014 Harley Catalog, Page 588 View Catalog
2012 Harley Catalog, Page 681 View Catalog

## Shipping Note

Additional oversized shipping charges will be applied for expedited shipments within the contiguous U.S. Shipping charges outside the contiguous U.S. are calculated by weight and dimension during checkout.

## WHAT OUR CUSTOMERS ARE SAYING:

*Ordered my products in the morning and they shipped in the afternoon. Always great customer service and best prices around. Definitely buying more from J&P; in the future!*

*— lilbird2577 // May 10, 2015*

**Keep Up With J&P Cycles!**

Get a J&P Catalog
IT'S FREE!
GET YOURS

Sign Up For Emails
Subscribe to receive special offers & more! (Review our Privacy Policy)
Enter Your Email Address SIGN UP

**Connect With Us**

**Our Story**
John Parham was bitten by the motorcycle bug early in his life. His enthusiasm led to a partnership in a small motorcycle shop from 1975 to 1979. In 1979 he and his wife, Jill, established J. Parham Enterprises, Inc., the predecessor to the present J&P Cycles. During this time, John still worked full-time and followed his "hobby" in the evening and weekends. Read More

**J&P Cycles**
**13225 Circle Drive**
**Anamosa, IA 52205**

Toll free 1-800-318-4823
International 1-319-462-4817

*Prices & misprints subject to change.*

**Ordering**
Terms of Business
Security And Privacy
Return Information
Gift Cards
Disclaimer

**Company Info**
About Us
Contact Us
Motorcycle Tech Support
Motorcycle Customer Service
The J&P Team
Mission Statement
Careers at J&P

**General Info**
FAQ
Apparel Sizing
Become an Affiliate
Sitemap
Links

**Showroom Locations**

13225 Circle Drive
Anamosa, Iowa
52205
View Map

Junction of I-95 & US 1
Ormond Beach
Florida 32174
View Map

1650 Lazelle Street
Sturgis
South Dakota 57785
View Map

Live Help

Copyright © 2015 J&P Cycles | Motorsport Aftermarket Group

BBB ACCREDITED BUSINESS A+