# EXHIBIT 15

United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User:Dorethea Allen

Sale Accounting Date:08/26/2026

| Sale Item Reference Number | Effective Date |
|---|---|
| 29874416 | 08/20/2026 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I20268P043435908 | 1599 | MAINTENANCE/PETITION INTERNAL FEE CODE | $326.00 | Credit Card |

USPTO RECEIPTS ACCOUNTING DIVISION
2026 AUG 25 AM 11:00

RECEIVED
CENTRAL FAX CENTER
AUG 20 2026

886

Doc Code: MES.LOSS
Document Description: Notification of loss of entitlement to micro entity status

USPTO/SB/15B (07-26)

## NOTIFICATION OF LOSS OF MICRO ENTITY STATUS

(Page 1 of 2)

| Application or Patent No.: | First Named Inventor: |
|---|---|
| D1,086,968 | Jerry Lehman |
| Filing Date: | Title of Invention: |
| April 19, 2026 | Spiral Wheel Spoke |

Applicant or patentee hereby notifies the Office that micro entity status is no longer appropriate in this application or patent. Applicant or patentee asserts that:

[✓] Applicant/patentee is entitled to small entity status for this application or patent. See 37 CFR 1.27.

OR

[ ] Applicant/patentee will pay undiscounted fees in this application or patent.

This form must be signed (see bottom of page 2). If you owe a fee deficiency, you must also complete the following "Fee Deficiency Payment" section and enclose payment for the full amount of the deficiency.

## FEE DEFICIENCY PAYMENT

(please complete this section if you are correcting prior payments that were erroneously made in the micro entity amount)

[✓] Applicant or patentee asserts that micro entity status was previously established in good faith, and that micro entity status either was established in error, or the Office was not notified of a loss of entitlement to micro entity status through error. See 37 CFR 1.29(k).

As required by 37 CFR 1.29(k), you MUST ITEMIZE the fee deficiency. Please use the chart below to itemize the amounts for the above-identified application or patent. If you need more space to list the fees, please submit multiple forms. See below*.

| Fee Description or Type | Current Fee Amount* | Amount Previously Paid | Date Previously Paid | Deficiency Owed |
|---|---|---|---|---|
| Design Application Filing Fee | $130 | $44 | April 19, 2023 | $86 |
| Search Fee | $120 | $32 | " | $88 |
| Examination Fee | $280 | $128 | " | $152 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Deficiency Owed (sum of all entries in "Deficiency Owed" column) | | | | $326 |

* The "current fee amount" refers to the small entity or undiscounted rate (whichever is applicable) listed on the fee schedule as currently in force at the time this paper is submitted and the deficiency is paid in full. The USPTO fee schedule is available at www.uspto.gov/fees. For more information about submitting fee deficiencies, see MPEP 509.04(f). The MPEP is available at www.uspto.gov/MPEP.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

RECEIVED
AUG 26 2026
OFFICE OF PETITIONS

USPTO/SB/460 (07 26)

## NOTIFICATION OF LOSS OF MICRO ENTITY STATUS
(Page 2 of 2)

### FEE DEFICIENCY PAYMENT (CONT.)

If you owe a fee deficiency, you must enclose payment for the total fee deficiency amount for prior payments erroneously made in the micro entity amount in this application or patent. Do NOT combine payment for multiple applications or patents. If you owe a fee deficiency in multiple applications or patents, you must submit a separate form and payment for each application or patent.

Please check the applicable box for the form of payment, and follow the corresponding instructions for submitting your form and payment.

☐ A check or U.S. Postal Service money order is enclosed. Please make payable to "Director of the USPTO", and mail this form with the check or money order to:

Mail Stop Petition
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

☑ Payment by credit card. Do NOT provide credit card information on this form. Instead, enclose a completed Credit Card Payment Form (Form PTO-2038), which is available at https://www.uspto.gov/sites/default/files/documents/PTO-2038.pdf. Submit both forms either by facsimile to (571) 273-8300, or by mail to the address shown above.

☐ The Director is hereby authorized to charge $ ____________ to USPTO Deposit Account No. ________________. If you select this option, this form must be signed by someone who is an authorized user of the deposit account, and who is permitted to sign in accordance with 37 CFR 1.33. If you are paying by deposit account, you may submit this form via the USPTO's patent electronic filing systems (EFS-Web or Patent Center), by facsimile to (571) 273-8300, or by mail to the address shown above.

For more information on accepted payment methods, please see https://www.uspto.gov/learning-and-resources/fees-and-payment/accepted-payment-methods. Payment must be made in U.S. dollars, and if payment is made from a foreign country, the payment must be payable and immediately negotiable in the United States for the full amount of the fee required.

### SIGNATURE

This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications.

If applicant or patentee is a juristic entity (e.g., an LLC or corporation), this form must be signed by a registered practitioner. See 37 CFR 1.31.

If applicant is a person or persons domiciled outside the United States or its territories, this form must be signed by a registered practitioner. See 37 CFR 1.31.

If applicant or patentee is a person or persons domiciled in the United States or its territories, this form may be signed by either a registered practitioner, or the applicant or patentee. Note that if multiple people together are the applicant or patentee (e.g., joint inventors domiciled in the United States or its territories together are the applicant), then a signature is required from each person who is an applicant or patentee. *Submit multiple forms if more than one signature is required, see below*.*

| | |
|---|---|
| Signature *JERRY LEHMAN* | Date August 19, 2026 |
| Name (Print/Typed) Jerry Lehman | Practitioner Registration Number (if applicable) |

☐ * Total of ________ forms are submitted.

B0017



RECEIVED
CENTRAL FAX CENTER
AUG 20 2026

# FAX

| | |
|---|---|
| **Date:** | 08/20/2026 20:39:45+00:00 GMT |
| **TO** | |
| **Fax Number:** | 15712738300 |
| **Name:** | |
| **FROM** | |
| **Fax Number:** | 12133806051 |
| **Name:** | Malou de la Paz |
| **Company:** | Vakili & Leus |
| **Subject:** | Fee Deficiency Payment |

**Notes:**

This Fax is Powered by 8x8, Inc.