# EXHIBIT 16

**Monday, October 12, 2026 at 17:13:40 Pacific Daylight Time**

**Subject:** RE: Request to Meet and Confer Regarding Amendment of Invalidity Contentions; DNA Specialty, Inc. v. Sharkroad, Inc. Case No. 2:25-cv-10379; TLO#25-11-10088
**Date:** Thursday, October 1, 2026 at 10:11:53 AM Pacific Daylight Time
**From:** Craig McLaughlin <craig@vakili.com>
**To:** Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>, Said Vakili <vakili@vakili.com>, Jason Ming <jason@vakili.com>, Stephen P. Hoffman <hoffman@vakili.com>
**CC:** Joe Trojan <trojan@trojanlawoffices.com>, Dylan Dang <dang@trojanlawoffices.com>, Francis Wong <wong@trojanlawoffices.com>

Hi Mehdi,

Sorry that we haven't responded to your e-mail earlier. Please, however, consider the following:

1. DNA's current Motion to Dismiss makes clear that DNA's position is that the Twisted Spoke in DNA's catalog is cumulative and not material and doesn't add anything to the existing Invalidity Contentions that include more of the same prior art, knowledge of which by DNA is also immaterial to an invalidity analysis. The outcome of that motion should help inform the value of what Sharkroad is proposing here and thus a more productive meet and confer would be best considered after the Court's ruling. Morover, before considering a meet and confer, we would like to see the proposed amendment and an analysis of what possibly the proposed DNA prior art adds to the existing contentions.

2. We corrected the micro-entity status (including paying proper fees as a small entity) which was granted. Please provide a legal basis or authority that would support a finding of inequitable conduct by such an allowable correction to the entity status. And again, the pending Motion to Dismiss should inform whether Sharkroad's existing counterclaim for inequitable conduct will survive.

3. What is in error about the existing description and what does Sharkroad wish to correct the description to? Again, what does the proposed amendment say? Please provide it to so that DNA can evaluate whether to oppose the proposed amendment.

Craig McLaughlin
Attorney for DNA Specialty, Inc.
Vakili & Leus, LLP

---

**From:** Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
**Sent:** Friday, September 25, 2026 11:22 AM
**To:** Said Vakili <vakili@vakili.com>; Craig McLaughlin <craig@vakili.com>; Jason Ming <jason@vakili.com>; Stephen P. Hoffman <hoffman@vakili.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>
**Subject:** Request to Meet and Confer Regarding Amendment of Invalidity Contentions; DNA Specialty,