R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
Mehdi Poursoltani, CA Bar No. 33,1961
poursoltani@trojanlawoffices.com
TROJAN LAW OFFICES, P.C.
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant SHARKROAD, INC.

TROJAN LAW OFFICES
BEVERLY HILLS

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DNA SPECIALTY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | **Case No: 2:25-cv-10379-MWC(RAOx)**<br><br>**DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF DEFENDANT SHARKROAD, INC.'S REPLY CLAIM CONSTRUCTION BRIEF IN RESPONSE TO DNA SPECIALTY, INC.'S OPPOSITION (DKT. 53)**<br><br>**Date:** November 13, 2026<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6A<br>First Street U.S. Courthouse<br>Los Angeles, CA<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

I, R. Joseph Trojan, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am a an associate of Trojan Law Offices, P.C., counsel of record for Defendant Sharkroad, Inc. ("Sharkroad") in this action. I have personal knowledge of the facts stated in this declaration, except as to matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. A true and correct copy of the October 7, 2026 email exchange between counsel regarding Sharkroad's opening claim construction brief is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026, at Beverly Hills, California.

Dated: October 26, 2026

/s/R. Joseph Trojan
R. Joseph Trojan

TROJAN LAW OFFICES
BEVERLY HILLS