# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA Specialty Inc.<br>Plaintiff(s)<br>v.<br>Sharkroad, Inc. et al.<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-10379-MWC(RAOx) |
| | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Oliver .

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required

☒ Hearing Required

☐ In-Person Court Hearing

☒ Video Conference

☐ Telephonic

Magistrate Judge Rozella A. Oliver

Date/Time 11/09/2026 at 1:00 p.m.

Courtroom: via Zoom - Clerk to send out link via email.

Dated: November 3, 2026

By: C. DELGADO
Deputy Clerk