UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:25-cv-10379-MWC (RAOx) Date: November 9, 2026
Title: DNA Specialty Inc v. Sharkroad, Inc. et al

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| C. Delgado | Tape No.: CS 11/9/2026 |
| Deputy Clerk | Court Recorder: CourtSmart |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Sa'id Vakili<br>Craig McLaughlin | Francis Wong |

**Proceedings: MINUTES OF VIDEO DISCOVERY HEARING [61]**

The case was called for an informal discovery conference ("IDC") by Zoom, and counsel entered their appearances by video. The Court and the parties discussed the status of discovery and the parties agreed to (i) set a deadline for Plaintiff to supplement its responses, (ii) meet and confer if any matter remains in dispute, and (iii) advise the Court whether it should hold a further IDC regarding any matter that the parties could not resolve. Accordingly, the Court directs the parties as follows:

- Plaintiff must supplement its interrogatory answers and provide additional amended responses to Defendant's requests for production as set out in the parties' November 5, 2026, discovery update. *See* Dkt. Nos. 62, 63. The deadline for Plaintiff to supplement discovery is Friday, November 13, 2026.

- Additionally, the parties will meet and confer within 7 days of receipt of Plaintiff's supplementation (e.g., by Friday, November 20, 2026).

- The parties' depositions, as described in their respective November 5 updates, shall proceed as planned. However, the parties are free to agree to select different dates for those depositions if they choose.

- The Court will hold open a date and time for a further IDC hearing on Monday, November 23, 2026, at 11:00 AM. And the parties shall notify the

Court by 5:00 PM Friday, November 20, 2026, if another IDC hearing is no longer necessary.

**IT IS SO ORDERED.**

0 : 18
Initials of Preparer cd