Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

**DNA SPECIALTY, INC., a California Corporation,**

**Plaintiff/Counterclaim Defendant,**

**v.**

**SHARKROAD, INC., a California Corporation,**

**Defendant/Counterclaimant.**

**CASE NO.: 2:25-cv-10379-MWC (RAOx)**

[*Hon. Michelle Williams Court*]

**DECLARATION OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S OPPOSITION TO SHARKROAD, INC.'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**

**Date:** December 4, 2026
**Time:** 1:30 P.M.
**Place:** Courtroom 6A
Felicitas and Gonzalo Mendez
United States Courthouse
350 W 1st Street
Los Angeles, CA 90012

# DECLARATION OF CRAIG McLAUGHLIN

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, Case No.: 2:25-cv-10379-MWC (RAOx).

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. Attached hereto as **Exhibit No. 1** is a true and correct copy of a letter from Sharkroad's counsel to DNA's counsel, dated November 12, 2025.

4. Attached hereto as **Exhibit No. 2** is a true and correct copy of DNA's 2021 catalog produced by Sharkroad, Inc. ("Sharkroad") to DNA on July 24, 2026, to which Sharkroad added its own Bates Nos., page 43 of which showing DNA's traditional "Twisted Spoke" wheel which represented Exhibit A of Sharkroad's First Set of Requests for Admissions served on DNA the same day.

5. Attached hereto as **Exhibit No. 3** is a true and correct copy of two corporate filings showing its corporate address and address of its agent for service of process at the time the June 16, 2025 cease and desist letter was served. [Sharkroad_000004.] These addresses were changed approximately three months later. [Sharkroad_000007.]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2026.

/s/*Craig McLaughlin*
Craig McLaughlin
Declarant

# Exhibit: “1”

TROJAN LAW OFFICES, P.C.

R. JOSEPH TROJAN

DYLAN C. DANG
FRANCIS Z. WONG
EDWIN P. TARVER
MEHDI POURSOLTANI
ALEXANDER D. MAZZEO

REXFORD PLAZA
9250 WILSHIRE BOULEVARD
SUITE 325
BEVERLY HILLS, CALIFORNIA 90212
www.patenTrademark.com
REGISTERED PATENT ATTORNEYS

PATENT, TRADEMARK, COPYRIGHT,
TRADE SECRET & RELATED CAUSES

TELEPHONE (310) 777-8399
FACSIMILE (310) 777-8348
TROJAN@PATENTRADEMARK.COM

EST. 1991

November 12, 2025

Mr. Sa'id Vakili, Esq.
Mr. Craig McLaughlin, Esq.
Mr. Jason C. Ming, Esq.
Mr. Stephen P. Hoffman, Esq.
VAKILI & LEUS, LLP
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010

***Via U.S. Mail and e-mail:*** vakili@vakili.com, craig@vakili.com, jason@vakili.com, and hoffman@vakili.com

Re: [Sharkroad, Inc.]
DNA Specialty, Inc. v. Sharkroad, Inc.
Case No. 2:25-cv-10379
TLO File No. 25-11-10088

Dear Gentlemen:

We are trial counsel for Sharkroad, Inc. ("SharkRoad") and have been asked to respond to DNA Specialty, Inc.'s ("DNA") complaint filed on October 28, 2025 ("Litigation") as identified above. After reviewing the complaint in the Litigation, we demand that the case be dismissed with prejudice because of a lack of merit of the claims as explained below.

## I. First Cause of Action - Design Patent (U.S. Des. Pat. No. D1,086,968)

DNA's claim of infringement of U.S. Design Patent No. D1,086,968 ("the '968 Patent") cannot stand because the patent is invalid and unenforceable for fraud on the Patent Office. As your client surely knows, the field of spoked wheels is crowded with competitors. The '968 Patent is anticipated under 35 U.S.C. § 102, or would be obvious under 35 U.S.C. § 102 to a person skilled in the art, because there are many similar and identical products that were sold prior to the critical date of the patent, which was April 19, 2022. Below are just some examples:

1. V-TWIN MFG: https://www2.vtwinmfg.com/chrome-21-spoke-set-twirled-type-1.html;
2. BUCHANAN: https://www.buchananspokes.com/categories/design_spokes.asp; and,

3. RIDEWRIGHT: https://ridewrightwheels.com/collections/crosslaced-classics/products/spoke-motorcycle-wheels-1.

These products were available before the April 19, 2022 critical date for the '968 Patent. In fact, some these twisted spoke products were available in as early as 2010[1]. As such, the '968 Patent is invalid as being fully anticipated by the prior art.

The only purported distinction between these products and the '968 Patent appears to be the thickness of the spokes. That is not a patentable difference. It is black letter patent law that "**differences in measurements, or thickness of materials, or design of structures** such as here considered do not rise to invention, nor, likewise, do size and cost. To the lay eye and understanding there was no real improvement or advance beyond **physical requirements of the users** and this **did not constitute invention**." *See Application of Saether*, 492 F.2d 849, 855 (C.C.P.A. 1974) (emphasis added). Given the prevalence of twisted-spoke designs that predate the '968 Patent, the patent is invalid.

DNA has been in the spoke business for many years. It is impossible that it did not know of the existence of the relevant prior art. Yet DNA did not file an Information Disclosure Statement providing such prior art to the Patent Office when it filed its patent application. Failing to disclose the prior art of twisted spokes violated DNA's duty of disclosure contained in 37 C.F.R. § 1.56. The withheld prior art was material to patentability. If it had been disclosed, then it would have been clear to the Examiner that DNA's design was nothing more than a non-inventive change in thickness. As a consequence, DNA engaged in inequitable conduct that will serve as a compelling basis for an award of attorney fees to Sharkroad.

Even setting aside the invalidity and inequitable conduct issues, potential damages on DNA's design patent claim are limited because DNA does not mark its product with the patent number to provide statutory notice for damages. Pursuant to *Motorola, Inc. v. United States*, "35 U.S.C. 287 advises a patent owner to mark his patented article with a notice of his patent rights. Failure to do so **limits his recovery of damages to the period after the infringer receives notice of the infringement**." 729 F.2d 765, 768 (Fed. Cir. 1984) (emphasis added). Statutory marking request that the patentee affix "thereon the word 'patent' or the abbreviation 'pat.', together with the number of the patent, or . . . together with an address of a posting on the Internet . . . that associates the patented article with the number of the patent, or when, from the character of the article." 35 U.S.C.A. § 287.

Here, DNA's website only indicates that its products are "Patented" without identifying the patent number. *See, e.g.*, https://www.dnaspecialty.com/collections/mammoth-spoke-wheel/products/cali-fat-spoke-wheel. Sharkroad first learned of the *issued* patent when the

[1] https://www.jpcycles.com/product/v-twin-mfg-twisted-chrome-spokes-for-21-wheel?srsltid=AfmBOoob-0ZC7GQ5ZFCJ%20YZ4A2fzdO0dh0t5OGr5T7Q9xEaK%20_%20W-CTEpyJ&sku%20id=10247127&sku_id=10247127

complaint was *filed*. Thus, damages could not start accruing until after the complaint was filed. There have been no sales of the accused products since our client learned that a Complaint was filed. Therefore, there are zero damages available in this case. Zero.

Even if DNA were entitled to all damages from the date of issuance of the patent, SharkRoad's sale of the accused product after the August 5, 2025 are *de minimis,* totally about $6,000. Recovery of lost profits on $6,000 is trivial. Thus, even if proper notice of the patent number had been given, the *de minimis* damages cannot justify the cost of continued litigation.

**II. Second and Third Causes of Action — Wheel Trade Dress**

The trade dress claims concerning the "twisted" spokes and "52-spokes" fare no better. As you know, trade dress is enforceable only if it is protectable. Here, neither trade dress design are registered. Thus, DNA has the burden of proven the trade dress is protectable under the Lanham Act. The Ninth Circuit has made clear that "functional elements of trade dress cannot be protected." *See Fuddruckers, Inc. v. Doc's B.R. Others, Inc.*, 826 F.2d 837, 842 (9th Cir. 1987). Spokes for wheels—whether twisted or based on a specific spoke count—are determined by engineering considerations such as strength, weight, and airflow. Because these features are functional, they cannot be monopolized through trade dress.

Even looking beyond functionality, DNA has no plausible path of proving secondary meaning for the "twisted" spoke design because the complaint admits that the "twisted" design was not conceived, let alone marketed, until 2023. Secondary meaning could not have been developed in this short two-year period. That is why the pleadings offer only conclusory statements about secondary meaning and consciously omit any concrete evidence that consumers view "twisted" spokes as a source identifier for DNA. Failure to establish secondary meaning precludes any trade dress claim tied to that design. Thus, this claim will not likely survive a motion to dismiss, let alone summary judgment.

The same is true of the alleged "52-spokes" design. The spoke count itself is purely functional as the spokes provide structural support for the wheel. *See Fuddruckers, Inc., supra.* Critically, there is no evidence—again only conclusory allegations—that any marketing over the years was aimed at teaching consumers to recognize that the "52-spokes" design came only from DNA. A basic internet search will identify numerous third-party competitors selling wheels with the same number of spokes. Without design-specific proof of secondary meaning, and given that spoke count is itself functional, this claim also fails.

**III. Fourth Cause of Action — California Unfair Competition (Common Law)**

Finally, the California common law unfair competition claim rises and falls with the trademark claims. As the Southern District of California recently summarized, "The Ninth Circuit 'has consistently held that state common law claims of unfair competition and actions pursuant to

California Business and Professions Code § 17200 are “substantially congruent” to claims made under the Lanham Act.’” *Bratt v. Love Stories TV, Inc.*, 713 F. Supp. 3d 847, 863 (S.D. Cal. 2024) (*quoting Cleary v. News Corp.*, 30 F.3d 1255, 1263 (9th Cir. 1994)). Because the trade dress theories fail for functionality and lack of secondary meaning, the unfair competition claim necessarily fails as well.

**IV. Conclusion**

Based on the foregoing, DNA must dismiss the Litigation with prejudice, with each side bearing its own fees and costs. Please confirm no later than November 19, 2025 that DNA will file a dismissal with prejudice. If DNA declines, Sharkroad will seek appropriate relief to bring this matter to a close and will reserve all rights to pursue attorney’s fees based on the continued litigation of untenable claims.

Please feel free to call to discuss any questions you may have.

Sincerely,

TROJAN LAW OFFICES
by

*R. Joseph Trojan*

R. Joseph Trojan, Esq.

cc: Client

# Exhibit: "2"

DNA

# 2021 MOTORCYCLE CATALOG




CKETS - BILLET - TRADITIONAL - MAMMOTH - ROTORS - FRONT ENDS - TRIKE -



Sharkroad_000765

# READY, SET, RIDE

Dear DNA Valued Customer,

Thank you for the opportunity to introduce ourselves, DNA Specialty, an after-market parts manufacturer in the business for over 30 years. We own and operate factories that have allowed us to remain competitive in this ever-changing industry. Because of this we have continuously supplied top of the line after-market motorcycle and motocross products to leading industry dealers throughout the world. As a participating dealer, you will receive the opportunity to show your customers all our current wheel styles, front ends, and more.

Additionally, we can work with you to customize your own design on our billet wheels, as well as powder coating on spokes, rims, hubs, rotors, and pulleys for Mammoth and traditional spoke wheels. Browse through our Catalog to find your next custom set of wheels, from the bare essentials to the complete finished product. Thank you for your business and we look forward to working with you.

Sincerely,

DNA

# TABLE OF CONTENTS

## WHEELS


BILLET WHEELS 6
ALLOY WHEELS 28
MAMMOTH WHEELS 30
TRADITIONAL WHEELS 40


## PARTS


ROTORS 44
AIR CLEANERS 48
PULLEYS 52
SPROCKETS 56
BRAKES 60
SADDLE BAGS 64
EXHAUSTS 65
HEAD LIGHTS 66
HANDLE BARS 66
FENDER 67

# TRIKE PARTS


TIRKE AXLE 68
SWING ARM 69
TRIKE BODY KIT 70
TRIKE FENDER KIT 70
TRIKE WHEELS 71


# FRONT END


SPRINGER 72
SPRINGER ACCESORIES 76
FRONT ENDS 78
TRIPLE TREE 79


# INDIAN


ROTOR 80
EXHAUST 80
WHEELS 81


# BEARING


BEARING 82


# WARRANTY


DNA WARANTY 83



# BILLET

Each wheel is Machined from our own rotary forged billet blanks, in addition to our standard designs we will cut your custom designs, additional programming cost applies available in show chrome plated, contrast cut and our standard colors.

**Note:** Custom colors are available, see our policy. Complete your wheel set with matching pulleys, rotors and air cleaners.



Sharkroad_000769



# VICTORY

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000770



# NEO

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









# VIRUS

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000772



# GREED

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000773



# LUST

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000774



# ENVY

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000775



# STORM

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000776



# EGO

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









# BEAST

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000778



# SAINT

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000779



# SS2

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000780



# CRYSTAL

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000781



# EDGE

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000782



# VADER

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









# RAVE

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000784



# ICON

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









# SMOOTHIE

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000786



# THIRTEEN

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000787



# VISION

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

| | |
|---|---|
| CANDY RED | GOLD |
| CANDY BLUE | BLACK |
| CANDY COPPER | WHITE |
| CUSTOM | |









Sharkroad_000788



# ENFORCER

**AVAILABLE SIZES:**
21 x 3.5

**AVAILABLE IN:**
CHROME
BLACK
MACHINE BLACK









Sharkroad_000789



# RISE

**AVAILABLE SIZES:**

16 x 3.5 18 x 5.5 21 x 3.25 23 x 3.75

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM







# BLANK



OUR BLANKS ARE ROTARY FORGED **6061-T6**
MEETS **TRA** AND **DOT** STANDARD
MACHINE AND POLISHED

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

POLISHED
MACHINE








HARLEY-DAVIDSON
MOTORCYCLES



# MAMMOTH

Mammoth 52's are assembled to order in the USA by experienced wheel smoths. Reatures 3/8" Stainless steel spokes, Billet hub and Steel rim. Choose from designer spokes and colors. All wheels are sealed for tube less tires.

**1YEAR WARRANTY ON CHROME AND WORKMANSHIP**



# TWISTED



**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT








Sharkroad_000794

# SMOOTH





**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









Sharkroad_000795



# DIAMOND



**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 23 x 3.75 |
| 16 x 5.5 | 18 x 8.5 | 26 x 3.75 |
| 18 x 3.5 | 21 x 2.15 | |
| 18 x 4.25 | 21 x 3.25 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









# SMOOTHLIP

## TRIPLE CHROME BILLET RIM MADE FROM 6061-T6 GRADE ALUMINUM

**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 23 x 3.75 |
| 16 x 5.5 | 18 x 8.5 | 26 x 3.75 |
| 18 x 3.5 | 21 x 2.15 | |
| 18 x 4.25 | 21 x 3.25 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









# CRYSTAL



**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









Sharkroad_000798

# FAT 52



## THE FAT SPOKE YOU ALWAYS WANTED AT AN AFFORABLE PRICE

**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 26 x 3.75 |
| 16 x 5.5 | 21 x 2.15 | |
| 18 x 3.5 | 21 x 3.25 | |
| 18 x 4.25 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









# FAT 40

IF 52 IS A LITTLE TOO BUSY FOR YOUR TASTE OUR **FAT 40** MAY FIT THE BILL. QUALITY IS IDENTICAL TO OUR PRESTIGIOUS MAMMOTH LINE

**AVAILABLE SIZES:**

16 x 3.5
16 x 5.5
18 x 3.5
18 x 4.25
18 x 5.5
21 x 2.15
21 x 3.25
23 x 3.75
26 x 3.75

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









Sharkroad_000800

# NOVA

A unique crossed laced fat 40 spoke wheel, designed and sold only by DNA Specialty.
Features 40 massive stainless steel spokes, a billet hub and a steel rim.

NOVA FAT SPOKE WHEEL IS PATENT PENDING AND IS THE ONLY CROSS LACED FAT SPOKE WHEEL OUT IN THE MARKET

Mounting  and balance of tires available





Sharkroad_000801



# NOVA



**AVAILABLE SIZES:**

| | | |
|---|---|---|
| 16 x 3.5 | 18 x 5.5 | 26 x 3.75 |
| 16 x 5.5 | 18 x 8.5 | |
| 18 x 3.5 | 21 x 3.25 | |
| 18 x 4.25 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CUSTOM POWDERCOAT









Sharkroad_000802

# TRADITIONAL






Sharkroad_000803



# SMOOTH

| AVAILABLE SIZES: | | | | | AVAILABLE IN: |
|---|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 | CHROME |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 | BLACK |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | | CONTRAST |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | | CUSTOM POWDERCOAT |









Sharkroad_000804



# DIAMOND

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT









# TWISTED

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT









Sharkroad_000806

# ROTORS



## RISE



M-RT-2122 ( 11.5 FRONT )
M-RT-2126 ( 11.8 FRONT )
M-RT-2124R ( 11.5 REAR RIGHT )
M-RT-2124L ( 11.5 REAR LEFT )
M-RT-2128R ( 11.8 REAR RIGHT )
M-RT-2128L ( 11.8 REAR LEFT )

## VIRUS



M-RT- 2181 ( 11.8 FRONT )
M-RT- 2183 ( 11.8 REAR )
M-RT- 2185 ( 11.8 FRONT )
M-RT- 2187 ( 11.8 REAR )
M-RT- 2188 ( 13 FRONT )

## NEO



M-RT-2150 ( 11.5 FRONT )
M-RT-2152 ( 11.8 FRONT )
M-RT2151R ( 11.5 REAR RIGHT )
M-RT2151L ( 11.5 REAR LEFT )
M-RT-2153R ( 11.8 FRONT RIGHT )
M-RT-2153L ( 11.8 REAR LEFT )

## GREED / LUST



M-RT-2134 ( 11.5 FRONT )
M-RT-2136 ( 11.5 REAR )
M-RT-2135 ( 11.8 FRONT )
M-RT-2133 ( 11.8 REAR )



Sharkroad_000807

## STORM



| | | | |
|---|---|---|---|
| M-RT-2308R | ( 11.5 FRONT ) | M-RT-2308L | ( 11.5 FRONT ) |
| M-RT-2309R | ( 11.8 FRONT ) | M-RT-2309L | ( 11.8 FRONT ) |
| M-RT-2310R | ( 11.5 REAR ) | M-RT-2310L | ( 11.5 REAR ) |
| M-RT-2311R | ( 11.8 REAR ) | M-RT-2311L | ( 11.8 REAR ) |

## EGO



| | | | |
|---|---|---|---|
| M-RT-2122 | ( 11.5 FRONT ) | M-RT-2126 | ( 11.8 FRONT ) |
| M-RT-2124 | ( 11.5 REAR ) | M-RT-2128 | ( 11.8 REAR ) |

## VISION



| | | | |
|---|---|---|---|
| M-RT-2122 | ( 11.5 FRONT ) | M-RT-2126 | ( 11.8 FRONT ) |
| M-RT-2124 | ( 11.5 REAR ) | M-RT-2128 | ( 11.8 REAR ) |

## SAINT / SS2



| | | | |
|---|---|---|---|
| M-RT-2100 | ( 11.5 FRONT ) | M-RT-1100 | ( 11.8 FRONT ) |
| M-RT-2102 | ( 11.5 REAR ) | M-RT-1102 | ( 11.8 REAR ) |
| | | M-RT-1300 | ( 13 FRONT ) |

## BEAST



| | | | |
|---|---|---|---|
| M-RT-2114 | ( 11.5 FRONT ) | M-RT-2118 | ( 11.8 FRONT ) |
| M-RT-2116 | ( 11.5 REAR | M-RT-2120 | ( 11.8 REAR ) |

## ENVY



| | | | |
|---|---|---|---|
| M-RT-2202 | ( 11.5 FRONT ) | M-RT-2203 | ( 11.8 FRONT ) |
| M-RT-2204 | ( 11.5 REAR ) | M-RT-2205 | ( 11.8 REAR ) |



Sharkroad_000808

## CRYSTAL



| | | | |
|---|---|---|---|
| M-RT-2304 | ( 11.5 FRONT ) | M-RT-2303 | ( 11.8 FRONT ) |
| M-RT-2306 | ( 11.5 REAR ) | M-RT-2305 | ( 11.8 REAR ) |

## VICTORY / VADER



| | | | |
|---|---|---|---|
| M-RT-3052U | ( 11.5 FRONT ) | M-RT-3064 | ( 11.8 FRONT ) |
| M-RT-3053U | ( 11.5 REAR ) | M-RT-3065 | ( 11.8 REAR ) |
| | | M-RT-1309 | ( 13 FRONT ) |

## ICON



| | | | |
|---|---|---|---|
| M-RT-2316 | ( 11.5 FRONT ) | M-RT-2317 | ( 11.8 FRONT ) |
| M-RT-2318 | ( 11.5 REAR ) | M-RT-2319 | ( 11.8 REAR ) |

## RAVE



| | | | |
|---|---|---|---|
| M-RT-2185 | ( 11.5 FRONT ) | M-RT-2181 | ( 11.8 FRONT ) |
| M-RT-2187 | ( 11.5 REAR ) | M-RT-2183 | ( 11.8 REAR ) |
| | | M-RT-2188 | ( 13 FRONT ) |

## THIRTEEN



| | | | |
|---|---|---|---|
| M-RT-3060 | ( 11.5 FRONT ) | M-RT-3061 | ( 11.8 FRONT ) |
| M-RT-3062 | ( 11.5 REAR ) | M-RT-3063 | ( 11.8 REAR ) |

## EDGE



| | | | |
|---|---|---|---|
| M-RT-2232 | ( 11.5 FRONT ) | M-RT-2172 | ( 11.8 FRONT ) |
| M-RT-2170 | ( 11.5 REAR ) | M-RT-2173 | ( 11.8 REAR ) |



Sharkroad_000809

## SMOOTHIE / BLANKS



M-RT-4015A ( 11.5 FRONT )
M-RT-4016 ( 11.5 REAR )
M-RT-4040 ( 11.8 FRONT )
M-RT-4042 ( 11.8 REAR )
M-RT-4044 ( 13 FRONT )

## ENFORCER



M-RT-EN200 ( 11.8 )

## ENFORCER BOLT



M-AC-1012 ( INSERT / 5PCS )



M-AC-1013 ( WAVE WASHE / 5PCS )



M-AC-1014 ( BOLT / 5PCS )

## MESH



M-RT-2160 ( 11.5 FRONT )
M-RT-2162 ( 11.5 REAR )
M-RT-1160 ( 11.8 FRONT )
M-RT-1162 ( 11.8 REAR )

## OEM



M-RT-1034 ( FRONT 11.5 )
M-RT-1036 ( REAR 11.5 )

## ROTOR BOLT



NOTE: STAINLESS STEEL

M-AC-1008 ( FRONT 5pc )
M-AC-1010 ( REAR 5pc )



Sharkroad_000810

# AIR CLEANERS

increased air flow, better fuel efficiency, & more horse-power. Includes black intake system w/ filter, breather support brackets including internal breathers, and all hardware necessary for installation. Made from 6061-T6 billet aluminum & Includes washable filter



## RISE



M-AF-2210 ( CHROME) M-AF-2210B ( BLACK )

## NEO



M-AF-2212 ( CHROME) M-AF-2212B ( BLACK )

## GREED



M-AF-2208 ( CHROME) M-AF-2208B ( BLACK )

## ENVY/LUST



M-AF-2202 ( CHROME) M-AF-2202B ( BLACK )

## VIRUS



M-AF-2310 ( CHROME ) M-AF-2310B ( BLACK )

## VICTORY



M-AF-3002 ( CHROME ) M-AF-3002B ( BLACK )

## STORM



M-AF-2309 ( CHROME ) M-AF-2309B ( BLACK )

## THREAT



M-AF-2300 ( CHROME ) M-AF-2300B ( BLACK )

## CRYSTAL



M-AF-2312 ( CHROME ) M-AF-2312B ( BLACK )

## BEAST



M-AF-2114 ( CHROME ) M-AF-2114B ( BLACK )



Sharkroad_000812

## SAINT/SS2



M-AF-2200 ( CHROME) M-AF-2200B ( BLACK )

## C2



M-AF-2190 ( CHROME) M-AF-2190B ( BLACK )

## ICON



M-AF-2204 ( CHROME) M-AF-2204B ( BLACK )

## VADER



M-AF-3004 ( CHROME) M-AF-3004B ( BLACK )

## THIRTEEN



M-AF-3060 ( CHROME) M-AF-3060B ( BLACK )

## SMOOTHIE / BLANK



M-AF-4000 ( CHROME) M-AF-4000B ( BLACK )



Sharkroad_000813

## EDGE



M-AF-2206 ( CHROME) M-AF-2206B ( BLACK )

## KONE



M-AF-2010 ( CHROME ) M-AF-2010BK ( BLACK )

## CV CARBS BREATHER BRACKET



M-BB-2002 ( CV CARBS BREATHER BRACKET, CHROME )
M-BB-2002B ( CV CARBS BREATHER RACKET, BLACK )
M-BB-2004 ( EFI FLY BY WIRE, BIG TWIN, BREATHER BRACKET, CHROME )
M-BB-2004B ( EFI FLY BY WIRE, BIG TWIN, BREATHER BRACKET , BLACK )

## RAVE



M-AF-2206 ( CHROME) M-AF-2206B ( BLACK )

## VERTEX



M-AF-2020 ( CHROME ) M-AF-2020BK ( BLACK )

## SPORTSTER BREATHER BRACKET



M-BB-2000 ( SPORTSTER BREATHER SUPPORT BRACKET, CHROME )
M-BB-2000BK ( SPORTSTER BREATHER SUPPORT BRACKET, BLACK )


Sharkroad_000814

# PULLEYS



## RISE



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0228 | M-PL-0228B | [ 66 TH X 1" ] |
| M-PL-0229 | M-PL-0229B | [ 70 TH X 1-1/8" ] |
| M-PL-0230 | M-PL-0230B | [ 72 TH X 1-1/2" ] |
| M-PL-0232 | M-PL-0232B | [ 65 TH X 1-1/8" ] |
| M-PL-0234 | M-PL-0234B | [ 65 TH X 1-1/2" ] |

## VIRUS



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0146 | M-PL- 0146B | [ 66TH x 20MM ] |
| M-PL- 0148 | M-PL- 0148B | [ 65 TH X 1-1/8" ] |
| M-PL- 0149 | M-PL- 0149B | [ 65 TH X 1-1/2" ] |
| M-PL- 0150 | M-PL- 0150B | [ 70 TH X 1-1/8" ] |
| M-PL- 0151 | M-PL- 0151B | [ 70 TH X 1-1/2" ] |
| M-PL- 0152 | M-PL- 0152B | [ 66 TH X 1" ] |

## NEO



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0244 | M-PL 0244B | [ 60 TH X 1" ] |
| M-PL 0246 | M-PL-0246B | [ 70 TH X 1-1/8" ] |
| M-PL-0248 | M-PL-0248B | [ 72 TH X 1-1/2" ] |
| M-PL-0250 | M-PL-0250B | [ 65 TH X 1-1/8" ] |
| M-PL-0252 | M-PL-0252B | [ 65 TH X 1-1/2" ] |

## GREED



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0216 | M-PL-0216B | [ 65 TH X 1-1/2" ] |
| M-PL-0218 | M-PL-0218B | [ 70 TH X 1-1/2" ] |
| M-PL-0220 | M-PL-0220B | [ 65 TH X 1-1/8" ] |
| M-PL-0222 | M-PL-0222B | [ 70 TH X 1-1/8" ] |
| M-PL-0224 | M-PL-0224B | [ 66 TH X 1" ] |
| M-PL-0226 | M-PL-0226B | [ 68 TH X 1" ] |

## LUST



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0280 | M-PL-0280B | [ 70 TH X 1-1/2" ] |
| M-PL-0281 | M-PL-0 281B | [ 70 TH X 1-1/8" ] |
| M-PL-0282 | M-PL-0282B | [ 65 TH X 1-1/2" ] |
| M-PL-0283 | M-PL-0283B | [ 65 TH X 1-1/8" ] |
| M-PL-0284 | M-PL-0284B | [ 66 TH X 1" ] |
| M-PL-0285 | M-PL-0285B | [ 68 TH X 1" ] |

## STORM



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0430R | M-PL-0430L | [ 70 TH X 1-1/8" ] |
| M-PL-0432R | M-PL-0432L | [ 70 TH X 1-1/2" ] |
| M-PL-0434R | M-PL-0434L | [ 65 TH X 1-1/2" ] |
| M-PL-0436R | M-PL-0436L | [ 65 TH X 1-1/8" ] |
| M-PL-0438R | M-PL-0438L | [ 66 TH X 1" ] |
| M-PL-0439R | M-PL-0439L | [ 66 TH X 1" ] |

## THREAT



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0410 | M-PL-0410B | [ 70 TH X 1-1/8" ] |
| M-PL-0412 | M-PL-0412B | [ 70 TH X 1-1/2" ] |
| M-PL-0414 | M-PL-0414B | [ 65 TH X 1-1/8" ] |
| M-PL-0415 | M-PL-0415B | [ 68 TH X 1" ] |
| M-PL-0416 | M-PL-0416B | [ 65 TH X 1-1/2" ] |
| M-PL-0418 | M-PL-0418B | [ 66TH X 1" ] |

## VICTORY



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-4054 | M-PL-4054B | [70 TH X 1-1/8"] |
| M-PL-4055 | M-PL-4055B | [ 70 TH X 1-1/8" ] |
| M-PL-4056 | M-PL-4056B | [ 70 TH X 1-1/2" ] |
| M-PL-4057 | M-PL-4057B | [ 65 TH X 1-1/8" ] |
| M-PL-4058 | M-PL-4058B | [ 66 TH X 1" ] |
| M-PL-4059 | M-PL-4059B | [ 65 TH X 1-1/2" ] |
| M-PL-4060 | M-PL-4060B | [ 66 TH X 20MM ] |
| M-PL-4061 | M-PL-4061B | [ 70 TH X 1-1/8" ] |

## ENVY



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0267 | M-PL-0267B | [ 66 TH X 1" ] |
| M-PL-0268 | M-PL-0268B | [ 70 TH X 1-1/2" ] |
| M-PL-0269 | M-PL-0269B | [ 70 TH X 1-1/8" ] |
| M-PL-0270 | M-PL-0270B | [ 65 TH X 1-1/2" ] |
| M-PL-0271 | M-PL-0271B | [ 65 TH X 1-1/8" ] |
| M-PL-0272 | M-PL-0272B | [ 68 TH X 1" ] |
| M-PL-0273 | M-PL-0273B | [ 66 TH X 20MM ] |

## SAINT



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0470 | M-PL- 0470B | [ 66TH X 1" ] |
| M-PL- 0471 | M-PL- 0471B | [ 65TH X 1-1/2" ] |
| M-PL- 0472 | M-PL- 0472B | [ 65TH X 1-1/8" ] |
| M-PL- 0473 | M-PL- 0473B | [ 70TH X 1-1/2" ] |
| M-PL-0474 | M-PL-0474B | [ 70TH X 1-1/8" ] |



Sharkroad_000816

## C2



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0148 | M-PL- 0148B | [ 65 TH X 1-1/8" ] |
| M-PL- 0149 | M-PL- 0149B | [ 65 TH X 1-1/2" ] |
| M-PL- 0150 | M-PL- 0150B | [ 70 TH X 1-1/8" ] |
| M-PL- 0151 | M-PL- 0151B | [ 70 TH X 1-1/2" ] |
| M-PL- 0152 | M-PL- 0152B | [ 66 TH X 1" ] |

## RAVE



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0153 | M-PL-0153B | [ 70 TH X 1-1/8" ] |
| M-PL-0154 | M-PL-0154B | [ 70 TH X 1-1/2" ] |
| M-PL-0156 | M-PL-0156B | [ 66 TH X 1" ] |
| M-PL-0158 | M-PL-0158B | [ 65 TH X 1-1/8" ] |
| M-PL-0159 | M-PL-0159B | [ 65 TH X 1-1/2" ] |

## THIRTEEN



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0228 | M-PL-0228B | [ 66 TH X 1" ] |
| M-PL-0229 | M-PL-0229B | [ 70 TH X 1-1/8" ] |
| M-PL-0230 | M-PL-0230B | [ 72 TH X 1-1/2" ] |
| M-PL-0232 | M-PL-0232B | [ 65 TH X 1-1/8" ] |
| M-PL-0234 | M-PL-0234B | [ 65 TH X 1-1/2" ] |

## VADER



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL- 0183 | M-PL- 0183 | [ 66TH X 1-1/8" ] |
| M-PL- 0184 | M-PL- 0184B | [ 66TH X 1" ] |
| M-PL- 0185 | M-PL- 0185B | [ 70 X 1-1/8" ] |
| M-PL- 0186 | M-PL- 0186B | [ 70 X 1-1/2" ] |
| M-PL- 0187 | M-PL- 0187B | [ 65 X 1-1/2" ] |

## BEAST



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0450 | M-PL-0450B | [ 65 TH X 1-1/2" ] |
| M-PL-0451 | M-PL-0451B | [ 66 TH X 20MM ] |
| M-PL-0452 | M-PL-0452B | [ 66 TH X 1" ] |
| M-PL-0454 | M-PL-0454B | [ 70 TH X 1-1/2" ] |
| M-PL-0456 | M-PL-0456B | [ 65 TH X 1-1/8" ] |
| M-PL-0458 | M-PL-0458B | [ 68 TH X 1" ] |
| M-PL-0460 | M-PL-0460B | [ 70 TH X 1-1/8" ] |

## CRYSTAL



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0420 | M-PL-0420B | [ 70 TH X 1-1/8" ] |
| M-PL-0422 | M-PL-0422B | [ 70 TH X 1-1/2" ] |
| M-PL-0424 | M-PL-0424B | [ 65 TH X 1-1/8" ] |
| M-PL-0426 | M-PL-0426B | [ 68 TH X 1" ] |
| M-PL-0427 | M-PL-0427B | [ 65 TH X 1-1/2" ] |
| M-PL-0428 | M-PL-0428B | [ 66 TH X 1" ] |
| M-PL-0429 | M-PL-0429B | [ 67 TH X 20MM ] |



Sharkroad_000817

## SS2



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0165 | M-PL-0165B | [ 65 TH X 1-1/2" ] |
| M-PL-0166 | M-PL-0166B | [ 66 TH X 1" ] |
| M-PL-0167 | M-PL-0167B | [ 66 TH X 20MM ] |
| M-PL-0168 | M-PL-0168B | [ 68 TH X 1" ] |
| M-PL-0170 | M-PL-0170B | [ 70 TH X 1-1/2" ] |
| M-PL-0172 | M-PL-0172B | [ 68 TH X 1" ] |
| M-PL-0174 | M-PL-0174B | [ 65 TH X 1-1/8" ] |
| M-PL-0178 | M-PL-0178B | [ 70 TH X 1-1/8" ] |

## ICON



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0440 | M-PL-0440B | [ 70TH X 1-1/8" ] |
| M-PL-0442 | M-PL-0442B | [ 70TH X 1-1/2" ] |
| M-PL-0444 | M-PL-0444B | [ 65TH X 1-1/8" ] |
| M-PL-0446 | M-PL-0446B | [ 65TH X 1-1/2" ] |
| M-PL-0447 | M-PL-0447B | [ 66TH X 20MM ] |
| M-PL-0448 | M-PL-0448B | [ 66TH X 1" ] |
| M-PL-0449 | M-PL-0449B | [ 68TH X 1" ] |

## SMOOTHIE/ BLANK



| CHROME | BLACK | SIZE |
|---|---|---|
| M-PL-0065 | M-PL-0065B | [ 65 TH X 1-1/2" ] |
| M-PL-0066 | M-PL-0066B | [ 66 TH X 1" ] |
| M-PL-0068 | M-PL-0068B | [ 68 TH X 1" ] |
| M-PL-0070 | M-PL-0070B | [ 70 TH X 1-1/2" ] |
| M-PL-0074 | M-PL-0074B | [ 65 TH X 1-1/8" ] |
| M-PL-0078 | | |

## MESH



| CHROME | SIZE |
|---|---|
| M-PL-0200 | [ 65TH X 1-1/2" ] |
| M-PL-0201 | [ 66TH X 1" ] |
| M-PL-0202 | [ 70TH X 1-1/2" ] |
| M-PL-0204 | [ 65TH X 1-1/8" ] |
| M-PL-0206 | [ 70TH X 1-1/8" ] |

## SS CUSH



| CHROME | SIZE |
|---|---|
| M-PL-0172 | [ 68TH Kit ] |

## TRIKE AXLE



| CHROME | SIZE |
|---|---|
| M-PL-4050 | [ 70 TH X 1/8" ] |
| M-PL-4052 | [ 70 TH X 1/2" ] |


Sharkroad_000818

# SPROCKETS



## RISE



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6008 | ( 51 TH ) | M-SPR-6008B | ( 51 TH ) |
| M-SPR-6009 | ( 48 TH ) | M-SPR-6009B | ( 48 TH ) |

## NEO



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6004 | ( 51 TH ) | M-SPR-6004B | ( 51 TH ) |
| M-SPR-6005 | ( 48 TH ) | M-SPR-6005B | ( 48 TH ) |



Sharkroad_000819

## VIRUS



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR- 3022 | ( 51 TH ) | M-SPR- 3022B | ( 51 TH ) |
| M-SPR- 3021 | ( 48 TH ) | M-SPR- 3021B | ( 48 TH ) |

## LUST



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6010 | ( 51 TH ) | M-SPR-6010B | ( 51 TH ) |
| M-SPR-6011 | ( 48 TH ) | M-SPR-6011B | ( 48 TH ) |

## THREAT



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-4027 | ( 51 TH ) | M-SPR-4027B | ( 51 TH ) |
| M-SPR-4028 | ( 48 TH ) | M-SPR-4028B | ( 48 TH ) |

## GREED



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6000 | ( 51 TH ) | M-SPR-6000B | ( 51 TH ) |
| M-SPR-6001 | ( 48 TH ) | M-SPR-6001B | ( 48 TH ) |

## ENVY



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6012 | ( 51 TH ) | M-SPR-6012B | ( 51 TH ) |
| M-SPR-6013 | ( 48 TH ) | M-SPR-6013B | ( 48 TH ) |

## VICTORY



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6035 | ( 51 TH ) | M-SPR-6035B | ( 51 TH ) |
| M-SPR-6034 | ( 48 TH ) | M-SPR-6034B | ( 48 TH ) |



Sharkroad_000820

## STORM



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6021 | ( 51 TH ) | M-SPR-6021B | ( 51 TH ) |
| M-SPR-6020 | ( 48 TH ) | M-SPR-6020B | ( 48 TH ) |

## BEAST



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6030 | ( 51 TH ) | M-SPR-6030B | ( 51 TH ) |
| M-SPR-6032 | ( 48 TH ) | M-SPR-6032B | ( 48 TH ) |

## SS2



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-3002 | ( 51 TH ) | M-SPR-3002B | ( 51 TH ) |
| M-SPR-3000 | ( 48 TH ) | M-SPR-3000B | ( 48 TH ) |

## SAINT



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR- 3025 | ( 51 TH ) | M-SPR- 3025B | ( 51 TH ) |
| M-SPR- 3024 | ( 48 TH ) | M-SPR- 3024B | ( 48 TH ) |

## CRYSTAL



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6019 | ( 51 TH ) | M-SPR-6019B | ( 51 TH ) |
| M-SPR-6018 | ( 48 TH ) | M-SPR-6018B | ( 48 TH ) |

## VADER



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6027 | ( 51 TH ) | M-SPR-6027B | ( 51 TH ) |
| M-SPR-6026 | ( 48 TH ) | M-SPR-6026B | ( 48 TH ) |



Sharkroad_000821

## C2



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6014 | [ 51 TH ] | M-SPR-6014B | [ 51 TH ] |
| M-SPR-6015 | [ 48 TH ] | M-SPR-6015B | [ 48 TH ] |

## RAVE



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-3020 | [ 51 TH ] | M-SPR-3020B | [ 51 TH ] |
| M-SPR-3019 | [ 48 TH ] | M-SPR-3019B | [ 48 TH ] |

## SMOOTHIE



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-1006 | [ 51 TH ] | M-SPR-1006B | [ 51 TH ] |
| M-SPR-1008 | [ 48 TH ] | M-SPR-1008B | [ 48 TH ] |

## ICON



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6024 | [ 51 TH ] | M-SPR-6024B | [ 51 TH ] |
| M-SPR-6025 | [ 48 TH ] | M-SPR-6025B | [ 48 TH ] |

## THIRTEEN



| CHROME | | BLACK | |
|---|---|---|---|
| M-SPR-6002 | [ 51 TH ] | M-SPR-6002B | [ 51 TH ] |
| M-SPR-6003 | [ 48 TH ] | M-SPR-6003B | [ 48 TH ] |

## TRIKE AXLE



M-SPR-7000 [ 51 TH ]



Sharkroad_000822

# BRAKES





Sharkroad_000823

## REAR BRAKE

[ Brake Caliper 4 Piston Rear ]
M-BC-1004 [ CHROME ]
M-BC-1004B [ BLACK ]



## SPINGER BRAKE KIT

M-BC-2000 [ CHROME ]
M-BC-2000L [ LEFT, CHROME ]
M-BC-2000B [ BLACK ]
M-BC-2000LBK [ LEFT, BLACK ]



## BRAKE REPLACMENT PAD

M-BC-1012 [ 4 PISTON PAD SET ]
M-BC-1014 [ 2 PISTON PAD SET ]



## FRONT BRAKE

[ Brake Caliper 4 Pistons Front ]
M-BC-1002 [ CHROME ]
M-BC-1002B [ BLACK ]



## CALIPER

[ 4 Piston w/ Pads Only ]
M-BC-1006 [ CHROME ]
M-BC-1006BK [ BLACK ]



## SPROCKSTER BRAKE PADS

M-BC-4010 [ REPLACEMENT PAD SET - 2 PCS]




Sharkroad_000824

## BLANK BRAKERSTER

M-BC-3020 ( BLANK BRAKESTER - 65 TH X 1-1/2" )
M-BC-3022 ( BLANK BRAKESTER - 70 TH X 1-1/2" )
M-BC-3024 ( BLANK BRAKESTER - 65 TH X 1-1/8" )
M-BC-3026 ( BLANK BRAKESTER - 70 TH X 1-1/8" )

## SS BRAKESTER

M-BC-3000 ( 65 TH X 1-1/8 " )
M-BC-3002 ( 70 TH X 1-1/8 " )
M-BC-3004 ( 65 TH X 1-1/2" )
M-BC-3006 ( 70 TH X 1-1/2 " )

## BRAKESTER REPLACEMENT RING

M-BC-3014 ( REPLACEMENT RING , 70 TH SET )
M-BC-3015 ( REPLACEMENT RING , 65 TH SET )



NOTE: 4 Piston Brake, Fits Softail and Rigid Models 84/99 and most Custom Bikes 3/4" or 1" Axle Mounted Pulley included.

## SUPER SPOKE SPROCKSTER

M-BC-4000 ( 48 TH KIT )
M-BC-4002 ( 51 TH KIT )

4 Piston Brake, Fits Softail and Rigid Models 84/99 and Most Custom Models 3/4" or 1"Axle Mounted Sprocket Included.



## MESH SPROCKSTER

M-BC-4020 ( MESH SPROTOR, 48 TH KIT )
M-BC-4022 ( MESH SPROTOR, 51 TH KIT )

Kit comes complete with mounting hardware and weld-on frame tab.



## SS SPROCKSTER REPLACEMENT

M-SPR-3016 ( 48 TH )
M-SPR-3018 ( 51 TH )



## MESH SPROCKSTER REPLACEMENT

M-BC-3004 ( MESH SPROTOR, 48 TH KIT )
M-BC-3006 ( MESH SPROTOR, 51 TH KIT )




Sharkroad_000826

# SADDLE BAGS & EXHAUSTS

PAINTED IN VIVID BLACK, 5" STRETCHED BAGS WITH A NEW STUNNING STYLE. CUSTOM ANGLED DESIGNED FOR BETTER FIT. COMES WITH NEW STYLE HARLEY BAGGER LATCHES & LOCKS. FITS 1993 - 2018 MODELS.





## ABS PLASTIC EXTENDED SADDLE BAG SET

M-SB-1505 DOUBLE SIDED CUT-OUT
( SADDLE BAGS TOURING SET 92'-12' RAW )

# MEGAPHONE

M-TP-1004 (CHROME)
M-TP-1004BK (BLACK)

Fits All Touring Models (1995-2007)
29" Long, I.D. 11/2", O.D. 4"



# FISHTAIL

M-TP-1006 (CHROME)
M-TP-1006BK (BLACK)

Fits All Touring Models (1995-Present)
32" Long I.D. 7/8" O.D. 2.5"-6" Fin.



# SPORSTER EXHAUST

M-TP-1012 (CHROME)
M-TP-1012B (BLACK)



# BARS
# FENDER
# HEADLIGHTS



## MONSTER BARS

Our Massive 1 ½" diameter ape hangers are available from 12-18" tall measure 35" wide and 11" bottom width with a 6" pull back. Mounting diameter is 1" available in show chrome or black.



| CHROME | | BLACK | | |
|---|---|---|---|---|
| M-HB-3002 | [ MONSTER APES 12" RISE OEM ] | M-HB-3002BK | [ MONSTER APES 12"RISE OEM ] | • Overall Width: 43.5" |
| M-HB-3004 | [ MONSTER APES 14" RISE OEM ] | M-HB-3004BK | [ MONSTER APES 14"RISE OEM ] | • Pullback:7.0" |
| M-HB-3006 | [ MONSTER APES 16" RISE OEM ] | M-HB-3006BK | [ MONSTER APES 16"RISE OEM ] | • Rise: 12.0"-18.0" |
| M-HB-3008 | [ MONSTER APES 18" RISE ] | M-HB-3008BK | [ MONSTER APES 18" RISE ] | • Outer Length: 11" |
| | | | | • Clamp:5.500" |
| M-HB-4002 | [ MONSTER APES 12" RISE ] | M-HB-4002BK | [ MONSTER APES 12" RISE ] | • Overall Width: 43.5" |
| M-HB-4004 | [ MONSTER APES 14" RISE ] | M-HB-4002BK | [ MONSTER APES 14" RISE ] | • Pullback:7.0" |
| M-HB-4006 | [ MONSTER APES 16" RISE ] | M-HB-4006BK | [ MONSTER APES 16" RISE ] | • Rise: 12.0"-18.0" |
| M-HB-4008 | [ MONSTER APES 18" RISE ] | M-HB-4008BK | [ MONSTER APES 18" RISE ] | • Outer Length: 16" |
| | | | | • Clamp:5.500" |

Note: will not fit Streetglide or Electraglide models.

## TOURING FLH FLOORBOARD KIT



M-FC-2000 [ CHROME ]
M-FB-2002B [ BLACK ]

## 7" L.E.D. LIGHT MOUTING BRACKET

M-HB-2000 (07-BELLOW)



- Black Die-Cast Aluminum Profile,Clear Hard Coated Pc Lens
- 7" Round Seal-Beam,Black Inner Bezel
- 12Pcs*High Power 5W Osram Led(Pure White 6000K)

## 4.5" L.E.D. SPOTLIGHT SET

HL-2002B (BLACK) HL-2002C (CHROME)




- Fits Harley Davidson's 1997-2015
- High Grade Pc Cover
- White Halo Ring

## 7" L.E.D. SPOTLIGHT SET

M-HL-2000B (BLACK) M-HL-2000C (CHROME)



- Heavy Duty Aluminum
- D-Shape & Round Projector Lens

Technical Specification : Power: 60W, Working Voltage: Dc 10~30V.

**NOTE**: DNA's triple chrome plated 1 ¼" and the new 1 ½ Monster bars are as good as it gets. All bars include the notch for Fly by Wire & large internal wire holes for easy install.

## WRAP AROUND FENDER

M-FD-2000 • Non- Drilled • Steel Gauge:12
• Fits 21"X 3.5" • 23"X3 1/2", •26"X3.5"



## REAR FENDER

M-FD-2010 (1998-2008) M-FD-2012 (2009-2018)



## OEM FRONT FENDER

M-FD-3006 FITS 23" x 3.5 + 26" x 3.5



NOTE: DNA's superior 12 gauge front fenders are produced with heavy sidewalls and have a smooth raw finish ready for primer and paint.



Sharkroad_000830

# TRIKE AXLE

DNA's durable Trike axles and Swingarms are in high demand due to its high quality materials, workmanship and an easy to install rear end. The axles are available in 3 types of drives, 70 tooth by 1-1/2" pulley for early 84-99 models, 70 tooth by 1-1/8 pulley for later 2000 up models and a 51 tooth chain for everything in between. Axles are complete with hardware, 2 piston calipers & rotors and our hubs have a universal 5 hole lug pattern.





Sharkroad_000831

## TRIKE AXLE





M-AX-2000 [ Belt Drive 70 TH X 1-1/8" 2 Piston ]
M-AX-2002 [ 51 TH, Chain Drive Trike Axle /2 Piston ]
M-AX-2004 [ Belt Drive / 70 TH X1 1/8 Trike Axle 4P ]
M-AX-2006 [ 51 TH, Chain Drive Axle 4P ]
M-AX-2007 [ Belt Drive / 70 TH X1 1/2 Trike Axle 2P ]

## TRIKE FENER



## TRIKE FENDER BRACKET KIT

M-AX-3101 [ 2PC ]



## TRIKE BODY KIT

M-SA-2004 ( 1993-2001 )
M-SA-2006 ( 2002-2008 )

OTHER INFO: Hand laid fiberglass & reinforced structurally, gel coated & ready for paint (minimal body work required)

Kit includes:

- Body
- Left & right fenders and trunk door
- Trunk door internal hinges
- Accepts most Tri-Glide parts.
- Fits all models (mounting bracket sold separately)
- Accepts Tour Pack.





Sharkroad_000832

# SWINGARM

Our swingarms are designed to bolt directly into your stock frame to convert your bike into a trike, They are a heavy duty all steel design. Perfect match for our axles.



## DYNA SWINGARM



## TOURING SWINGARM



## SOFTAIL SWINGARM



## SPORTSTER SWINGARM



**NOTE:** Compatible to use your stock pivot bolt and bearing assembly. Specify year



Sharkroad_000833

# TRIKE AXLE PULLEY



M-PL-4050 ( 70 TH X 1/8" ) M-PL-4052 ( 70 TH X 1/2" )

# TRIKE AXLE ROTOR



M-AX-1000

# TRIKE AXLE BRAKE PADS



M-AXP-1005 (TRIKE REPLACEMENT, 2 PAD SET)

M-BC-1012 (BREAK REPLACEMENT, 4 PAD SET)

# TRIKE AXLE SPROCKET



M-SPR-7000 [ 51TH ]

# TRIKE REAR WHEELS

SIZES: 18 X 5.5" • 18 X 8.5"

NOTE: Trike wheel can be customized to any color.





Sharkroad_000834

# FRONT END

TIG welded alloy steel construction for strength and durability and fit most Big Twin and Sportster necks + most after-market frames 1982 to present.



# HANDLERBAR CONVERTER

M-SFC-1000



Springers use a specific handlebar mounting limiting your choice of handlebars, this converter is Designed to allow you to use any wide glide handlebar on our springer front ends. Chrome plated.

# SPRINGER TOP TREE

M-SFC-4000 ( Springer Neck Stem, 4-3/4" to 3-1/2")





Sharkroad_000835

# NARROW SPRINGER

| | | | |
|---|---|---|---|
| M-SF-2000N | ( CHROME, Stock ) | M-SF-5000 | ( BLACK, Stock ) |
| M-SF-2002N | ( CHROME, 2" Over ) | M-SF-5002N | ( BLACK, 2" Over ) |
| M-SF-2004N | ( CHROME, 4" Over ) | M-SF-5004N | ( BLACK, 4" Over ) |
| M-SF-2006N | ( CHROME, 6" Over ) | M-SF-5006N | ( BLACK, 6" Over ) |
| M-SF-20012N | ( CHROME, 12" Over ) | M-SF-50012N | ( BLACK, 12" Over ) |
| M-SF-20018N | ( CHROME, 18" Over ) | M-SF-50018N | ( BLACK, 18" Over ) |
| M-SF-2020N | ( CHROME, 2"Under ) | M-SF-5020N | ( BLACK, 2" Under ) |
| M-SF-2022N | ( CHROME, 4" Under ) | M-SF-5022N | ( BLACK, 4" Under ) |





Our narrow glide springer is for the daring, no front brake used here, it was very popular in years past using a "Spool" hub wheel had no provisions for a rotor. Its still very popular for those custom builds, available in various legnths from -4 to +4, and available in black or chrome plated.



Sharkroad_000836

# VINTAGE SPRINGER



| | | | |
|---|---|---|---|
| M-SF-7000N | ( CHROME, Stock ) | M-SF-8000 | ( BLACK, Stock ) |
| M-SF-7002N | ( CHROME, 2" Over ) | M-SF-8002N | ( BLACK, 2" Over ) |
| M-SF-7004N | ( CHROME, 4" Over ) | M-SF-8004N | ( BLACK, 4" Over ) |
| M-SF-7020N | ( CHROME, 2"Under ) | M-SF-8020N | ( BLACK, 2" Under ) |
| M-SF-7022N | ( CHROME, 4" Under ) | M-SF-8022N | ( BLACK, 4" Under ) |



This vintage style springer gives a nostalgic look with all the modern upgrades. Perfect for those custom builds and extremely popular for those bobbers, available in various legnts from -4 to + 4. Must use a brake system designed specifically for springer front ends, sold separately.

# WIDE GLIDE SPRINGER

| | | | |
|---|---|---|---|
| M-SF-2000N | ( CHROME, Stock ) | M-SF-5000 | ( BLACK, Stock ) |
| M-SF-2002N | ( CHROME, 2" Over ) | M-SF-5002N | ( BLACK, 2" Over ) |
| M-SF-2004N | ( CHROME, 4" Over ) | M-SF-5004N | ( BLACK, 4" Over ) |
| M-SF-2006N | ( CHROME, 6" Over ) | M-SF-5006N | ( BLACK, 6" Over ) |
| M-SF-2008N | ( CHROME, 8" Over ) | M-SF-5008N | ( BLACK, 8" Over ) |
| M-SF-2020N | ( CHROME, 2"Under ) | M-SF-5020N | ( BLACK, 2" Under ) |
| M-SF-2022N | ( CHROME, 4" Under ) | M-SF-5022N | ( BLACK, 4" Under ) |







Springer front ends are the most desired front ends and have been around for years, great for custom builds and the most common for bobbers. Available in various legnths from -4 to + 10. Adding the optional shock assembly provides a more comfortable ride, shock assembly, sold separately. Must use a brake system designed specifically for springer front ends, sold seperatrely.



Sharkroad_000838

## HANDERLBAR RISES



M-HR-1000 (4" SET CHROME)
M-HR-1002 (6" SET CHROME)
M-HR-1020 (2" SET CHROME)
M-HR-1000B (4" SET BLACK)
M-HR-1002B (6" SET BLACK)
M-HR-1020B (2" SET BLACK)

**NOTE: Handle Bar Risers come with Bolts, Smooth Top Blind Hole ( Except 2"Risers )**
Smooth top 1 ½" diameter risers Available in 2 or 4", Chrome plated.

## SPRING SHOCK MOUNT KIT



M-SH-1000 ( CHROME )
M-SH-1000B ( BLACK )

## REMOVABLE FENDER MOUNTS



M-FH-1000 ( Springer Fender Mount, -2, -4, STK THRU +6 CHROME )
M-FH-1000B ( Springer Fender Mount, -2, -4, STK THRU +6 BLACK )
M-FH-1002 ( Springer Fender Mount, 8+THRU+18 CHROME )
M-FH-1002B ( Springer Fender Mount, 8+THRU+18 BLACK )

## ROCKERS



M-SFR-1002 ( Springer Left Rocker )
M-SFR-1004 ( Springer Right Rocker )

Replacement rockers for our springer front ends. Chrome Plated.

## SPEEDMOTER COVER

M-SD-1000



## SPRING CROWN NUT

M-SFN-1000



## HEX SPRINGER RETAINING NUT

M-SC-4000



## SPRINGER AXLE KIT

M-AX-1000 (Springer Front End Axle Kit)



## SPRING RODS WITH NUTS SET

M-SFR-1000 (2PC)



## SPRINGER NECK STEM

M-AX-1003



## SPRING FOR SPRINGER SET

M-SFS-1000 (2PC)



## LOWER INTERNAL SPRING SET

M-SF-4002LI (2PC)



## UPPER EXTERNAL SPRING SET

M-SF-4000UE (2PC)



## LOWER EXTERNAL SPRING SET

M-SF-4002LE (2PC)



## UPPER INTERNAL SPRING SET

M-SF-4000UI (2PC)





Sharkroad_000840

## 41 MM FRONT END

| | | | |
|---|---|---|---|
| M-BF-1000 | ( Stock 0 ) | M-BF-1008 | ( 8" Over ) |
| M-BF-1002 | ( 2" Over ) | M-BF-1010 | ( 10" Over ) |
| M-BF-1004 | ( 4" Over ) | M-BF-1020 | ( 2" Under ) |
| M-BF-1006 | ( 6" Over ) | | |

Rake: 0°, 4°, 6°



This traditional style front end with a few custom features is available in various lengths from -2 to +10 and the trees are available in 0 to 6 degrees. Includes thick smooth top billet trees, torpedo style billet lowers with ¾" blind axle and center-less ground chrome plated fork tubes. Available in black or chrome plated.

## 62 MM INVENTED FRONT END

| | | | |
|---|---|---|---|
| M-IF-1000 | ( Stock ) | M-IF-1006 | ( 6" Over ) |
| M-IF-1020 | ( 2" Under ) | M-IF-1008 | ( 8" Over ) |
| M-IF-1002 | ( 2" Over ) | M-IF-1010 | ( 10" Over ) |
| M-IF-1004 | ( 4" Over ) | | |

Rake: 0°, 3°, 6°



This massive front end is complete and ready to bolt on , available in various lengths from -2 to +10 and from 0 to 6 degree raked trees. Includes smooth top billet trees, billet uppers and billet legs, centerless ground chrome plated fork tubes. Blind ¾" axle included. Available in black or show chrome.

## SMOOTH TRIPPLE TREE

M-TT-1000 ( 0 RAKE, CHROME )
M-TT-1000B ( 0 RAKE, BLACK )
M-TT-1003 ( 3° RAKE, CHROME )
M-TT-1003B ( BLACK, 3° RAKE )
M-TT-1006 ( CHROME, 6° RAKE )
M-TT-1006B ( BLACK, 6° RAKE )



## FORK STOP KIT

M-IFS-1002



Kit comes with Top Race, Neck Bearings, Bottom Race w/ rake. Top & Bottom Mounting Plate w/ screws.

## TOURING TRIPLE TREE

M-TT-4000 ( FLH 6° Triple Tree/Raw, 1997-2013 )
M-TT-4002 ( FLH 6° Triple Tree/Raw, 2014-PRESENT )



A replacement top tree for our standard or vintage springer.
A must when using any aftermarket billet or inverted front ends, includes coned bearing races, The bottom race is tabbed for the fork stop, 1" Timken bearings, the fork stop timing plate, top dust cover and all mounting hardware.



Sharkroad_000842

# INDIAN



## SUPER SPOKE 2 PIECE ROTOR

IN-RT2-1000 ( Front 11.800" .185" THK )
( Rear 11.800" .275" THK )



## INDIAN EXHUST

I-TP-6000



These 4" diameter high flow, high performance mufflers produce a deep sound. Baffles are removable and are available in show chrome or black. Will not fit models with saddlebag mounts. **Note:** Not for sale I California.



# INDIAN WHEEL

SPECIAL INDIAN WHEEL HUB AVAILABLE IN EVERY WHEELS

**AVAILABLE SIZES:**

| | | | | |
|---|---|---|---|---|
| 16 x 3.5 | 17 x 12 | 18 x 8.5 | 19 x 3 | 26 x 3.75 |
| 16 x 5.5 | 18 x 3.5 | 18 x 10.5 | 21 x 2.15 | 30 x 4 |
| 17 x 3.5 | 18 x 4.25 | 18 x 13 | 21 x 3.25 | |
| 17 x 6.25 | 18 x 5.5 | 19 x 2.15 | 23 x 3.75 | |

**AVAILABLE IN:**

CHROME
BLACK
CONTRAST
CUSTOM POWDERCOAT









Sharkroad_000844

## ABS BEARING



| | | | |
|---|---|---|---|
| M-SB-0052 | [ 25MM ] | M-SB-0058 | [ 23MM ] |
| M-SB-0056 | [ 21MM ] | M-SB-0060 | [ 26MM ] |
| | | M-SB-0062 | [ 30MM ] |

## SEALED BEARING



| | |
|---|---|
| M-SB-0036 | [ SEALED WHEEL BEARINGS 3/4" EACH ] |
| M-SB-0038 | [ SEALED WHEEL BEARINGS 1" EACH ] |
| M-SB-0042 | [ SINGLE WHEEL BEARINGS 25mm ] |
| M-SB-0050 | [ DOUBLE WHEEL BEARINGS 25mm ] |

## NECK BEARING



M-NB-1000 [ Neck Bearing 1" & Race Set ]

## PIVOTO BEARING



M-PB-1000 [ Swing Arm Pivot Bearing Set ]

## TIMKEN BEARING



M-BR-0034 [ Timken Bearing / Race Set ]

## VALVE STEMS



| | |
|---|---|
| M-VS-1005 | [ VS 5 INNER MOUNT ] |
| M-VS-1008 | [ VS 8 OUTER MOUNT ] |
| M-VS-1009 | [ VS 9 OUTER MOUNT ] |



Sharkroad_000845

# DNA WARRANTY

WARRANTY COVERAGE

If your DNA Specialty, Inc. product is defective in material or workmanship, you can return your DNA product within 1 year from date of purchase. Proof of purchase or invoice is required for your warranty to take effect. DNA will replace your purchased product at our option, or repair it at no charge to you. If we repair the defective part, we may use reconditioned replacement parts or materials. If we replace it, we may replace it with a reconditioned one of the same product, design or number of spokes.

CHROME WARRANTY ( One Year Limited Warranty )

The chrome finish on your DNA Specialty product is one of the highest quality, but to ensure its longevity it must be maintained properly. Salt, sand, and humidity are bad for chrome. If you ride a motorcycle in these conditions, and do not clean and dry the chrome parts, the life of the chrome will be shortened. Do not use any abrasive cleaners or waxes. DNA Specialty reserves the right to determine if the product has been maintained properly and has not been abused. If your DNA specialty chrome product has been maintained properly and has not been abused, you may return it to DNA specialty within one year of the invoice date, and if upon inspection it is found to be defective, we will replace it, or at our option, repair it.

WARRANTY EXCLUSIONS

This warranty does not cover any damage to the product caused by accident, misuse, failure to follow installation and operation instructions, misapplication,alteration, or attempted unauthorized repair service by anyone other than DNA.

LIMITATIONS OF WARRANTY

Repair or replacement of the product by DNA specialty is your sole and exclusive remedy. Implied warranties, including those of fitness for a particular purpose and merchantability, are limited in duration to one (1) year term of this express and limited warranty. We will not be responsible for incidental or consequential damages. There are no express warranties which extend beyond those set forth in this document.

RETURNS

DNA does not offer call tags for any return. No returns will be accepted without prior authorization by calling or writing DNA Specialty to request an RMA number. Parts will only be considered for return if the request is made within 30 days from the date of DNA's invoice. Incorrect, damaged or missing parts must be reported within 2 working days of the time the products are received. A handling fee will be charged to restock parts unless otherwise specified. DNA Specialty, INC reserves the right to refuse to issue an RMA at our discretion. Please note all parts returned must be packaged correctly; the customer will be responsible for merchandise damaged in shipping due to inadequate packaging. DNA Specialty will not be responsible for return freight on overseas orders.

**DNA SPECIALTY, INC. 200 W. ARTESIA BLVD.• COMPTON, CA 90220 • TOLL FREE1.888.755.4070**
**TEL 1.310.767.4070 • FAX 1.310.767.4094 • info@dnaspecialty.com • www.dnaspecialty.com**

DNA

# Exhibit: "3"

5877858

B2061-0148 08/25/2023 1:16 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 5877858

Date Filed: 8/25/2023

| | |
|---|---|
| **Corporation Name** | |
| Corporation Name | SHARKROAD INC |
| **Initial Street Address of Principal Office of Corporation** | |
| Principal Address | 1704 MORTON AVE<br>LOS ANGELES, CA 90026 |
| **Initial Mailing Address of Corporation** | |
| Mailing Address | 201 E CENTER ST STE 112 #3500<br>ANAHEIM, CA 92805 |
| Attention | |
| **Agent for Service of Process** | |
| Agent Name | XINGBO YAO |
| Agent Address | 1704 MORTON AVE<br>LOS ANGELES, CA 90026 |

Shares

The total number of shares the corporation is authorized to issue is: 20,000

Does the corporation have more than one class or series of shares? No

Purpose Statement

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

Electronic Signature

☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

*XINGBO YAO* — Incorporator Signature

*08/25/2023* — Date

Sharkroad_000004

BA20251667252

B3942-1670 08/17/2025 6:20 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20251667252
Date Filed: 8/17/2025

Entity Details

| | |
|---|---|
| Corporation Name | SHARKROAD INC |
| Entity No. | 5877858 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 2160 FARALLON DRIVE<br>SAN LEANDRO, CA 94577 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 2160 FARALLON DRIVE<br>SAN LEANDRO, CA 94577 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 2160 FARALLON DRIVE<br>SAN LEANDRO, CA 94577 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| XINGBO YAO | 2160 FARALLON DRIVE<br>SAN LEANDRO, CA 94577 | Chief Executive Officer, Secretary, Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| + XINGBO YAO | 2160 FARALLON DRIVE<br>SAN LEANDRO, CA 94577 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | XINGBO YAO |
| Agent Address | 2160 FARALLON DRIVE<br>SAN LEANDRO, CA 94577 |

Type of Business

| | |
|---|---|
| Type of Business | Manufacturing and Trading |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Sharkroad_000007**

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *XINGBO YAO* | *08/17/2025* |
| Signature | Date |

B3942-1671 08/17/2025 6:20 PM Received by California Secretary of State

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 13, 2026, I served the foregoing document described as **DECLARATION OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S OPPOSITION TO SHARKROAD, INC.'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 13th day of November 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on November 13, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming