Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DECLARATION OF CRAIG MCLAUGHLIN CERTIFYING THAT ARTIFICIAL INTELLIGENCE WAS USED IN DRAFTING PLAINTIFF DNA SPECIALTY, INC.'S OPPOSITION TO SHARKROAD, INC.'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**<br><br>**Date:** December 4, 2026<br>**Time:** 1:30 P.M.<br>**Place:** Courtroom 6A<br>Felicitas and Gonzalo Mendez<br>United States Courthouse<br>350 W 1st Street<br>Los Angeles, CA 90012 |

# DECLARATION OF CRAIG McLAUGHLIN

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, Case No.: 2:25-cv-10379-MWC (RAOx).

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. I drafted DNA's Opposition to Sharkroad, Inc.'s Motion for Leave to Amend Its Invalidity Contentions.

4. Artificial intelligence was used in drafting each portion of said Opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2026.

/s/ *Craig McLaughlin*
Craig McLaughlin
Declarant

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 13, 2026, I served the foregoing document described as **DECLARATION OF CRAIG MCLAUGHLIN CERTIFYING THAT ARTIFICIAL INTELLIGENCE WAS USED IN DRAFTING PLAINTIFF DNA SPECIALTY, INC.'S OPPOSITION TO SHARKROAD, INC.'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
trojan@trojanlawoffices.com
Dylan C. Dang, Esq.
dang@trojanlawoffices.com
Francis Wong, Esq.
wong@trojanlawoffices.com
Mehdi Poursoltani, Esq.
poursoltani@trojanlawoffices.com
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 13th day of November 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on November 13, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming