UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-10379-MWC-RAO | Date | November 13, 2026 |
| Title | DNA Specialty Inc v. Sharkroad, Inc., et al. | | |

Present: The Honorable MICHELLE WILLIAMS COURT, U.S. District Judge

| | |
|---|---|
| T. Jackson | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sa’id Vakili<br>Craig McLaughlin | R. Joseph Trojan (via zoom) |

**Proceedings: CLAIM CONSTRUCTION HEARING (DKT. [26])**

The hearing is held. The Court hears oral argument from the parties. The Court takes the Matter **UNDER SUBMISSION** and a ruling will issue.

00:20

**Initials of Preparer** TJ