Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for Plaintiff DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation and DOES 1-50, Inclusive,**<br><br>**Defendants.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Rozella A. Oliver, United States Magistrate Judge*]<br><br>**DECLARATION OF SA'ID VAKILI IN SUPPORT OF PLAINTIFF DNA SPECIALTY, INC.'S STATEMENT FOR THE NOVEMBER 23, 2026 INFORMAL DISCOVERY CONFERENCE**<br><br>Informal Discovery Conference: November 23, 2026, 11:00 a.m. (Zoom)<br><br>Fact Discovery Cutoff: December 4, 2026 |

I, SA'ID VAKILI, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner of Vakili & Leus, LLP, counsel of record for Plaintiff DNA Specialty, Inc. ("DNA") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration to authenticate the exhibits cited in DNA's Statement for the November 23, 2026 Informal Discovery Conference.

2. Attached as **Exhibit "A"** is a true and correct copy of an e-mail from Sharkroad's counsel, Francis Wong, to me, dated November 9, 2026, 1:32 p.m.

3. Attached as **Exhibit "B"** is a true and correct copy of my e-mail to Mr. Wong dated November 10, 2026.

4. Attached as **Exhibit "C"** is a true and correct copy of an e-mail from Mr. Wong to me dated November 11, 2026, 9:27 a.m.

5. Attached as **Exhibit "D"** is a true and correct copy of an e-mail from Mr. Wong to me dated November 11, 2026, 5:00 p.m.

6. On November 11, 2026, Craig McLaughlin of my office and I spent approximately eight hours at DNA's facility in Compton, California gathering the information and documents needed to prepare DNA's amended responses to Sharkroad's interrogatories and requests for production.

7. Attached as **Exhibit "E"** is a true and correct copy of an e-mail from Sharkroad's counsel that I received at 6:14 p.m. on November 17, 2026, transmitting Sharkroad's production of documents Bates-numbered Sharkroad_001209–001559. The attachments to that e-mail, which Sharkroad designated "Confidential: Attorney's Eyes Only," are omitted.

8. Attached as **Exhibit "F"** is a true and correct copy of an e-mail from Mr. Wong to me dated November 18, 2026, 3:53 p.m.

9. Attached collectively as **Exhibit "G"** are true and correct copies of the certificates of service for DNA's Amended Responses to Sharkroad's First Set of Interrogatories (served November 13, 2026); DNA's document productions of November 16, 17 and 18, 2026 (DNA-00473–00606, DNA-00607–00689 and DNA-00690–00694); DNA's First Amended Responses to Sharkroad's First and Second Sets of Requests for Production (served November 17, 2026); DNA's First Amended Responses to Sharkroad's Second Set of Interrogatories (served November 18, 2026); DNA's Second Amended Responses to Sharkroad's First Set of Interrogatories and Attorneys' Eyes Only Supplement (served November 19, 2026); and the verifications for those responses (served November 20, 2026).

10. Attached as **Exhibit "H"** is a true and correct copy of DNA's Notice of Deposition of Sharkroad, Inc. pursuant to Rule 30(b)(6), dated October 16, 2026, which includes Topic No. 21. Sharkroad's Rule 30(b)(6) deposition was taken on November 10, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2026, at Los Angeles, California.

/s/ *Sa'id Vakili*
SA'ID VAKILI, DECLARANT

# Exhibit: "A"

**From:** **Francis Wong** wong@trojanlawoffices.com
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes
**Date:** November 9, 2026 at 1:32 PM
**To:** Said Vakili vakili@vakili.com, Craig McLaughlin craig@vakili.com, Stephen P. Hoffman hoffman@vakili.com, Daphne Gomez daphne@vakili.com, Jason Ming jason@vakili.com
**Cc:** Michiko Speier speier@trojanlawoffices.com, Joe Trojan trojan@trojanlawoffices.com, Mehdi Poursoltani Poursoltani@trojanlawoffices.com

FW

Dear Sa'id:

As we mentioned during the IDC this afternoon, SharkRoad requests the rescheduling of the depositions currently scheduled for 11/16 and 11/17 to December 2, 3, or 4 so we have time to review the supplemental material produced on the 11/13.

We would like to avoid the situation where we have start the depositions and then hold them open because we did not have time to review all the discovery. Please let us know as soon as possible so can make the necessary arrangements.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

---

**From:** Jason Ming <jason@vakili.com>
**Date:** Thursday, November 5, 2026 at 4:55 PM
**To:** RAO Chambers <RAO_Chambers@cacd.uscourts.gov>; Joe Trojan <trojan@trojanlawoffices.com>; Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>;

# Exhibit: "B"

**From:** **Said Vakili** vakili@vakili.com
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes
**Date:** November 10, 2026 at 6:16 PM
**To:** Francis Wong wong@trojanlawoffices.com
**Cc:** Craig McLaughlin craig@vakili.com, Stephen P. Hoffman hoffman@vakili.com, Daphne Gomez daphne@vakili.com, Jason Ming jason@vakili.com, Michiko Speier speier@trojanlawoffices.com, Joe Trojan trojan@trojanlawoffices.com, Mehdi Poursoltani Poursoltani@trojanlawoffices.com

SV

---

Good afternoon Mehdi–

I'm meeting with DNA tomorrow and will be able to get back to you then. At the discovery conference, I proposed sending you the amended discovery responses by this Friday so you would have them before the deposition. If we're moving it out by three weeks, I would appreciate having more time to prepare the amended responses. Please let me know if you're agreeable to that.

Thanks,

Sa'id

> On Nov 10, 2026, at 6:00 PM, Francis Wong <wong@trojanlawoffices.com> wrote:
>
> Dear Said:
>
> We are following up on the email below concerning the depositions scheduled for next week.  Please let us know as soon as possible.
>
> Best regards,
>
> Francis
>
> ---
>
> **From:** Francis Wong <wong@trojanlawoffices.com>
> **Date:** Monday, November 9, 2026 at 1:31 PM
> **To:** Said Vakili <vakili@vakili.com>; Craig McLaughlin <craig@vakili.com>; Stephen P. Hoffman <hoffman@vakili.com>; Daphne Gomez <daphne@vakili.com>; Jason Ming <jason@vakili.com>
> **Cc:** Michiko Speier <speier@trojanlawoffices.com>; Joe Trojan <trojan@trojanlawoffices.com>; Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
> **Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes
>
> Dear Sa'id:
>
> As we mentioned during the IDC this afternoon, SharkRoad requests the rescheduling of the depositions currently scheduled for 11/16 and 11/17 to December 2, 3, or 4 so we have time to review the supplemental material produced on the 11/13.
>
> We would like to avoid the situation where we have start the depositions and then hold them open because we did not have time to review all the discovery.  Please let us know as soon as possible so can make the necessary arrangements.
>
> Best regards,
>
> TROJAN LAW OFFICES, P.C.

# Exhibit: "C"

**From:** **Francis Wong** wong@trojanlawoffices.com
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes
**Date:** November 11, 2026 at 9:27 AM
**To:** Said Vakili vakili@vakili.com
**Cc:** Craig McLaughlin craig@vakili.com, Stephen P. Hoffman hoffman@vakili.com, Daphne Gomez daphne@vakili.com, Jason Ming jason@vakili.com, Michiko Speier speier@trojanlawoffices.com, Joe Trojan trojan@trojanlawoffices.com, Mehdi Poursoltani Poursoltani@trojanlawoffices.com

FW

Dear Sa'id:

As you may recall during the hearing, the reason we are asking to move the depositions is so that we have time to review the supplemental responses and discovery, which we expect to be substantial given the large number of issues that were identified for the conference. Additionally, we cannot move the supplemental date for response and production by much because the Court has ordered us to file a status report on 11/20 with a hearing reserved for 11/23 for any additional issues. The best we can do is extend the deadline through the weekend from 11/13 to 11/16 by 11:00 a.m..

If we do not receive an agreement to postpone the depositions, we'll proceed as scheduled next week and hold the depositions open so we can review the supplemental responses and production and ask the Court to shift the cost of doing previewed by Judge Oliver.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

**From:** Said Vakili <vakili@vakili.com>
**Date:** Tuesday, November 10, 2026 at 6:16 PM
**To:** Francis Wong <wong@trojanlawoffices.com>
**Cc:** Craig McLaughlin <craig@vakili.com>; Stephen P. Hoffman <hoffman@vakili.com>; Daphne Gomez <daphne@vakili.com>; Jason Ming <jason@vakili.com>; Michiko Speier <speier@trojanlawoffices.com>; Joe Trojan <trojan@trojanlawoffices.com>; Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes

Good afternoon Mehdi–

I’m meeting with DNA tomorrow and will be able to get back to you then. At the discovery conference, I proposed sending you the amended discovery responses by this Friday so you would have them before the deposition. If we’re moving it out by three weeks, I would appreciate having more time to prepare the amended responses. Please let me know if you’re agreeable to that.

Thanks,

Sa'id

On Nov 10, 2026, at 6:00 PM, Francis Wong <wong@trojanlawoffices.com> wrote:

Dear Said:

We are following up on the email below concerning the depositions scheduled for next week. Please let us know as soon as possible.

Best regards,

Francis

---

**From:** Francis Wong <wong@trojanlawoffices.com>
**Date:** Monday, November 9, 2026 at 1:31 PM
**To:** Said Vakili <vakili@vakili.com>; Craig McLaughlin <craig@vakili.com>; Stephen P. Hoffman <hoffman@vakili.com>; Daphne Gomez <daphne@vakili.com>; Jason Ming <jason@vakili.com>
**Cc:** Michiko Speier <speier@trojanlawoffices.com>; Joe Trojan <trojan@trojanlawoffices.com>; Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes

Dear Sa'id:

As we mentioned during the IDC this afternoon, SharkRoad requests the rescheduling of the depositions currently scheduled for 11/16 and 11/17 to December 2, 3, or 4 so we have time to review the supplemental material produced on the 11/13.

We would like to avoid the situation where we have start the depositions and then hold them open because we did not have time to review all the discovery. Please

# Exhibit: "D"

**From:** **Francis Wong** wong@trojanlawoffices.com
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. (Case No. 2:25-cv-10379-MWC(RAOx)) – DNA's Statement Regarding Meet-and-Confer Efforts and Remaining Discovery Disputes
**Date:** November 11, 2026 at 5:00 PM
**To:** Said Vakili vakili@vakili.com
**Cc:** Craig McLaughlin craig@vakili.com, Stephen P. Hoffman hoffman@vakili.com, Daphne Gomez daphne@vakili.com, Jason Ming jason@vakili.com, Michiko Speier speier@trojanlawoffices.com, Joe Trojan trojan@trojanlawoffices.com, Mehdi Poursoltani Poursoltani@trojanlawoffices.com

FW

Dear Sa'id:

I spoke with Joe, and we propose the following:

1. **Supplementation.** By 4:00 p.m. on Tuesday, November 17, Plaintiff will serve complete supplemental interrogatory responses and produce all responsive documents. As we discussed by phone, you indicated that supplemental interrogatory responses may be ready by Friday, November 13. If so, please serve them as soon as they are complete rather than holding them until the 17th.

2. **Depositions.** Plaintiff's Rule 30(b)(6) deposition and Jerry Lehman's deposition will be moved to Wednesday, December 2, 2026.

As we discussed on the call, our main concern is still having enough time to review the supplementation before the joint statement is due to the Court on November 20.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

# Exhibit: "E"

**From:** **Mehdi Poursoltani** Poursoltani@trojanlawoffices.com
**Subject:** Sharkroad's Document Production; Case No. 2:25-cv-10379-MWC-RAO; DNA Specialty, Inc. v. Sharkroad, Inc.; [25-11-10088]
**Date:** November 17, 2026 at 6:14 PM
**To:** Said Vakili vakili@vakili.com, Craig McLaughlin craig@vakili.com, Jason Ming jason@vakili.com, Stephen P. Hoffman hoffman@vakili.com
**Cc:** Joe Trojan trojan@trojanlawoffices.com, Dylan Dang dang@trojanlawoffices.com, Francis Wong wong@trojanlawoffices.com, Michiko Speier speier@trojanlawoffices.com

MP

---

Dear Counsel,

An additional production of documents by Sharkroad, Inc. is available for download at the link below:
https://www.dropbox.com/scl/fo/yoa8s1c2aos73i2ipgozv/AJZG_uUAzJIdbvIrphtPXCI?rlkey=lds7mk0aw7q2gxf5ax5gipycd&st=z3szmxol&dl=0

Please download the documents within one week of the date of this email, as the download link may no longer be accessible thereafter.

The production consists of documents bearing Bates numbers **Sharkroad_001209 through Sharkroad_001559** and **includes materials designated as Confidential – Attorneys' Eyes Only.**

Regards,

TROJAN LAW OFFICES, P.C.
by

Mehdi Poursoltani

Attorney

www.trojanlawoffices.com
Trojan Law Offices
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399
Fax: (310) 777-8348

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

*This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.*

# Exhibit: "F"

**From:** **Francis Wong** wong@trojanlawoffices.com
**Subject:** Re: DNA Specialty, Inc. v. Sharkroad, Inc. - First Amended Responses to RFP-1 (Nos. 1-89) & RFP-2 (Nos. 90-118)
**Date:** November 18, 2026 at 3:53 PM
**To:** Said Vakili vakili@vakili.com, Joe Trojan trojan@trojanlawoffices.com, Dylan Dang dang@trojanlawoffices.com, Mehdi Poursoltani Poursoltani@trojanlawoffices.com
**Cc:** Craig McLaughlin craig@vakili.com, Stephen P. Hoffman hoffman@vakili.com, Jason Ming jason@vakili.com

FW

Dear Sa'id,

Under the Court's November 9, 2026 Minute Order (Dkt. No. 64), DNA's deadline to supplement its interrogatory answers and amended responses to Sharkroad's requests for production was November 13, 2026. The parties then agreed to give DNA more time, until November 17, 2026, at 4:00 p.m. As of that deadline, DNA made two productions:

- November 16, 2026 (134 pages, DNA-00473 to DNA-00606): a dated catalog page, pages depicting third-party products, 2023 social media posts, three employee declarations and a customer contact list, a three-page sales summary without underlying sales records, and booth rental and travel records that do not show a connection to the asserted trade dress or patented design.

- November 17, 2026 (83 pages, DNA-00607 to DNA-00689): a single document, DNA's 2023 product catalog.

DNA served its supplemental answers to Sharkroad's Second Set of Interrogatories late on November 18, 2026.

DNA's production remains deficient in the respects outlined in Sharkroad's November 5, 2026 statement (Dkt. No. 62), and the materials above do not cure those deficiencies.

Accordingly, Sharkroad intends to raise these issues with the Court at the further IDC set for Monday, November 23, 2026, at 11:00 a.m. and will draft a statement to that effect. To the extent DNA believes a meet and confer would be productive before then, we available on Thursday, November 19, 2026, between 2:00 p.m. - 4:30 p.m.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

---

**From:** Said Vakili <vakili@vakili.com>
**Date:** Tuesday, November 17, 2026 at 4:23 PM
**To:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Francis Wong <wong@trojanlawoffices.com>; Mehdi Poursoltani <Poursoltani@trojanlawoffices.com>
**Cc:** Craig McLaughlin <craig@vakili.com>; Stephen P. Hoffman <hoffman@vakili.com>; Jason Ming <jason@vakili.com>
**Subject:** DNA Specialty, Inc. v. Sharkroad, Inc. - First Amended Responses to RFP-1 (Nos. 1-89) & RFP-2 (Nos. 90-118)

Good afternoon, all–

Please see attached DNA Specialty, Inc.'s First Amended Responses to Sharkroad's RFP-1 (Nos. 1-89) & RFP-2 (Nos. 90-118). Yesterday, we produced all corresponding responsive documents.

Very best,

*Sa'id Vakili*

**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010 |** Fax: 213/380-6051
http://www.vakili.com

---

**NOTICE:** The information contained in this e-mail is confidential, attorney-client privileged information and/or proprietary material which is meant for the sole use of the intended recipient/s. If you received this transmission in error, please notify us immediately by reply e-mail or by telephone (213/380-6010), and destroy the original transmission and its attachments without reading them or saving them to disk or elsewhere. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

# Exhibit: “G”

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 16, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S DOCUMENT PRODUCTION, BEARING CONTROL NUMBERS DNA-00473 — DNA-00513, CONFIDENTIAL DNA-00514 — CONFIDENTIAL DNA-00517, and CONFIDENTIAL: ATTORNEY'S EYES ONLY DNA-00518 — CONFIDENTIAL: ATTORNEY'S EYES ONLY DNA-00606** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Sharkroad, Inc.*

I hereby certify that on the 16th day of November 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on November 16, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

# CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 17, 2026, I served the foregoing document described as **DNA SPECIALTY, INC.'S FIRST AMENDED RESPONSES TO SHARKROAD, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, NOS. 1-89,** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*Poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 17th day of November 2026, I will cause the above-referenced document to be served via electronic transmission to the person at the e-mail addresses listed above. I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on November 17, 2026, in Los Angeles, California.

/s/ *Sa'id Vakili*
Sa'id Vakili

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 17, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S FIRST AMENDED RESPONSES TO SHARKROAD, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, NOS. 90-118,** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
trojan@trojanlawoffices.com
Dylan C. Dang, Esq.
dang@trojanlawoffices.com
Francis Wong, Esq.
wong@trojanlawoffices.com
Mehdi Poursoltani, Esq.
Poursoltani@trojanlawoffices.com
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 17th day of November 2026, I will cause the above-referenced document to be electronically transmitted to the person at the e-mail addresses listed above. I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on November 17, 2026, in Los Angeles, California.

/s/ *Sa'id Vakili*
Sa'id Vakili

# CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 17, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S DOCUMENT PRODUCTION, BEARING CONTROL NUMBERS DNA-00607 — DNA-00689** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Sharkroad, Inc.*

I hereby certify that on the 17th day of November 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on November 17, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

# CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 18, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S FIRST AMENDED RESPONSES TO SHARKROAD, INC.'S SECOND SET OF INTERROGATORIES** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 18th day of November 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on November 18, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 18, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S DOCUMENT PRODUCTION, BEARING CONTROL NUMBERS CONFIDENTIAL: ATTORNEY'S EYES ONLY DNA-00690 — DNA-00694** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Sharkroad, Inc.*

I hereby certify that on the 18th day of November 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on November 18, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

# CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 19, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S SECOND AMENDED RESPONSES TO SHARKROAD, INC.'S FIRST SET OF INTERROGATORIES** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 19th day of November 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on November 19, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 19, 2026, I served the foregoing document described as **CONFIDENTIAL: ATTORNEY'S EYES ONLY — DNA SPECIALTY, INC.'S ATTORNEYS' EYES ONLY SUPPLEMENT TO ITS SECOND AMENDED RESPONSES TO SHARKROAD, INC.'S FIRST SET OF INTERROGATORIES** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 19th day of November 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on November 19, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

# Exhibit: "H"

Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DNA SPECIALTY, INC.'S NOTICE OF RULE 30(b)(6) DEPOSITION OF SHARKROAD, INC.**<br><br>Date: November 10, 2026<br>Time: 10:00 a.m. PST<br>Place: Vakili & Leus, LLP<br>3701 Wilshire Boulevard, Suite 1135<br>Los Angeles, California 90010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that under Rule 30(b)(6) of the *Federal Rules of Civil Procedure*, Plaintiff/Counterclaim Defendant DNA Specialty, Inc. ("DNA") will take the deposition upon oral examination of Defendant/Counterclaimant Sharkroad, Inc. ("SHARKROAD") on **November 10, 2026**, at **10:00 a.m. PST**, at the law offices of Vakili & Leus, LLP, located at **3701 Wilshire Boulevard, Suite 1135, Los Angeles, California 90010**, or at another time and place agreed to by counsel in writing. The deposition will continue from day to day, excluding weekends and holidays, until completed, subject to the limits of Rule 30(d)(1) and any order of the Court.

The deposition will be taken before a certified court reporter or other officer authorized to administer oaths, and will be recorded by stenographic means and by audio and video recording under Rule 30(b)(3). DNA also intends to use real-time transcription (such as LiveNote).

Under Rule 30(b)(6), SHARKROAD must designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf about the matters listed in the section below, and must set out for each person designated the matters on which that person will testify. SHARKROAD's designees must testify about information known or reasonably available to SHARKROAD, including information held by its employees, agents, contractors, and affiliates. DNA requests that SHARKROAD identify its designee(s) and the matters on which each will testify at least fourteen (14) days before the deposition. Under Rule 30(b)(6), the parties must confer in good faith about the matters for examination before or promptly after this notice is served. A Mandarin Chinese interpreter will be provided for this deposition.

## DEFINITIONS

The following definitions apply to each matter for examination below.

1. "You," "Your," and "SHARKROAD" mean Sharkroad, Inc. and its present and former officers, directors, employees, agents, representatives, parents, subsidiaries, and

affiliates, and all other persons acting on its behalf.

2. "DNA" means DNA Specialty, Inc. and its predecessors, successors, and affiliates.

3. The term "FAC" means the First Amended Complaint in this Action.

4. "Asserted Spiral-Spoke Trade Dress" means the overall look and feel of DNA's Spiral-Spoke Wheel Product as described in Paragraph No. 16 of the FAC.

5. "Asserted 52 Cylindrical-Spoke Trade Dress" means the overall look and feel of DNA's 52 Cylindrical-Spoke Wheel Product as described in Paragraph No. 23 of the FAC.

6. "Asserted Trade Dresses" means the Asserted Spiral-Spoke Trade Dress and the Asserted 52 Cylindrical-Spoke Trade Dress.

7. "Accused Spiral-Spoke Wheel Product" means the SHARKROAD wheel product as depicted in Paragraph No. 12 of the FAC, including each of the elements listed in the definition of the Asserted Spiral-Spoke Trade Dress.

8. "Accused Cylindrical-Spoke Wheel Product" means the SHARKROAD wheel product as depicted in Paragraph No. 23 of the FAC, including each of the elements listed in the definition of the Asserted 52 Cylindrical-Spoke Trade Dress.

9. "Accused Products" means the SHARKROAD wheel products depicted in Paragraph No's 12 and 23 of the FAC.

10. "Document" and "Communication" have the broadest meaning allowed by Federal Rule of Civil Procedure 34(a)(1)(A) and include electronically stored information.

11. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

///

///

///

## MATTERS FOR EXAMINATION

SHARKROAD must designate and prepare one or more witnesses to testify on the following matters.

**A. Design and Development of the Accused Products**

1. The conception, creation, design, and development of the Accused Products, including the identity and role of each person and third party involved, the timeline of development, and the sources of inspiration and reference materials used.

2. Alternative designs for the Accused Products that SHARKROAD considered, created, or rejected, and the reasons for selecting the Accused Products.

3. SHARKROAD's access to, review of, or analysis of DNA's wheel products (including any purchase, teardown, or benchmarking of it) during the design and development of the Accused Products.

4. The decision to adopt each element of the Asserted Trade Dresses, and any instruction, request, or discussion about making the Accused Products similar to, different from, or competitive with DNA's wheel products.

**B. Knowledge, Intent, and Notice**

5. When and how SHARKROAD first learned of DNA and DNA's Spiral-Spoke wheel and DNA's 52 Cylindrical Spoke wheel.

6. SHARKROAD's policies and practices for clearing new product designs against third-party intellectual property rights, and the steps taken, if any, for the Accused Products.

7. SHARKROAD's receipt of, response to, and actions after any notice of DNA's claims, including any cease-and-desist letter and the Complaint.

8. Any change to, or decision to continue, the design, marketing, or sale of the Accused Products after SHARKROAD learned of DNA's claims.

///

**C. Likelihood of Confusion**

9. Every instance known to SHARKROAD in which any person (including consumers, retailers, distributors, resellers, journalists, or employees) has mistaken, associated, or inquired about an association between the Accused Products and DNA or DNA's wheel products, and SHARKROAD's procedures for receiving, recording, and retaining such information.

10. SHARKROAD's customer service records, product reviews, social media activity, returns, warranty claims, and misdirected communications Concerning DNA or DNA's wheel products.

11. Any survey, focus group, consumer research, or market study Concerning the Accused Products, DNA's wheel products, or the Asserted Trade Dresses.

12. The channels of trade, retailers, online marketplaces, and geographic markets in which SHARKROAD offers the Accused Products, and the classes of customers to whom they are marketed.

13. The price, purchase process, and typical purchaser of the Accused Products.

14. SHARKROAD's advertising, marketing, packaging, product photography, and promotional materials for the Accused Products, including the extent to which they feature elements of either of the Asserted Trade Dresses.

**D. Functionality, Defenses and Counterclaims**

15. Each fact, document, and witness on which SHARKROAD bases any contention that any element of the Asserted Trade Dresses is solely functional and identify each such element.

16. The cost, manufacturing, performance, and consumer-appeal considerations that SHARKROAD contends support the Asserted Trade Dresses, and the availability of alternative designs.

17. Any statement by SHARKROAD, in advertising, patents, or elsewhere, Concerning the utility or source-identifying role of the features of the Asserted

Trade Dresses.

18. Each fact, document, and witness on which SHARKROAD bases its contention that the Asserted Trade Dresses are generic, lack distinctiveness, or lack secondary meaning.

19. Third-party products SHARKROAD contends use trade dress similar to the Asserted Trade Dresses, and SHARKROAD's knowledge of the extent and duration of such use.

20. Each affirmative defense SHARKROAD has asserted, including invalidity, inequitable conduct, laches, acquiescence, and estoppel, and the facts supporting each.

21. Each counterclaim SHARKROAD has asserted, including invalidity, inequitable conduct, and the facts supporting each.

22. Compare the prior art asserted by SHARKROAD in its Counterclaims with the information of the prosecution record of the '968 Patent and explain precisely why Figure 7 of US Pat. No. 598,620 to Allen is less material, if SHARKROAD believes it is, to patentability of the '968 Patent than said prior art.

**E. <u>Sales, Profits, and Remedies</u>**

21. Units sold, revenues, costs, and profits of the Accused Products, by period, product, channel, and geographic region, including SHARKROAD's methods for tracking and reporting them.

22. Each cost or deduction SHARKROAD contends should be subtracted from its revenues in calculating its profits, and the basis for each.

23. SHARKROAD's sales forecasts, business plans, and market projections for the Accused Products.

24. Sales SHARKROAD made, or customers it gained, in competition with DNA, and any lost or diverted sales.

///

**F. SHARKROAD the Entity**

25. SHARKROAD as an entity and any related entities.

26. Since formation, management and officers of SHARKROAD, organizational chart, roles of officers, number of employees.

27. SHARKROAD's assets including facilities, offices, warehouses, inventories, etc.

28. SHARKROAD's Board of Directors, meetings of the Board and minutes thereof.

29. Ownership of SHARKROAD currently and historical.

30. Cease and desist letters received by SHARKROAD from DNA and others.

**G. Discovery**

31. SHARKROAD's responses to DNA's interrogatories.

32. SHARKROAD's responses to DNA's requests for admissions.

33. SHARKROAD's responses to DNA's requests for production of documents and things..

34. The preparation of SHARKROAD's responses to DNA's written discovery requests, including the sources consulted and persons who provided information.

Respectfully submitted,

**VAKILI & LEUS, LLP**

Dated: October 16, 2026

By: */s/ Craig McLaughlin*
Craig McLaughlin, Esq.
*Counsel for DNA Specialty, Inc.*

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*U.S.D.C. C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On October 16, 2026, I served the foregoing document described as **DNA SPECIALITY, INC.'S NOTICE OF RULE 30(b)(6) DEPOSITION OF SHARKROAD, INC.** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant Sharkroad, Inc.*

I hereby certify that on the 16th day of October 2026, I will cause to be served the above-referenced document via electronic transmission to the person at the e-mail addresses listed above. I declare under penalty under the laws of the United States that the above is true and correct.

Executed on October 16, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 20, 2026, I served the foregoing document described as **DECLARATION OF SA'ID VAKILI IN SUPPORT OF PLAINTIFF DNA SPECIALTY, INC.'S STATEMENT FOR THE NOVEMBER 23, 2026 INFORMAL DISCOVERY CONFERENCE** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 20th day of November 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on November 20, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming