Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DECLARATION OF CRAIG MCLAUGHLIN IN SUPPORT OF PLAINTIFF DNA SPECIALTY, INC.'S EX PARTE APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) ) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION** |

**<u>DECLARATION OF CRAIG McLAUGHLIN IN SUPPORT OF PLAINTIFF DNA SPECIALTY, INC'S *EX PARTE* APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) ) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION</u>**

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, <u>Case No.: 2:25-cv-10379-MWC (RAOx)</u>.

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. On November 13, 2026, my AI certification declaration (Dkt. 65-2) was filed in connection with the Opposition (Dkt. 65). It was correct in what it stated, but unfortunately omitted the attestation required of Paragraph 1a of this Court's Civil Standing Order, as the Court stated in its Order (Dkt. 67), dated November 20, 2026, striking DNA's Opposition (Dkt. 65). The declaration stated that AI was used for all portions, and identified the drafter – me. The omission was of the verification sentence, and the verification itself was performed before the Opposition was filed. My prior filings in this action that were accompanied by AI declarations stated that AI had not been used in preparing them. The Opposition was the first filing in which I used AI to assist in drafting a filed document. I complied with the obligation to disclose that use, but mistakenly overlooked the separate attestation that paragraph 1a also requires.

4. In compliance with Local Rules 7-19 and 7-19.1 and the Court's Civil Standing Order, on Monday, November 23, 2026, at 11:26 a.m., DNA's counsel notified Sharkroad's counsel of record, Francis Wong, by telephone and e-mail of substance of this application and of the deadline to oppose it (24 hours after filing of this application).

/ / /

5. Sharkroad's counsel expressed Sharkroad's intention to oppose the application. **Exhibit "1"** attached hereto is a true and correct copy of said e-mail exchange.

6. **Exhibit "2"** attached hereto is a true and correct copy of the Corrected AI declaration regarding the Opposition.

7. The subject ex parte application along with a copy of Exhibit "2" above, were e-mailed to Sharkroad's counsel at approximately 3:30 p.m. on November 23, 2026 and before the filing of either.

8. Prior to filing the subject ex parte application, I also emailed Sharkroad's counsel at approximately 4:12 p.m. on November 23, 2026 to inquire whether Sharkroad would stipulate to the cure that DNA is seeking. Counsel for Sharkroad responded via email approximately 8 minutes later, declining to so stipulate.

9. **Exhibit "3"** attached hereto is a true and correct copy of my email exchange with counsel for Sharkroad.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026.

/s/ *Craig McLaughlin*
Craig McLaughlin
Declarant

# Exhibit: "1"

**From:** **Craig McLaughlin** craig@vakili.com
**Subject:** RE: DNA v. Sharkroad - DNA's Ex Parte Application
**Date:** November 23, 2026 at 3:25 PM
**To:** Francis Wong wong@trojanlawoffices.com
**Cc:** Joe Trojan trojan@trojanlawoffices.com, Dylan Dang dang@trojanlawoffices.com, Michiko Speier speier@trojanlawoffices.com, Said Vakili vakili@vakili.com, Jason Ming jason@vakili.com

CM

Dear Francis,

Attached is DNA’s ex parte application and corrected AI declaration, which we anticipate filing this date.

Thank you.

Craig McLaughlin
Vakili & Leus, LLP

---

**From:** Craig McLaughlin
**Sent:** Monday, November 23, 2026 12:16 PM
**To:** 'Francis Wong' <wong@trojanlawoffices.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Said Vakili <vakili@vakili.com>; Jason Ming <jason@vakili.com>
**Subject:** RE: DNA v. Sharkroad - DNA's Ex Parte Application

Francis,

Thank you for our phone discussion minutes ago where DNA notified Sharkroad about its intention to move ex parte asking the court to modify its order striking DNA’s opposition to Sharkroad’s motion for leave to amend its invalidity contentions.

Your prompt response has been appreciated. As we mentioned over the phone, Sharkroad’s opposition to the ex parte application must be within 24 hours of the filing of the application. We will forward a copy of the application and the corrected AI declaration as soon as it is ready today.

Craig McLaughlin
Vakili & Leus, LLP

---

**From:** Francis Wong <wong@trojanlawoffices.com>
**Sent:** Monday, November 23, 2026 11:38 AM
**To:** Said Vakili <vakili@vakili.com>; Craig McLaughlin <craig@vakili.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>
**Subject:** DNA v. Sharkroad - DNA's Ex Parte Application

Dear Sa’id and Craig:

Thank you for the call earlier today. I understand that DNA intends to file an ex parte application today asking the Court to reconsider its order striking DNA’s opposition to Sharkroad’s motion for leave to amend (Dkt. 67).

Sharkroad opposes the ex parte application, and you may state so in your papers.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

**DNA's Ex Parte Application for Relief from Order and for Leave ...**
207 KB

**CORRECTED Decl. of Craig McLaughlin Certifying Use of AI ...**
130 KB

# <u>Exhibit</u>: "2"

Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>**CORRECTED DECLARATION OF CRAIG MCLAUGHLIN CERTIFYING THAT ARTIFICIAL INTELLIGENCE WAS USED IN DRAFTING PLAINTIFF DNA SPECIALTY, INC.'S OPPOSITION TO SHARKROAD, INC.'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS**<br><br>**Date:** December 4, 2026<br>**Time:** 1:30 P.M.<br>**Place:** Courtroom 6A<br>Felicitas and Gonzalo Mendez<br>United States Courthouse<br>350 W 1st Street<br>Los Angeles, CA 90012 |

**CORRECTED DECLARATION OF CRAIG McLAUGHLIN**

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, Case No.: 2:25-cv-10379-MWC (RAOx).

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. I drafted DNA's Opposition to Sharkroad's Motion For Leave To Amend Its Invalidity Contentions.

4. Artificial intelligence was used in drafting each portion of said Opposition each of which incorporates Generative AI outputs.

5. Before the Opposition was filed, I reviewed the source material and verified that the artificially generated content is accurate and complies with my Rule 11 obligations..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026.

/s/ *Craig McLaughlin*
Craig McLaughlin
Declarant

# Exhibit: "3"

**From:** **Francis Wong** wong@trojanlawoffices.com
**Subject:** Re: DNA v. Sharkroad - DNA's Ex Parte Application
**Date:** November 23, 2026 at 4:20 PM
**To:** Craig McLaughlin craig@vakili.com
**Cc:** Joe Trojan trojan@trojanlawoffices.com, Dylan Dang dang@trojanlawoffices.com, Michiko Speier speier@trojanlawoffices.com, Said Vakili vakili@vakili.com, Jason Ming jason@vakili.com

Dear Craig:

No. We raised the L.R. 7-18 issue only to point out that your request may be procedurally defective. It does not change our position. As I stated in the email below, we continue to oppose the relief DNA seeks with respect to the Court's Order (Dkt. 67), and we do not believe we can stipulate around the Court's determination of this issue.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991.***

This email is intended only for the use of the individual or entity to whom or which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State laws. If the reader of this message is not the intended recipient of this email or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately by telephone or response email. Thank you.

---

**From:** Craig McLaughlin <craig@vakili.com>
**Date:** Monday, November 23, 2026 at 4:14 PM
**To:** Francis Wong <wong@trojanlawoffices.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Said Vakili <vakili@vakili.com>; Jason Ming <jason@vakili.com>
**Subject:** RE: DNA v. Sharkroad - DNA's Ex Parte Application

Dear Francis

Dear Francis,

Would you stipulate to the cure that DNA is seeking?

Craif McLaughlin

---

**From:** Francis Wong <wong@trojanlawoffices.com>
**Sent:** Monday, November 23, 2026 3:38 PM
**To:** Craig McLaughlin <craig@vakili.com>
**Cc:** Joe Trojan <trojan@trojanlawoffices.com>; Dylan Dang <dang@trojanlawoffices.com>; Michiko Speier <speier@trojanlawoffices.com>; Said Vakili <vakili@vakili.com>; Jason Ming <jason@vakili.com>
**Subject:** Re: DNA v. Sharkroad - DNA's Ex Parte Application

Dear Craig:

Thank you for sending your draft. As we discussed during our call, DNA’s motion is styled as a motion for relief, but in substance it is a motion for reconsideration governed by Local Rule 7-18. We will address this in our opposition. We raise it again now so you can decide whether to seek ex parte relief before filing.

For your convenience, L.R. 7-18 provides:

> **L.R. 7-18 Motion for Reconsideration.** A motion for reconsideration of an Order on any motion or application may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court that, in the exercise of reasonable diligence, could not have been known to the party moving for reconsideration at the time the Order was entered, or (b) the emergence of new material facts or a change of law occurring after the Order was entered, or (c) a manifest showing of a failure to consider material facts presented to the Court before the Order was entered. No motion for reconsideration may in any manner repeat any oral or written argument made in support of, or in opposition to, the original motion. Absent good cause shown, any motion for reconsideration must be filed no later than 14 days after entry of the Order that is the subject of the motion or application.

Best regards,

TROJAN LAW OFFICES, P.C.
by

Francis Wong
www.trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone (310) 777-8399, Ext. 104
Fax: (310) 691-1086

***TLO® — providing quality intellectual property services to our global clientele since 1991***

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 23, 2026, I served the foregoing document described as **DECLARATION OF CRAIG MCLAUGHLIN IN SUPPORT OF DNA SPECIALTY, INC.'S EX PARTE APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 23rd day of November 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on November 23, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming