Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Craig McLaughlin, Esq. (SBN: 182876)
craig@vakili.com
Jason C. Ming, Esq. (SBN: 219745)
jason@vakili.com
Stephen P. Hoffman, Esq. (SBN: 287075)
hoffman@vakili.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California 90010-2822
**213/380-6010** | Fax: 213/380-6051

*Counsel for DNA Specialty, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: <u>2:25-cv-10379-MWC (RAOx)</u>**<br><br>[*Hon. Michelle Williams Court*]<br><br>**DECLARATION OF CRAIG MCLAUGHLIN CERTIFYING THAT ARTIFICIAL INTELLIGENCE WAS USED IN DRAFTING PLAINTIFF DNA SPECIALTY, INC.'S EX PARTE APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION** |

# DECLARATION OF CRAIG McLAUGHLIN

I, Craig McLaughlin, declare as follows:

1. I am a member in good standing of the State Bar of California and attorney for Plaintiff and Counterclaim Defendant DNA Specialty, Inc. ("DNA") in the above-entitled action, Case No.: 2:25-cv-10379-MWC (RAOx).

2. I have personal knowledge of the facts set forth herein and if called upon can and would testify to them in a court of law.

3. I drafted DNA's Ex Parte Application for Relief from Order Striking Opposition (Dkt. 67) and for Leave to File Opposition with Corrected AI Declaration.

4. Artificial intelligence was used in drafting each portion of said Application, each of which incorporates Generative AI outputs.

5. Before the Application was filed, I reviewed the source material and verified that the artificially generated content is accurate and complies with my Rule 11 obligations..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026.

/s/ *Craig McLaughlin*
Craig McLaughlin
Declarant

**CERTIFICATE OF SERVICE**

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 23, 2026, I served the foregoing document described as **DECLARATION OF CRAIG MCLAUGHLIN CERTIFYING THAT ARTIFICIAL INTELLIGENCE WAS USED IN DRAFTING PLAINTIFF DNA SPECIALTY, INC.'S EX PARTE APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 23rd day of November 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on November 23, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming