**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| **DNA SPECIALTY, INC., a California Corporation,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**SHARKROAD, INC., a California Corporation,**<br><br>**Defendant/Counterclaimant.** | **CASE NO.: 2:25-cv-10379-MWC (RAOx)**<br><br>[*Hon. Michelle Williams Court*]<br><br>[*PROPOSED*] **ORDER GRANTING DNA SPECIALTY, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION** |

# [*PROPOSED*] <u>**ORDER**</u>

Having considered DNA Specialty, Inc.'s Ex Parte Application for Relief from Order Striking Opposition (Dkt. 67) for failure to provide attestation in DNA's counsel's corresponding AI Declaration of Use, and the response thereto by Sharkroad, Inc., good cause appearing, the Court **ORDERS**:

1. DNA shall file its Opposition papers (including the Declaration in Support of the Opposition and Exhibits 1-3 thereto) (formerly Dkt. 65, 65-1) and corrected declaration on or before [date]. Sharkroad may file a reply on or before [date].

2. The December 4, 2026 hearing [remains on calendar / is continued to ______ / is vacated].

**IT IS SO ORDERED.**

Date: ________________________ Signed: ________________________

Hon. Michelle Williams Court

U.S. District Court Judge

# CERTIFICATE OF SERVICE

*DNA Specialty, Inc. v. Sharkroad, Inc., et al.*
*USDC C.D. Cal. Case No.: 2:25-CV-10379-MWC (RAOx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On November 23, 2026, I served the foregoing document described as [*PROPOSED*] **ORDER GRANTING DNA SPECIALTY, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM ORDER STRIKING OPPOSITION (DKT. 67) AND FOR LEAVE TO FILE OPPOSITION WITH CORRECTED AI DECLARATION** on all interested parties in this action at the addresses listed below, as follows:

R. Joseph Trojan, Esq.
*trojan@trojanlawoffices.com*
Dylan C. Dang, Esq.
*dang@trojanlawoffices.com*
Francis Wong, Esq.
*wong@trojanlawoffices.com*
Mehdi Poursoltani, Esq.
*poursoltani@trojanlawoffices.com*
**TROJAN LAW OFFICES, P.C.**
9250 Wilshire Boulevard, Suite 325
Beverly Hills, California 90212
**310/777-8399** | Fax: 310/777-8348

*Counsel for Defendant and Counterclaimant Sharkroad, Inc.*

I hereby certify that on the 23rd day of November 2026, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on November 23, 2026, in Los Angeles, California.

/s/ *Jason C. Ming*
Jason C. Ming